231000.962/removal.not

United States District Court
Southern District of Texas
FILED

DEC 2 3 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DENNIS SANCHEZ AND | § | |
| MARIANNE SANCHEZ | § | |
| | § | CASE NUMBER **B-02-236** |
| VS. | § | |
| | § | **JURY** |
| ALLSTATE INSURANCE COMPANY AND | § | |
| GARY SELIGMAN | § | |

### DEFENDANTS, ALLSTATE INSURANCE COMPANY
### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

PLEASE TAKE NOTICE that Defendants, ALLSTATE INSURNACE COMPANY and

GARY SELIGMAN ("Defendants") hereby remove to this Court the state court action described

below, and files this Notice of Removal under 28 U.S.C. § 1446(a):

### BACKGROUND

Plaintiffs are Dennis and Marianne Sanchez; Defendant is Allstate Insurance Company.

Defendant, ALLSTATE INSURANCE COMPANY ("Allstate"), was at the time of the filing of

this action, and still is, incorporated under the laws of the State of Illinois, having its principal place

of business in Northbrook, Illinois.

On July 22, 2002, an action was commenced in the 404th Judicial District Court, Cameron

County, Texas entitled Dennis and Marianne Sanchez v. Allstate Insurnace Company and Gary

Seligman as Cause Number 2002-07-2926-G. Defendant files this Notice of Removal within the

thirty-day time period required by 28 U.S.C. § 1446(b). Copies of the required state court

documents are attached as Exhibit "A."

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §

1332 and is one which may be removed to this Court by Defendants pursuant to provisions of 28

U.S.C. §1441(a) in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000.00) exclusive of interest and costs and is between parties of different states.

**BASIS FOR REMOVAL**

Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000); *Laughlin v. K-Mart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995). Plaintiffs are citizens of the State of Texas. Defendant is not a citizen of the State of Texas, nor is it incorporated under the laws of Texas and does not maintain a principal place of business within Texas. Accordingly, Defendant Allstate Insurance Company is a citizen of Illinois. The amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), excluding interest, costs and attorneys fees.

All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See* Exhibit "A."

Venue is proper in this District under 28 U.S.C. § 1441(a) because this District and Division embrace the place where the removed action has been pending.

Defendant will file promptly a copy of this Notice of Removal with the Clerk of the state court where the action has been pending.

**REMOVAL ISSUES**

Plaintiffs' counsel filed a form Petition that claims mold damages as a result of various water events. Consequently, Plaintiffs asserted numerous causes of action including unfair discrimination, negligence, gross negligence, breach of contract, deceptive trade practice violations, insurance code violations, breach of the duty of good faith and fair dealing, fraud, and negligent

2

misrepresentation. The Petition appears to be a standard form petition purposely designed to defeat federal court jurisdiction.

It is noteworthy that the Petition makes a blanket reference to "Defendants" throughout the Petition without alleging any specific facts to support a contention that they were damaged as a result of Seligman's actions. *See* Tex. Ins. Code Ann. Art. 21.21 §16(a).

As evidence of Seligman's fraudulent joinder, please note the following:

- ➢ In an insurance context, the duty of good faith and fair dealing arises only when there is a contract giving rise to a "special relationship" *Natividad v. Alexis Inc.,* 875 S.W.2d 695, 698 (Tex. 1994).
- ➢ Plaintiffs have not offered any evidence that a "special relationship" existed between themselves and Seligman.
- ➢ Plaintiffs have not offered any evidence that a contract existed between themselves and Seligman.
- ➢ The allegations in Plaintiffs Petition make blanket references to the Defendants collectively.
- ➢ Seligman's only involvement was in the capacity of an adjuster.
- ➢ Seligman was not involved whatsoever in selling or marketing an insurance policy to the Plaintiffs.
- ➢ Plaintiffs have not identified any particular misrepresentations by Seligman which are causally connected to their alleged damages.
- ➢ Plaintiffs admit in their deposition testimony that they did not know of any misrepresentations made by Seligman.

## FRAUDULENTLY JOINDER OF GARY SELIGMAN

In an attempt to defeat diversity, Plaintiffs have joined an adjuster, Gary Seligman, as an individual Defendant. However, the presence of Seligman as a Defendant is to be disregarded for removal purposes if his joinder was fraudulent. *B., Inc. v. Miller Brewing Co.,* 663 F.2d 545, 549 (Fifth Cir. 1981). Whether a case has been properly removed despite the presence in a suit of a resident Defendant is determined by reference to the Plaintiffs' State Court pleadings. *Griggs v. State Farm Lloyds,* 181 F.3d 694, 699 (Fifth Cir. 1999); *Tedder v. FMC Corp.,* 590 F.2d 115, 116-17 (Fifth Cir. 1979). If there is no reasonable basis for predicting that state law might impose liability on the resident defendant under the facts alleged, then the claim is deemed fraudulent, and

its presence will not prevent removal. *Tedder*, 590 F.2d at 117. The Court can consider affidavits and other evidentiary material in making such a prediction. *B., Inc.*, 663 F.2d at 549. The Court is obliged to resolve any contested issues of material fact and any ambiguity or uncertainty in the controlling state law in Plaintiffs' favor.

Plaintiffs, DENNIS AND MARIANNE SANCHEZ, were deposed on November 27, 2002.[1] In the course of their depositions, Plaintiff Marianne Sanchez testified, under oath, that she spoke with Seligman two times and that on both those occasions, he was "professional and polite" and never lied, misrepresented or deceived her.[2] Furthermore, Mr. Sanchez testified that he did not specifically remember speaking with Gary Seligman and only spoke with a "customer service representative" who called to acknowledge the claim soon after it was filed.[3] Further, Seligman could not testify whether that "customer service representative lied, deceived or misrepresented him in anyway."

## TIMELINESS OF REMOVAL

Article 28 U.S.C. § 1446(b) states as follows:

> If the case stated by the initial pleading is not removable, and notice of removal may be filed within 30 days after receipt by the Defendant, through service or otherwise, of a copy of an amended pleadings, motion, order or *other paper* from which it may first be ascertained that the case is one which is or has become removable... (italics and emphasis added).

It is well established that courts viewed the "other paper" language expansively, so that the thirty (30) day removal period may be triggered even by unfiled "papers." *See S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 494 (5th Cir. 1996) (deposition was "other paper"); *see also Huffman v. Saul Holdings, L.P.*, 194 F.3d 1072, 1078 (10th Cir. 1999) (deposition was "other paper"; removal period commences with giving of testimony, not receipt of transcript).

---

[1] *See* Exhibits "B" and "C", deposition transcripts of Plaintiffs, Dennis and Marianne Sanchez.
[2] *See* Exhibit "B", deposition testimony of Marianne Sanchez pg. 13 l. 14 and pg. 15 l. 15
[3] *See* Exhibit "C" deposition testimony of Dennis Sanchez, pgs. 60-62.

Accordingly, the Fifth Circuit has recognized unfiled transcripts of deposition testimony as "other paper" which triggered the 30-day removal period. *See S.W.S. Erectors, Inc.*, 72 F.3d at 494.

Accordingly, Plaintiffs' sworn deposition testimony establishes as a matter of law that Plaintiffs have "no possibility" of recovery against Defendant, Gary Seligman, as the Petition does not allege any misconduct by Seligman specifically nor can the Plaintiffs identify any actionable conduct that Seligman specifically committed. This fact first became known to Defendants on November 27, 2002, when both Plaintiffs' depositions were taken. Therefore, the existence of Defendant, Gary Seligman, as a named Defendant in this suit should be disregarded for purposes of affirming jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a) on the ground that there is no possibility that Plaintiffs will be able to establish liability against Seligman as a matter of law.

**JURY DEMAND**

Plaintiffs did demand a jury in the state court action.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By:_____
       LARRY J. GOLDMAN
       State Bar No. 08093450
       CARLOS E. SOLIS
       State Bar No. 24002972

ATTORNEY FOR DEFENDANTS
ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded

to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this

_____ day of DECEMBER, 2002:


     Mr. Benigno (Trey) Martinez
     MARTINEZ Y BARRERA, L.L.P.
     1201 E. Van Buren
     Brownsville, Texas  78520


                                 _____
                                   LARRY J. GOLDMAN

# Exhibit "A"

CAUSE NO. _200207·2926 G_

| | | |
|---|---|---|
| DENNIS SANCHEZ AND | § | IN THE DISTRICT COURT OF |
| MARIANNE SANCHEZ | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CAMERON COUNTY |
| | § | |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
| AND GARY SELIGMAN | § | 404th JUDICIAL DISTRICT |

FILED _323_ O'CLOCK __ M
AURORA DE LA GARZA DIST. CLERK
JUL 2 2 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **DENNIS SANCHEZ and MARIANNE SANCHEZ**, Plaintiffs herein, and file this their Original Petition against the aboved-named Defendants, and for cause of action would respectfully show the Court the following:

I.

Pursuant to Rule 190, T.R.C.P., discovery is intended to be conducted under Level 3.

II.

1.    Plaintiffs are residents of Cameron County, Texas.

2.    Defendant, ALLSTATE INSURANCE COMPANY, is duly authorized to do business in Texas. Service of process upon may be accomplished by serving C.T. Corporation System at 350 N. St. Paul Street, Dallas, Texas 75201

3.    Defendant, GARY SELIGMAN, is duly authorized to do business in Texas. Service of process upon may be accomplished by serving him at 1500 City West, Suite 800, Houston, Texas 77042.

### III.

Venue as to this petition is proper in Cameron County, in that all or part of Plaintiffs' causes of action accrued in such county and the property which is the subject of this suit is located in such county. This Honorable Court has jurisdiction of the case, and the Plaintiffs hereby invoke the unlimited monetary jurisdiction of this Court by filing the suit with the District Clerk according to state law and local rule.

### IV.

Suit is brought pursuant to the doctrine of good faith and fair dealing as well as under common law and Articles 21.21 and 21.55 of the Texas Insurance Code and the Texas Deceptive Trade Practices Act. In the alternative, this suit is brought for breach of contract, and for recovery under a policy of insurance. Plaintiffs are consumers of the Defendant, in that they purchased insurance from said entities and/or service to be provided by them. Each Defendant is an "individual, corporation, association, partnership, or other legal entity engaged in the business of insurance." Such Defendant constitute persons as that term is defined in Article 21.21, Section 2 of the Texas Insurance Code.

### V.

Defendant, ALLSTATE INSURANCE COMPANY, is Plaintiffs' homeowner's insurance company. Plaintiffs' own and/or reside in a dwelling at 1827 Palm Blvd., Brownsville, Cameron County, Texas. Defendants provided coverage to the Plaintiffs for such dwelling, personal property, and other matters under insurance policies described above. During the policy term of said policy, Plaintiffs sustained covered losses in the form of water leaks and discharges, and damages resulting therefrom, including, but not limited to damage to the architectural finishes of the home, and Plaintiffs promptly reported same to Defendants pursuant to the terms of the insurance policy.

As a result, Plaintiffs' home and property sustained damage to the areas of the home including, but not limited to, the cost of destruction and restoration of the home necessary to access and fix the leaks.

## VI.

The Carrier Defendant and their agents visited and inspected Plaintiffs' property at 1827 Palm Blvd., Brownsville, Cameron County, Texas, in connection with the Plaintiffs' claim of property damage. Carrier Defendant knew or should have known, that Plaintiffs had sustained significant damage to the property, requiring significant repairs as a result of a loss and peril covered by the insurance policies. They were also made aware of the need to perform repairs to the different leaks, which would result in tearing out and restoration of portions of the property covered. The Carrier Defendant knew that a substantial covered loss was owed. Nonetheless, they denied, delayed, or failed to fully pay or properly investigate some or all of Plaintiffs' covered claims with no reasonable basis. They have failed to act promptly or to conduct a good faith investigation. This delay and/or denial is in violation of Articles 21.21 and 21.55 of the Texas Insurance Code.

## VII.

Despite the fact that all conditions precedent to Plaintiffs' recovery have been performed or have occurred, Defendants failed and refused to pay the Plaintiffs a just amount in accordance with their contractual obligations, agreements, and representations.

## VIII.

Such denial, delay, refusal and/or failure to pay a just amount by the Carrier Defendant and its agents constitutes a breach of the covenant of good faith and fair dealing, which breach was a proximate cause of damages to the Plaintiffs more specifically set forth herein below. There was no

reasonable basis for denying, delaying, or failing to pay or investigate Plaintiffs' claim for damage, and the Carrier Defendant and its agents named herein knew or should have known that there was no such reasonable basis to deny, delay, and fail to pay such claims.

The conduct of the Defendants was irresponsible, unconscionable, and took advantage of the Plaintiffs' position to a grossly unfair degree. Furthermore, the conduct of the Defendants amounts to one or more of the following:

    (a)    not attempting in good faith to effectuate prompt, fair, and equitable settlements of claims submitted in which liability has become reasonably clear in violation of Art. 21.21, Section 4(10)(a)(ii);

    (b)    refusing to pay claims without conducting a reasonable investigation based upon all available information in violation of 21.21, Section (4)(10)(a)(viii);

    (c)    failing to handle or process the Plaintiffs' claims in good faith; in violation of common law as expressly stated by the Texas Supreme Court in Vail v. Texas Farm Bureau, 754 S.W.2d 129 at 135 (Tex. 1988).

    (d)    committing a course of conduct that is unconscionable;

    (e)    omitting any information or making any false implication or impression that was either misleading of deceptive or have the capacity to be misleading or deceptive in violation of 21.21, Section 4(11);

    (f)    refusing to pay a claim without a reasonable basis in violation of common law;

    (g)    delaying payment of a claim without a reasonable basis in violation of common law;

    (h)    denying and/or delaying payment of a claim without determining whether there is any reasonable basis to do so in violation of common law;

    (i)    representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or qualities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which he does not;

    (j)    representing that goods or services are of a particular standard , quality, grade, or that goods are of a particular style or model, if they are of another;

    (k)    representing that an agreement confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law;

(l)    failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed;

(m)    violations of Art. 21.21 Tex. Ins. Code, including, but not limited to, Section 4, Subsections (11) and (10(a)(i), in that they misrepresented the terms of the policy; or

(n)    other violations of law.

## IX.

The conduct of Carrier Defendant and the conduct alleged against the other Defendants constitute violations of Article 21.21, et seq. of the Texas Insurance Code. Such violations include, but are not limited to, violations of the rules and regulations lawfully adopted by the State Board of Insurance under Article 21.21 of the Texas Insurance Code, including unfair methods of competition and/or unfair or deceptive acts or practices in the business of insurance. In addition, the actions of the Defendant violate Article 21.21, Section 4 of the Texas Insurance Code. They also violate the Texas Insurance Code, specifically Section 16, in that they constitute practices defined by Section 17.46 of the Texas Texas Business and Commerce Code, as amended, as unlawful deceptive trade practices. As to the Defendants, such conduct also constitutes bad faith claims handling. All statutory causes of action, including those arising under Art. 21.55 of the Insurance Code are here asserted against all Defendants.

## X.

As a result of all such conduct, Plaintiffs have been damaged in an amount in excess of the minimum jurisdictional limits of this Court. In addition, the conduct of the Carrier Defendant and its agents was committed knowingly, and under circumstances constituting willful and wanton and reckless disregard of the rights of the Plaintiffs, and others similarly situated. Such conduct of the

Defendants was negligent. The conduct of one or more Defendants constituted misrepresentation of fact. The conduct of the Defendants proximately caused the injuries and damages to the Plaintiffs for which they herein sue. Plaintiffs seek all damages as allowed by law from the Defendants.

### XI.

Carrier Defendant has by its conduct breached their contract of insurance with the Plaintiffs. Such breach proximately caused damages to the Plaintiffs. Thus, Plaintiffs are entitled to recover attorney's fees in connection with their contractual causes of action.

### XII.

All of the conditions precedent to bringing this suit under the policy and to the Defendant's liability to the Plaintiffs under the policy for the claims alleged have been performed or have occurred. More than sixty days prior to the filing of this suit, written demand for payment and notice of complaint pursuant to the Texas Deceptive Trade Practices Act and/or Texas Insurance Code, Article 21.21, et seq., were sent to each of the Defendant, or compliance with said notice is excused. All notices and proofs of loss were timely and properly given in such manner as to fully comply with the terms and conditions of the relevant insurance policies and applicable law. In the alternative, Plaintiffs allege that as to any such terms, conditions, notices, or requirements, the Defendants waived them, the Defendants are stopped from asserting them, and/or the Plaintiffs substantially complied with them. Plaintiffs make the same allegations of waiver or estoppel as to every defense or exclusion pleaded by the Defendant, and as to each claim for breach of contract or statutory violation as to each Defendant.

## XIII.

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiffs herein request a jury trial and along with the filing of the Original Petition, tendered to the Clerk of the Court the statutory jury fee.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that upon trial of this matter, the Court grant:

1.   Judgment against the Defendant, and each of them;

2.   Actual damages;

3.   Attorney's fees;

4.   Costs of suit;

5.   Statutory penalties;

6.   Prejudgment and post judgment interest as allowed by law;

7.   Any additional damages and under the facts set forth in this or any amended pleading.

8.   Such other and further relief to which Plaintiffs may show themselves entitled.

Respectfully submitted,

**MARTINEZ Y BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Benigno (Trey) Martinez
State Bar No. 00797011
**ATTORNEY FOR PLAINTIFFS**

h:/ljg/23100962/answer
LJG/sjj

CAUSE NO. 2002-07-2926-G

AURORA DE LA GARZA DIST. CLERK

AUG 19 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____DEPUTY

| DENNIS SANCHEZ and | § | IN THE DISTRICT COURT |
| MARIANNE SANCHEZ | § | |
| | § | |
| VS. | § | 404TH JUDICIAL DISTRICT |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |
| AND GARY SELIGMAN | § | CAMERON COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants, ALLSTATE INSURANCE COMPANY and GARY SELIGMAN, and without waiving any of their defenses under the contract of insurance in question and still insisting upon any policy conditions, exclusions and other policy defenses that they may now have or may arise in the future, files this, Original Answer to Plaintiffs' Petition, and would show the Court as follows:

I.

Defendants hereby exercise their right to require Plaintiffs to prove their allegations by a preponderance of the credible evidence.

II.

Defendants generally deny the matters pled by Plaintiffs, as provided by Rule 92 of the Texas Rules of Civil Procedure, and ask that these matters be properly decided by this Honorable Court and Jury.

III.

Further answering, Defendants assert affirmatively that Plaintiffs have not complied with the terms and conditions of the policy of insurance in question and have not complied with the

conditions precedent to bringing this suit pertaining to the policy of insurance mentioned in Plaintiffs' Original Petition.

IV.

Without waiving the generality of the foregoing, by way of affirmative defenses, if such be necessary, Defendants show the following:

A.    Plaintiffs failed to mitigate damages in violation of the common law and the insurance policy.  Further, such conduct violated the insurance policy which requires Plaintiffs to:

      1.    Protect the property from further damage;

      2.    Make reasonable and necessary repairs to protect the property; and

      3.    Keep an accurate record of repair expenses.

B.    Defendants are not responsible for mold infestation or other damage which occurred prior to the policy period in question.   The policy "[a]pplies only to loss…which occurs during the policy period stated on the declarations page."

C.    Defendants deny liability for all damages not covered by the policy.  Additionally, under the doctrine of concurrent causation, Defendants are only liable for that portion of the loss caused by a covered peril.  The Plaintiffs have the burden of proof of segregating the damage between covered and non-covered perils.  In this regard, all or part of the loss may be due to excluded perils, including the following:

      1.    Wear and tear, deterioration or loss caused by any quality in property that causes it to damage or destroy itself..

      2.    Rust, rot, mold or other fungi not due to accidental discharge, leakage or overflow of water from within a plumbing, heating or air conditioning system.

      3.    Loss resulting from surface water.

2

D.    It is Defendants' position that some or all of the damages at issue were caused by the foregoing excluded perils. To the extent that the damage was caused by a combination of the foregoing excluded perils and covered perils, including accidental discharge, leakage or overflow of water from within a plumbing, heating or air conditioning system, Plaintiffs have the burden of proof of segregating which portion of the damage is caused by the covered peril.

E.    Defendants are entitled to all credits and offsets allowed under the laws of the State of Texas, including but not limited to the payments made during the claims. Additionally, Defendants are entitled to a credit and/or offset for all payments made for additional living expenses, which have been paid to date.

F.    Defendants specially plead the limitation provision of § 41.001 et seq. of the Texas Civil Practice & Remedies Code setting a limitation on an award of punitive damages.

G.    Defendants relied upon information provided by third-parties in making coverage decisions in this case.

H.    Defendants deny violations of the D.T.P.A. and Texas Insurance Code and further deny knowing violations. Absent knowing violations of the D.T.P.A. and Insurance Code, Plaintiffs are not entitled to mental anguish damages in this case.

I.    Plaintiffs are not entitled to punitive damages in this case under the standards enunciated by the Texas Supreme Court in Transportation Insurance Co. v. Moriel, 879 S.W.2d 10 (Tex. 1994).

J.    Pursuant to the one satisfaction rule, regardless of the number of claims, Plaintiffs' recovery, if any, which is denied, is limited to the value of the residence.

3

WHEREFORE, PREMISES CONSIDERED, Defendants pray Judgment of the Court and for such other and further relief, both general and special, at law and in equity, to which they may be justly entitled.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By:_____
        LARRY J. GOLDMAN
        State Bar No. 08093450

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this 10th day of _____August_____, 2002:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN

# VERIFICATION

STATE OF TEXAS                    §
                                 §
COUNTY OF BEXAR                   §

BEFORE ME, the undersigned Notary Public, on this day personally appeared LARRY J. GOLDMAN, who being by me duly sworn upon his oath, deposed and stated that he is the attorney of record for ALLSTATE INSURANCE COMPANY and GARY SELIGMAN, Defendants in the above-entitled and numbered cause; that he has read the above Defendants' Original Answer; and that the allegations contained therein are within his personal knowledge and are true and correct.

_____

LARRY J. GOLDMAN, Affiant


SUBSCRIBED AND SWORN TO BEFORE ME, on this the 16th day of August, 2002, to certify which witness my hand and official seal.

_____

NOTARY PUBLIC, STATE OF TEXAS

h:/ljg/23100962/notice.state

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| **DENNIS SANCHEZ and** | § |
| **MARIANNE SANCHEZ** | § |
| | § |
| **vs.** | § **CASE NUMBER** _____ |
| | §                         **JURY** |
| **ALLSTATE INSURANCE COMPANY** | § |
| **AND GARY SELIGMAN** | § |

## DEFENDANTS' NOTICE TO ADVERSE PARTY OF
## REMOVAL TO FEDERAL COURT

TO:   The Honorable Clerk of the Court and Plaintiffs, DENNIS and MARIANNE SANCHEZ
and their attorneys of record:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

PLEASE TAKE NOTICE THAT a notice of removal of this action is being filed in the

United States District Court for the Southern District of Texas, Brownsville Division.

A copy of the said Notice of Removal is attached to this Notice and is served and filed

herewith.

Respectfully submitted:

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228


By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
CARLOS E. SOLIS
State Bar No. 24002972

ATTORNEY FOR DEFENDANTS
ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded

to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this

_____ day of December, 2002:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN
CARLOS E. SOLIS

h·/ljg/23100962/counsel of record

United States District Court
Southern District of Texas
FILED

DEC 2 3 2002

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

DENNIS SANCHEZ and     §
MARIANNE SANCHEZ     §
    §
vs.     §     CASE NUMBER **B-02-236**
    §         **JURY**
ALLSTATE INSURANCE COMPANY     §
AND GARY SELIGMAN     §

## COUNSEL OF RECORD

| PLAINTIFFS | ATTORNEY |
|---|---|
| Dennis Sanchez and Marianne Sanchez | Mr. Benigno (Trey) Martinez<br>MARTINEZ Y BARRERA, L.L.P.<br>1201 E. Van Buren<br>Brownsville, Texas 78520 |

| DEFENDANT | ATTORNEY |
|---|---|
| Allstate Insurance Company | LARRY J. GOLDMAN<br>CARLOS E. SOLIS<br>ADAMI, GOLDMAN & SHUFFIELD<br>Nowlin Building<br>9311 San Pedro, Suite 900<br>San Antonio, Texas 78216<br>Telephone: (210) 344-0500<br>Facsimile: (210) 344-7228 |

Respectfully submitted:

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228


By: _____
    LARRY J. GOLDMAN
    "Attorney in Charge"
    Federal Bar No. 341
    State Bar No. 08093450
    CARLOS E. SOLIS
    State Bar No. 24002972

ATTORNEY FOR DEFENDANTS
ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded

to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this

_____ day of December, 2002:

    Mr. Benigno (Trey) Martinez
    MARTINEZ Y BARRERA, L.L.P.
    1201 E. Van Buren
    Brownsville, Texas 78520


_____
LARRY J. GOLDMAN
CARLOS E. SOLIS

2

h:/ljg/23100962/index

United States District Court
Southern District of Texas
FILED

DEC 2 3 2002

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

DENNIS SANCHEZ and            §
MARIANNE SANCHEZ              §
                             §            B - 02 - 236
                             §
vs.                          §    CASE NUMBER _____
                             §            JURY
                             §
ALLSTATE INSURANCE COMPANY   §
AND GARY SELIGMAN            §

## INDEX OF MATTERS BEING FILED

1.    Index of Matters Being Filed

2.    Civil Cover Sheet – JS 44

3.    Supplement to JS 44 Civil Cover Sheet

4.    Notice of Removal of Action Under 28 U.S.C. §1441(a)

      Exhibit A:

          • Plaintiffs' Original Petition;
          • Defendants' Original Answer;
          • Defendants' Jury Demand.

5.    List of All Counsel of Record

6.    Notice of Related Litigation and Affected Non-Parties

7.    Certificate of Service of Notice to Adverse Party of Removal to Federal Court

8.    Designation of Attorney in Charge

Respectfully submitted:

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas  78216
Telephone:  (210) 344-0500
Facsimile:  (210) 344-7228


By:    _____

LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No.  08093450
CARLOS E. SOLIS
State Bar No. 24002972

ATTORNEY FOR DEFENDANTS
ALLSTATE INSURANCE COMPANY

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded

to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this

_____ day of December, 2002:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520


_____
LARRY J. GOLDMAN
CARLOS E. SOLIS

2

h:/ljg/23100962/jury demand
LJG/sjj

FILED ___ O'CLOCK ___M
AURORA DE LA GARZA DIST. CLERK

AUG 1 9 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

CAUSE NO. 2002-07-2926-G

| DENNIS SANCHEZ and | § | IN THE DISTRICT COURT |
| MARIANNE SANCHEZ | § | |
| | § | |
| VS. | § | 404TH JUDICIAL DISTRICT |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |
| AND GARY SELIGMAN | § | CAMERON COUNTY, TEXAS |

## DEFENDANTS' JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants, ALLSTATE INSURANCE COMPANY and GARY

SELIGMAN, and respectfully request that this case be tried in front of a jury and herewith tenders

the $30.00 jury fee.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By:_____
LARRY J. GOLDMAN
State Bar No. 08093450

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this _14th_ day of ___August___, 2002:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN

2

# Exhibit "B"

# In The Matter of:

*Dennis Sanchez and Marianne Sanchez*

*Vs.*

*Allstate Texas Lloyd's Company and Gary Seligman*

---

*Marianne Sanchez*
*November 27, 2002*

*No. 2002-07-2926-G*
*404th/Cameron County, Texas*

---

*Brent Sturgess*
*Davidson & Moore Court Reporters, Inc.*
*6900 San Pedro Avenue, Suite 147*
*P.M.B. #314*
*San Antonio, Texas 78216*
*(210) 340-4655   Fax: (210) 340-4450*

*Original file   MSANCHEZ.VI*

## Word Index included with this CondenseIt



**Page 1**

```
1                 CAUSE NO. 2002-07-2926-G

2   DENNIS SANCHEZ and        )   IN THE DISTRICT COURT
    MARIANNE SANCHEZ          )
3                             )
            Plaintiffs        )
4                             )
    VS.                       )   404TH JUDICIAL DISTRICT
5                             )
    ALLSTATE INSURANCE COMPANY )
6   and GARY SELIGMAN         )
                              )
7           Defendants        )   CAMERON COUNTY, TEXAS

8

9

10  ********************************************************

11              ORAL DEPOSITION OF

12              MARIANNE SANCHEZ

13              NOVEMBER 27, 2002

    ********************************************************

14

15

16          Oral Deposition of MARIANNE SANCHEZ, produced as

17  a witness at the instance of the Defendants and duly

18  sworn was taken in the above-styled and numbered cause on

19  the 27th day of November 2002 from 12:00 p.m. to 12:49

20  p.m. before Brent Sturgess, CSR in and for the State of

21  Texas, reported by machine shorthand at the Law Offices

22  of MARTINEZ, BARRERA y MARTINEZ, L.L.P., 1201 East Van

23  Buren, Brownsville, Texas, pursuant to the Texas Rules of

24  Civil Procedure and the provisions stated on the record

25  or attached hereto.
              DAVIDSON & MOORE COURT REPORTERS, INC.
                       210-340-4655
```

**Page 2**

```
1                   A P P E A R A N C E S

2

3   ATTORNEY FOR PLAINTIFFS:
        Mr. Benigno (Trey) Martinez
4       MARTINEZ, BARRERA y MARTINEZ, L.L.P.
        1201 East Van Buren
5       Brownsville, Texas  78520

6

7   ATTORNEY FOR DEFENDANTS:
        Mr. Carlos E. Solis
8       ADAMI, GOLDMAN & SHUFFIELD, INC.
        9311 San Pedro, Suite 900
9       San Antonio, Texas  78216

10

11

12

13  WITNESS:  MARIANNE SANCHEZ

14  ALSO PRESENT:  DENNIS SANCHEZ

15  COURT REPORTER:  BRENT STURGESS

16

17

18

19

20

21

22

23

24

25
            DAVIDSON & MOORE COURT REPORTERS, INC.
                     210-340-4655
```

**Page 3**

```
1                        INDEX

2                                               PAGE

3   Appearances.......................................   2

4   Stipulations......................................   3

5   MARIANNE SANCHEZ

6       Examination by Mr. Solis......................   4

7   Signature and Changes.............................  40

8   Reporter's Certificate............................  41

9

10

11                     EXHIBITS

12  (None marked.)

13

14

15

16

17

18

19

20

21

22
23
24
25
            DAVIDSON & MOORE COURT REPORTERS, INC.
                     210-340-4655
```

**Page 4**

```
1                   MARIANNE SANCHEZ,
2   having been first duly sworn, testified as follows:
3                  (Time:  12:00 p.m.)
4                     EXAMINATION
5   BY MR. SOLIS:
6       Q.  Please state your full name for the record.
7       A.  Marianne Hardin Sanchez.
8       Q.  Mrs. Sanchez, my name is Carlos Solis, and I
9   represent Allstate Insurance.  Do you understand that?
10      A.  Uh-huh.
11      Q.  We've never met prior to today, have we?
12      A.  No.
13      Q.  Is this the first deposition you've ever given
14  before?
15      A.  Yes.
16      Q.  I'll go over a couple of ground rules with you.
17  If you don't understand a question I ask you, feel free
18  to ask me to repeat it, and I'll be more than happy to do
19  so; is that okay?
20      A.  Okay.
21      Q.  The second thing is you have to answer with a
22  verbal response so the court reporter can get it down.
23  You can't shake your head or nod your head -- or you can,
24  but you've got to at least have a verbal response.  Are
25  we okay with that?
            DAVIDSON & MOORE COURT REPORTERS, INC.
                     210-340-4655
```

**5**

1    A.   Yes, that's fine.
2    Q.   And you understand that you're under oath
3  today?
     A.   Yes.
     Q.   And that your testimony can be used in front of
6  a judge and jury?
7    A.   Yes.
8    Q.   What do you do?
9    A.   I'm a homemaker.
10   Q.   How long have you been a homemaker?
11   A.   Since I married Dennis May 19th, 1984.
12   Q.   Was he correct when he said 18 years?
13   A.   Yeah, I think so.
14        MR. BENIGNO:  He scored some points
15  today.  Happy Thanksgiving.
16  BY MR. SOLIS:
17   Q.   Do you have any college degree or credit?
18   A.   Not really.  I went back to college after the
19  kids were a little farther along in school, and I'm close
20  to an associate's, but that's it.
21   Q.   And what were you trying to get an associate's
22  in?
23   A.   Counseling.
24   Q.   Do you have any types of certifications or any
25  other type of training?

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**6**

1    A.   No.
2    Q.   I'll go through this drill with you.  Do you
3  have any expertise or training in mold remediation?
4    A.   No.
5    Q.   Do you have any expertise or training in mold
6  testing?
7    A.   No.
8    Q.   Have you ever worked for an insurance company
9  before?
10   A.   No.
11   Q.   So you don't have any expertise or training in
12  insurance claims handling, do you?
13   A.   No, I don't.
14   Q.   Where did you go to high school?
15   A.   Hannah High School, and also in Houston I went
16  to -- I can't remember the name of the high school now --
17  Deer Park.
18   Q.   Is Hannah here in Brownsville?
19   A.   Uh-huh.
20   Q.   Is that a "Yes"?
21   A.   Yes, I'm sorry.
22   Q.   So are you originally from Brownsville?
23   A.   Yes, I was born and raised here.
24   Q.   What's your date of birth?
25   A.   10/26/50.

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**7**

     Q.   I suppose that wasn't fair because I didn't ask
2  your husband that question, too.
3    A.   Yeah, I think I object.  I'm going to get into
4  the terms here real quick.
5    Q.   Let me ask you, Mrs. Sanchez, about water
6  damage inside your house.  You had the opportunity to
7  listen to your husband's testimony.  Is there anything
8  else you want to add as far as water-damaged areas within
9  your house that you noticed before you filed a claim in
10  October of 2001?
11   A.   I think the only thing I would have to add --
12  I'm in agreement with everything he said.  In the
13  library, this room, the wall that we did the repair on,
14  that's not sheetrock.  That's the brick, the adobe brick.
15  They scraped that wall and replastered, repainted, and
16  we've not had any problems since.  And as far as the
17  bathroom-under-the-sink repairs, the majority of those
18  dealt with the p-trap.
19   Q.   Well, let me ask you about the sinks or the one
20  sink in the master bath.  Your husband didn't remember
21  when it had leaked.  Do you have any idea when that sink
22  leaked?
23   A.   Not really.  I'm sorry, I'm not very good about
24  dates.  I mean, it's a house repair.  I called the repair
25  guy and he comes and takes care of it.

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**8**

1    Q.   And I just want what you know to the best of
2  your ability.  I know some of these things happened many
3  years ago, but just do the best you can.  But as far as
4  the master bath sink, you don't remember when it leaked?
5    A.   Not exactly.  I'd have to say within -- I don't
6  know.  It was within the last two years probably.  You're
7  talking about under the sink?
8    Q.   Yes, ma'am.  Where it has the PVC pipe
9  underneath there.
10   A.   Right.
11   Q.   And you had Mr. Garza come out and repair that?
12   A.   Most often it's Camillo Garza, yes.
13   Q.   Do you recall if that sink leaked a significant
14  amount of water where it would pour out into the flooring
15  of the master bathroom?
16   A.   I don't remember it pouring out into the master
17  bedroom, no.
18   Q.   How did you know that it leaked?
19   A.   There was moisture.  It was drippy.
20   Q.   So when you opened the --
21   A.   When I opened it up, then I saw that there was
22  water dripping from that pipe.
23   Q.   And as soon as you noticed the leak, you called
24  a plumber?
25   A.   Absolutely.

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**9**

```
 1    Q.  You're pretty diligent about that?
 2    A.  I am.
 3    Q.  You take care of your house?
 4    A.  Yes, I do.
 5    Q.  Do you remember when the leak occurred to that
 6  air-conditioning unit in the master bedroom?  I think
 7  your husband testified that it was -- well, I don't think
 8  your husband knew exactly when, but do you have any
 9  recollection?
10    A.  I'm not sure either.  We had had a leak from
11  that AC unit.  That AC unit has been replaced.  I mean,
12  if you want those records we can find the dates, and that
13  would give us a better idea of when that was.  But when
14  we did have a leak it hit the floor where the water goes
15  out, and there was some leakage that came into the
16  ceiling of the garage, which is where that was.  We had
17  all of that cut out, and it was Camillo who came in and
18  put the new sheetrock in, and we haven't had a problem
19  with that since then.
20    Q.  And that is in the area of the staircase on
21  Exhibit No. 3 that your husband had talked about earlier?
22    A.  Yeah.  All of that was part of the problems.
23    Q.  But you don't remember when that occurred?
24    A.  I don't know.  I mean, two, three years maybe,
25  something like that.
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**10**

```
 1    Q.  I'm pointing at Exhibit No. 3, the maid's room.
 2  Do you remember when the leak in the maid's room
 3  occurred?
 4    A.  That seemed more recent.  We had Camillo come
 5  look at the wall where there had been some water damage,
 6  and he came and fixed it.  I didn't spend too much time
 7  out there, though.
 8    Q.  When Camillo comes out, do you pay him with
 9  cash or with check?
10    A.  Sometimes with check.  Most of the times I
11  believe it was with check, and my husband takes care of
12  all that.
13    Q.  Let me ask you also about the kitchen sink.
14  Your husband did not remember when the kitchen sink
15  leaked.  Do you have any specific recollection of when
16  the sink leaked?
17    A.  Not really.
18    Q.  Do you know if Camillo has replaced the sink
19  p-trap on numerous occasions in the kitchen sink?
20    A.  I think that that's only been done once.
21    Q.  Do you know when the kitchen sink leaked?  Did
22  it leak out into the flooring of the kitchen?
23    A.  No, it wasn't quite that bad.  I try to catch
24  things before they get like that.  Once we see something
25  dripping we get after it.
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**11**

```
 1    Q.  Who from Allstate have you spoken with?
 2    A.  I believe a gentleman I spoke to was Gary
 3  Seligman.
 4    Q.  Have you spoken with anybody else other than
 5  Mr. Seligman?
 6    A.  Not that I'm really aware of.  I know that when
 7  I was trying to find out about the ALE, he referred me
 8  to -- I think Linda Hampton is her name.
 9    Q.  It wasn't Mr. Moody?
10    A.  I don't remember.  I'm sorry, there's been so
11  many people.  I mean, I probably couldn't tell you who
12  was who at our house.
13    Q.  Did you ever speak to this person that
14  Mr. Seligman referred you to, Ms. Hampton?
15    A.  No, I left a message.  She was going to get
16  back with me.  I needed to know if we were to do anything
17  about the ALE because I didn't know where to go with it.
18    Q.  When was that time that you called Ms. Hampton?
19    A.  I guess when we discussed -- I'm trying to
20  think of the month.  I don't know the month.  It's been
21  within a few months.
22    Q.  Within the last six months?
23    A.  Yeah, I would say.
24    Q.  And did Ms. Hampton return your call or whoever
25  this ALE person was?
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**12**

```
 1    A.  Someone returned and left a message on my
 2  answering machine, and I tried back again and never made
 3  contact.  We played telephone tag.
 4    Q.  You don't remember the name of the person that
 5  returned your call?
 6    A.  No.
 7    Q.  Do you recall that person calling you back?  I
 8  take it you called that person because you said you were
 9  playing telephone tag.
10    A.  Right.
11    Q.  Somebody returned your call after you had
12  called the first ALE person.  Did you call back?
13    A.  That's what I'm saying.  They left a message on
14  my answering machine, and then I called back, and that
15  person was not available.
16    Q.  Did you leave another message on their machine?
17    A.  And then I had called and they had called me.
18  Basically that was just -- you know, I think I said to
19  them, "We're playing telephone tag, so I'm just trying to
20  call her back."
21    Q.  And was there another call after that?
22    A.  No, not that I remember.
23    Q.  How many times have you spoken with Gary
24  Seligman?
25    A.  Possibly twice.
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

13

1   Q.  You've never met him before, have you?
2   A.  No.  I don't think so, not unless he's one of
3   the people that came to the house, but I don't think so.
    Q.  Let me talk about the first time you talked
    with him.  Do you remember when that was?
6   A.  No.  If you want a date, he suggested that I
7   get some information about the rental, what it cost on
8   the rentals, and I had written down a note to myself.  So
9   I probably have a date on that piece of paper if you want
10  it.
11  Q.  Do you remember talking to a Josie Mayes?  Does
12  that sound familiar to you?
13  A.  No, I don't recall.
14  Q.  So the first time you talked with Mr. Seligman,
15  he said to gather materials as to what he wanted to be
16  reimbursed for?
17  A.  I think the first time I had called him was in
18  reference to scheduling.  I didn't know who was coming
19  next.  And then the second time that I called him was
20  about the ALE.
21  Q.  When you spoke to Mr. Seligman the first time
22  about scheduling, did he talk to you at all about whether
23  your claims were covered or not or whether they were
24  going to pay you on those claims?
25  A.  No, I don't think so.  He was very friendly and

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

14

1   said that they were going to do whatever they could.  As
2   far as the scheduling part was concerned, the people were
3   supposed to call like your plumbers and all that sort of
4   thing.
5   Q.  So that first time you talked to him, he was
6   professional and courteous to you?
7   A.  Uh-huh, he always was.
8   Q.  Even the second time he was professional and
9   courteous to you?
10  A.  Uh-huh.
11  Q.  Is that a "Yes"?
12  A.  Yes, I'm sorry.
13  Q.  Did he ever fail to answer any questions that
14  you asked of him?
15  A.  Not really.  On the second call he just said
16  that he wouldn't be able to talk to me anymore.  I'm not
17  familiar with all of what goes on here, so he suggested I
18  not call him back, I would have to talk to his lawyer,
19  and he was very polite about it.
20  Q.  Did he feel uncomfortable talking to you
21  because you were represented by a lawyer?  Do you know?
22  A.  Yes.  I mean, I can't assume what he was
23  feeling, but evidently --
24  Q.  That was your impression?
25  A.  It was my impression that I was not to contact

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

15

him anymore about this.
2   Q.  Do you know if Mr. Seligman ever lied to you in
3   any way?
4   A.  I wouldn't know if he had or not.
5   Q.  Do you know if he ever misrepresented you in
6   any way?
7   A.  I wouldn't know.
8   Q.  Did Mr. Seligman deceive you in any way?
9   A.  Not that I'm aware of.
10  Q.  Do you know if anybody at Allstate has ever
11  lied to you that you know of?
12  A.  Not that I know of, no.
13  Q.  Do you know if anybody at Allstate has ever
14  misrepresented you in any way that you know of?
15  A.  Not that I'm aware of.
16  Q.  When I deposed your husband we were talking
17  about any expenses, any additional living expenses that
18  you may have had.  Your husband told me that you rented
19  an additional condominium right above your existing one,
20  plus there's a gas expense as well.  Can you think of any
21  other expenses that you've had because you've had to move
22  out of your house?
23  A.  No, not other than that type of living thing.
24  Q.  And you haven't had to buy new furniture
25  because your condo was already furnished?

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

16

1   A.  No, that's right.  It's already furnished.  I
2   mean, everything is still in the house.
3   Q.  And I believe your husband said his sister's
4   condo, the one above, that was furnished as well, I take
5   it?
6   A.  Correct.  May I ask you a question?
7           MR. BENIGNO:  Let's go off the record.
8           MR. SOLIS:  Let's go off the record.
9           (Off the record:  12:17 p.m. to 12:18 p.m.)
10  BY MR. SOLIS:
11  Q.  In your lawsuit you have sued Gary Seligman.
12  Can you tell me what Mr. Seligman has done wrong
13  regarding the adjustment of your claims?
14  A.  I'm not familiar with -- I'll have to tell you
15  that I leave most of this to my husband.  My job is to
16  take care of the kids and keep them in a safe, healthy
17  place.
18  Q.  Previously I showed your husband many of the
19  letters that were sent to your attorney.  Did you
20  actually read any of these letters -- and you can go over
21  them -- or is that something that your husband would do?
22  A.  I think the only one that I read or that stuck
23  out in my mind was the one that suggested we move out of
24  the house.
25  Q.  Was that one of the ones that I showed your

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

17

```
1   husband?
2       A.  I'm not sure.
3       Q.  There was a letter out there that said y'all
4   should move out of the house?
5       A.  Uh-huh.
6       Q.  Is that a "Yes"?
7       A.  It was suggested that we move out of the house.
8       Q.  And who was that letter from?
9       A.  I assumed it was from your company.
10      Q.  Is it your understanding that the letter came
11  from the indoor environmental people, P.E. Services?
12      A.  If we can look it up, then we can see who it
13  came from because I wouldn't want to say the wrong thing.
14      Q.  The only letter you recall seeing was the one
15  stating that the family should move out of the house?
16      A.  Right.  That was from Allstate.
17      Q.  Do you recall seeing any other letters?
18      A.  Not really.  I just didn't pay a whole lot of
19  attention to it.  I was busy with the kids and my husband
20  was taking care of this.  I figured since he's an
21  attorney, why should I get into something I'm not
22  familiar with the jargon.
23      Q.  Let me ask you about health problems you've had
24  that you believe are related to the mold or a physician
25  has told you that are related to the mold, and I'll ask
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

18

```
1   about you first and then I'll ask about your kids.  Tell
2   me what problems you've had.
3       A.  I have something called allergic rhinitis.
4       Q.  Allergic rhinitis?
5       A.  Yeah, that's what they call it.  You'll have to
6   look up what all that means.  I have difficulty
7   breathing.  My bronchials get tight when I'm in the
8   house, I feel dizzy, nauseous, headaches, kind of a
9   feeling of, I guess, like anxiety.  I mean, if you're
10  sick in your home -- my home is my office where I raise
11  my children.  I spend a lot of time there.
12      Q.  Anything else?
13      A.  My skin feels like it's on fire, and it's only
14  the parts that are exposed.
15      Q.  Anything else?
16      A.  I guess that's it.
17      Q.  Who is your general physician?
18      A.  Dr. Anderson has been helping me, Dr. Lynn
19  Anderson.
20      Q.  How long have you been seeing Dr. Anderson?
21      A.  Just a few months.
22      Q.  Who was your primary care physician prior to
23  Dr. Anderson?
24      A.  Well, mainly I'd go to the gynecologist or an
25  allergist for antihistamines.
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

19

```
1       Q.  Who is your allergist?
2       A.  Dr. McKenna.
3       Q.  Is Dr. McKenna here in Brownsville?
4       A.  He's in Harlingen.
5       Q.  How long has Dr. McKenna been your allergist?
6       A.  I guess six years, something like that.
7       Q.  Have you had allergies for many years?
8       A.  Uh-huh.
9       Q.  Is that a "Yes"?
10      A.  Yes.
11      Q.  Other than Dr. McKenna, what other doctors have
12  you seen for allergies prior to the six years?
13      A.  Dr. McKenna is my major or my primary.
14      Q.  And you've seen him for six years?
15      A.  Approximately.
16      Q.  Before that, who did you see?
17      A.  I went to Dr. Redland in Houston, and he did
18  the testing like he did.
19      Q.  And was that just a one-time visit?
20      A.  Well, it took a couple of times because they
21  took the tests like you're saying, and then I just
22  established myself with Dr. McKenna, who would check me
23  periodically and refill antihistamines.
24      Q.  Did Dr. McKenna refer you to Dr. Redland in
25  Houston?
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

20

```
1       A.  No.  I got Dr. Redland through my own research.
2       Q.  And do you remember when you went to see
3   Dr. Redland?
4       A.  Let's see, I go by kid years.  11 years maybe.
5       Q.  So 11 years ago you visited Dr. Redland on a
6   couple of occasions and did one of those allergy tests?
7       A.  Yes, sir.
8       Q.  And did they tell you what you were allergic
9   to?
10      A.  I was allergic to the pollens, the grasses and
11  the house dust.
12      Q.  Did they tell you if you were allergic to
13  molds?
14      A.  Those are supposedly in the house dust.
15      Q.  That's what they told you?
16      A.  Right.
17      Q.  Since that allergy test you took 11 years ago,
18  have you had another one performed on you?
19      A.  Recently with Dr. Anderson.
20      Q.  What did Dr. Anderson do?
21      A.  He found out I was allergic to everything.
22      Q.  Did he do the similar type test where they
23  prick your skin?
24      A.  That's correct.
25      Q.  And do you remember what they tested you for?
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

```
                                                        21
1    A.  Trees, molds, grasses.
2    Q.  And you're allergic to all of them?
3    A.  Everything but live oak.
     Q.  Well, you sound like me.
     A.  Right.
6    Q.  Is there any reason why Dr. Anderson did this
7  test and not Dr. McKenna?  Do you know?
8    A.  I felt that Dr. Anderson was my friend and
9  would be willing to see why I was experiencing these
10  problems, because prior to this whole situation where we
11  started looking into the house and the water problems, I
12  was fine.
13          MR. BENIGNO:  I just need to object to
14  the form and nonresponsiveness of the answer basically,
15  speculation.
16  BY MR. SOLIS:
17    Q.  Is Dr. Lynn Anderson just a general
18  practitioner?
19    A.  I believe so.  I'm not sure what it all is.
20    Q.  Are you still seeing Dr. McKenna as well?
21    A.  I haven't had a need to.
22    Q.  Has Dr. Anderson prescribed medication for your
23  allergies?
24    A.  Uh-huh, yes.
25    Q.  What has he prescribed for you?
         DAVIDSON & MOORE COURT REPORTERS, INC.
                   210-340-4655
```

```
                                                        22
1    A.  The same thing I was on, the Claritin.
2    Q.  Anything else?
3    A.  I use an inhaler.
4    Q.  Is that a nasal spray of some kind?
5    A.  No, it's an inhaler for the chest.
6    Q.  Oh, is that for your --
7    A.  Breathing.
8    Q.  Do you have like some sort of asthma or
9  bronchitis?
10    A.  It's not asthma per se as I'm told.
11    Q.  Let me ask you, when did you move out of your
12  house?
13    A.  I have to say I moved out of the house June,
14  around June.
15    Q.  June 2002?
16    A.  Right.
17    Q.  When you moved out of the house in June of
18  2002, did the symptoms persist or did they stop?
19    A.  No, they've gotten better.  We spent some time
20  away from the house, and whenever I am away from the
21  house I am better.
22    Q.  Do you have any of these symptoms that you
23  listed for me currently like allergic rhinitis?  Do you
24  still have that?
25    A.  Only when a northern comes in.
         DAVIDSON & MOORE COURT REPORTERS, INC.
                   210-340-4655
```

```
                                                        23
     Q.  When the mold counts are up in the outside?
2    A.  And the grasses.  There's a lot of pollen in
3  the grass they told me.
4    Q.  What is allergic rhinitis?  What does it cause
5  you to do?
6    A.  It can give you headaches.  If you have
7  drainage, then that gets into your bronchials, and your
8  bronchials react and they tighten up.
9    Q.  Are you given any specific medication for the
10  rhinitis?
11    A.  Well, those two things seem to -- that's what
12  we use.
13    Q.  The Claritin D plus the inhaler?
14    A.  Right.
15    Q.  How often do you take Claritin D?
16    A.  Well, you're supposed to take it once a day,
17  but I'm using it less now, so it's pretty fast-acting.
18    Q.  Does it also depend on the type of season,
19  whether it's fall or spring or winter?
20    A.  Yes.
21    Q.  When certain types of molds come in or grasses,
22  pollens?
23    A.  When the north wind comes in.
24    Q.  So right around this time of the year is the
25  worst time of the year as far as allergies?
         DAVIDSON & MOORE COURT REPORTERS, INC.
                   210-340-4655
```

```
                                                        24
1    A.  That's correct.
2    Q.  Have you experienced dizziness since you moved
3  out of the house in June of 2002?
4    A.  No.
5    Q.  How about your nausea?  Have you had problems
6  with nausea since June of 2000?
7    A.  No, that's improved dramatically.
8    Q.  How about headaches?
9    A.  The headaches, I don't have the headaches
10  either.
11    Q.  You stated earlier that you had anxiety before
12  you moved out.  Have you had problems with anxiety since
13  June of 2002?
14    A.  No.
15    Q.  How about difficulty breathing?  Have you had
16  any problems with breathing since June of 2002?
17    A.  With the north wind.
18    Q.  And finally you said that your skin feels like
19  it's on fire.  Have you had any problems with your skin
20  since June of 2002?
21    A.  No, only if I go back into the house.
22    Q.  How often do you go back into the house?
23    A.  Very little now.  We have a maid that I see,
24  too, that comes twice a week, and so when I go in now I
25  use a mask.
         DAVIDSON & MOORE COURT REPORTERS, INC.
                   210-340-4655
```

25

```
1      Q.  Your maid goes to the house two times a week?
2      A.  I have someone who comes in and cleans twice a
3  week.
4      Q.  Does anybody live in the house right now?
5      A.  No.  Our dog does and she lives outside.
6      Q.  Has your dog had any problems because of the
7  mold?
8      A.  She hasn't told me.
9      Q.  Have you seen if your dog has had problems with
10 the mold?
11     A.  No.  Our dog doesn't live in that house.
12     Q.  It's an outside dog?
13     A.  It's an outside dog.  I don't know.  Maybe I
14 should move outside.  She gets a little upset if you
15 don't come and feed her, but other than that she's all
16 right.
17     Q.  Is there any reason why you have a maid clean
18 the house two times a week when nobody lives there?
19     A.  Because it's still my house and I don't want it
20 to deteriorate.  I want to keep things up, and she's
21 there to let me know if there's any leaks or anything
22 that's happening in the house.
23     Q.  So she doesn't spend a lot of time there.  She
24 just kind of does general upkeep?
25     A.  She comes in from 8:30 to 5:00 twice a week.
           DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

26

```
1      Q.  Does your maid know that there's mold inside
2  the house?
3      A.  Yes.  And I've asked her if she has felt any of
4  the symptoms, and she says "No."
5      Q.  What do you pay your maid?
6              MR. BENIGNO:  Objection, form.
7              THE WITNESS:  What does that have to do
8  with --
9              MR. BENIGNO:  Objection, form.
10             MR. SOLIS:  Are you not going to make a
11 claim for ALE based on additional expenses for hiring a
12 maid?
13             MR. BENIGNO:  We're not going to make a
14 claim for a maid, for any additional expenses on a maid.
15             MR. SOLIS:  Then I won't ask that.
16 BY MR. SOLIS:
17     Q.  Let me ask you now about your son and any
18 health problems he's had.
19     A.  He's had constant headaches, he has sinus
20 problems, and he had problems with digestion, fairly
21 severe.
22     Q.  Who is your son's doctor?
23     A.  Dr. Montalvo.
24     Q.  He's a pediatrician?
25     A.  He's a pediatrician, that's correct.
           DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

27

```
1      Q.  Has Dr. Montalvo ever told you that your son's
2  problems are associated with mold at your house?
3      A.  I don't think we ever discussed it with him.
4  He just treated him for allergies and, I mean,
5  symptomatic stuff.
6      Q.  How long has your son had allergies?
7      A.  Well, we don't know that he has allergies.
8  They just treat him for the sinus conditions.  It's
9  chronic sinus, I think they call it.  They have never
10 told me what they thought caused it.
11     Q.  What medications have they given him for sinus
12 problems?
13     A.  When he would have an infection they would give
14 him a type of nasal spray, and he's been on antibiotics
15 off and on, too.
16     Q.  Your son moved out of the home in June of 2002
17 at the same time you did; correct?
18     A.  Basically, yes.
19     Q.  Has he continued to have problems with his
20 sinuses since June of 2002?
21     A.  His sinuses are getting better.  His stomach
22 problems have stopped.  They were gradual, but they've
23 stopped.
24     Q.  Tell me something about that, about his
25 digestion problems.
           DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

28

```
1      A.  We felt it had to do with lactose intolerance,
2  so we removed all of the dairy products, and he's
3  recently reintroduced them and is not having a problem.
4      Q.  How about headaches?  Has he had any headaches
5  since June of 2002?
6      A.  He hasn't complained of them.
7      Q.  Other than the nasal spray and the antibiotics
8  that your son has taken, is there any other medication
9  that he's on currently?
10     A.  We give him Claritin, and our doctor said when
11 he needed it he could use the Claritin to help dry him
12 up.
13     Q.  Has your son had an allergy test done, too?
14     A.  No.
15     Q.  Has your son visited Dr. Anderson for any
16 testing regarding allergies?
17     A.  They did a nose swab on him, also.
18     Q.  Did they do a nose swab on you as well?
19     A.  They did on my whole family.
20     Q.  What were the results of your nose swab if you
21 know?
22     A.  Mine were high counts.  My son's were off the
23 chart.
24     Q.  When was the test done?
25     A.  Recently.  I'd say within the last month.
           DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

**Page 29**

1    Q.   And so within either October or November?
2    A.   Yes.
3    Q.   And you had only been out of the house for
what, four months, five months since that time?
5    A.   Yes, except other times that I had to go back
6 in.
7    Q.   Did your children ever go back with you to the
8 house?
9    A.   Occasionally they would go back and forth.
10   Q.   Would they wear masks when they'd go in the
11 house?
12   A.   I don't think so.
13   Q.   Prior to Dr. Anderson performing the nose swab
14 on your family, have y'all been to the house within a
15 week's time or a month's time of having that exam done?
16   A.   I would say, yes.
17   Q.   You and the whole family?
18   A.   Yes, because there are school things and we
19 have to come back and forth to get things.
20   Q.   How often would you and your children be inside
21 the house since June of 2002 when you would go to the
22 house?
23   A.   That's difficult.  I think in the beginning we
24 were there more often, maybe twice a week, but it was for
25 short periods of time.
          DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655

**Page 30**

1    Q.   When you say "short periods of time," like 20
2 minutes?  30 minutes?
3    A.   No, maybe an hour, two hours.
4    Q.   Do you know if you were at your house the day
5 you had the nose swabs?
6    A.   I was in the doctor's office when I had my nose
7 swab.
8    Q.   No.  I mean before you actually went to the
9 doctor's office.
10   A.   If I had been in the house?
11   Q.   Do you know if you visited the house that day
12 before you went to the doctor's office?
13   A.   I can't remember if it was that day or not.
14   Q.   So your nose swab results revealed that you had
15 high counts?
16   A.   Of the fungus, yes.
17   Q.   The doctor told you it's fungus?
18   A.   It's called a fungus, yes.
19   Q.   And your son's results of his nose swab
20 revealed what?
21   A.   He had the highest fungus count.  It's parts
22 per million or whatever.
23   Q.   And your daughter?
24   A.   My daughter's were lower.  She's been away at
25 boarding school.
          DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655

**Page 31**

1    Q.   And I believe your husband testified that his
2 was the lowest; is that right?
3    A.   Right.  He doesn't get to spend much time in
4 there.
5    Q.   Has David seen any other doctors other than
6 Dr. Montalvo and Dr. Anderson that one time?
7    A.   In reference to the house?  In reference to
8 what?
9    Q.   Does he see other doctors?  Does he have
10 regular doctors he goes to other than Dr. Montalvo and
11 Dr. Anderson that one time?
12   A.   That's it.
13   Q.   Have you or your son ever checked into a
14 hospital as the result of symptoms or complications that
15 you believe are related to the mold at your house?
16   A.   No, we have not.
17   Q.   How about your daughter?
18   A.   No.
19   Q.   What has your daughter complained of?
20   A.   Nausea, dizziness and muscle aches like having
21 the flu, only it never turns into the flu.
22   Q.   Anything else?
23   A.   Nauseous stomach, occasional headaches.
24   Q.   Does she have stomach issues, also?
25   A.   Not anymore, she did.
          DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655

**Page 32**

1    Q.   Digestion problems?
2    A.   No, not the digestion, just the nausea.
3    Q.   How about allergies?  Does she have allergies?
4    A.   Not that we're aware of.
5    Q.   She's not under any sort of Claritin or any
6 allergy medicine?
7    A.   No.
8    Q.   Does she ever take any medication for these
9 symptoms that you've told me?
10   A.   Tylenol.
11   Q.   Anything that was prescribed to her?
12   A.   Oh, Claritin at one time, but she hasn't been
13 prescribed that in a long time.
14   Q.   What doctor does your daughter go to?
15   A.   Dr. Montalvo.
16   Q.   Has Dr. Montalvo ever told you that your
17 daughter's symptoms were related to mold at your house?
18   A.   No, I don't believe so.
19   Q.   Did Dr. Anderson tell you that the problems
20 you've had is related to possible mold at your house?
21   A.   He feels that it's a possibility.
22   Q.   And did he state the same thing about your
23 children?
24   A.   About the nose fungus, yes.
25   Q.   That the problems that they were having may be
          DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655

33

```
1   associated with mold in your house?
2       A.  We didn't discuss that about the children.  The
3   only thing he did was the nose swab.
4               MR. BENIGNO:  Before we get any further,
5   I'm just going to make a general objection as to any kind
6   of hearsay requests from any doctor.
7               MR. SOLIS:  Well, she can testify to what
8   she heard.
9               MR. BENIGNO:  Sure.
10  BY MR. SOLIS:
11      Q.  And all I want to know is what the doctor told
12  you.  I know you're not an expert --
13      A.  No.
14      Q.  -- in medicine.  I just want to know what the
15  doctor told you specifically.  Other than Dr. Montalvo,
16  has your doctor seen any other doctors for mold-related
17  symptoms?
18      A.  No.
19      Q.  Since June 2002, has your daughter's symptoms
20  persisted or have they stopped?
21      A.  She no longer complains of nausea or any of
22  those symptoms.  She gets an occasional headache, but I
23  think that comes with the territory.
24      Q.  So as far as the nausea, dizziness and muscle
25  aches, since June of 2002 she has not complained of
            DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655
```

34

```
1   those?
2       A.  She has not complained since she's moved out to
3   the beach.
4       Q.  And headaches, she's had one every now and then
5   or two every now and then, but nothing constant?
6       A.  Not constant.
7       Q.  Do you have any idea how much your beach condo
8   rents per week during the peak season?
9       A.  No.  I think you discussed that with my
10  husband.  If you're interested we can get the information
11  for you.
12      Q.  I know he wasn't exactly sure, and I was
13  wondering if you knew.
14      A.  No.
15      Q.  Prior to filing this claim with Allstate, did
16  you know who Dr. Danny Cooley was?
17      A.  No.
18      Q.  Did you know who Rick Guerra-Prats was?
19      A.  No.
20      Q.  Have you ever read the copy of your insurance
21  policy?
22      A.  No, I have not.
23      Q.  Let me ask you this.  Do you understand that
24  some things may be covered in your insurance policy and
25  some things may not be covered in your insurance policy?
            DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655
```

35

```
1       A.  Well, I'd have difficulty answering that if
2   I've never read the policy.
3       Q.  Has anybody ever told you that other than your
4   attorneys?
5       A.  No.
6       Q.  Do you have any criticisms about Allstate
7   regarding their investigation to determine if the damage
8   of your house is covered under your insurance policy?
9       A.  Yes, I do.
10      Q.  Do you believe that Allstate is entitled to
11  investigate to determine if it's a covered loss?
12      A.  Absolutely.
13      Q.  And I understand you have a problem with how
14  long it took.  But as far as whether Allstate has a right
15  to investigate to determine whether the loss is covered,
16  do you have any opinion whether they are entitled to do
17  that?
18              MR. BENIGNO:  Object to form.
19  BY MR. SOLIS:
20      Q.  You can answer.
21      A.  All of you in this room know what is required,
22  and Allstate obviously in our contract has told us what
23  they will do and what our duties are to do.  I would
24  assume that they would do as they're supposed to.  I feel
25  that we have.
            DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655
```

36

```
1       Q.  Do you have a problem with Allstate sending a
2   plumber out there to see where there's leaks?
3       A.  No, no problem at all.
4       Q.  Do you have a problem with Allstate sending out
5   the air-conditioning technicians to determine what's
6   wrong with the air-conditioning units?
7       A.  That's fine with me.
8       Q.  Do you have a problem with Allstate sending
9   out P.E. Services to do an indoor air quality report?
10      A.  No problem.
11      Q.  That was one of the reasons why y'all filed a
12  claim was to determine if there's mold in the house and
13  where it's at; right?
14      A.  Well, we want to know what's happening in the
15  house.
16      Q.  Exactly.
17      A.  I want a healthy house for my family to live
18  in.
19      Q.  Do you know if you plan on repairing this
20  house?
21      A.  I think it's up to you guys what we do.
22      Q.  Well, nothing is ever up to me.
23      A.  I can tell you this if you want to -- if I'm
24  allowed to make a comment.
25              MR. BENIGNO:  Why don't you wait for a
            DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655
```

37

```
1    question.
2              THE WITNESS:  Okay.
3    BY MR. SOLIS:
     Q.  Will you agree with me that what we have here
     is a difference in opinion of how much it costs to fix
6    the house?
7    A.  Yes.
8    Q.  Allstate's expert says that it costs x and your
9    expert says that it costs y.
10   A.  Right.
11   Q.  Different numbers.  Do you think it's fair that
12   a jury decides what that number should be?
13   A.  Yes, I think so.
14   Q.  Because that's what our system is.  We take
15   things in front of a jury if we have disagreements, and
16   the jury will decide what a reasonable number is.  Do you
17   have any problem with that system?
18   A.  I have no problem with that system.
19   Q.  Did you see any of the checks that were sent to
20   you or your attorney?
21   A.  I saw one check.
22   Q.  Because I don't think your name was on any of
23   them, so I don't think you had to sign off.
24   A.  Right, it didn't apply.
25   Q.  Do you know if any work has been started at the
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

38

```
1    house?
2    A.  No, there has not been any work started at the
3    house.
4    Q.  Based on the times that you've been out to the
5    house during this last year, does it appear to you that
6    your house has deteriorated or getting worse as the
7    result of the mold in the house if you know?
8    A.  I wouldn't know.  The only way I would know
9    that is if they did a sampling again.
10   Q.  You don't know of any other leaks that have
11   happened since you filed a notice of this claim, do you?
12   A.  I have not seen any leaks.
13   Q.  Your maid hasn't told you of any leaks?
14   A.  She hasn't told me of any.
15   Q.  Have you understood all the questions I've
16   asked you today, ma'am?
17   A.  I believe so.
18   Q.  Have I been professional and courteous to you
19   in this deposition?
20   A.  I believe so.
21             MR. SOLIS:  Thank you.  That's all the
22   questions I have for you.
23             (Deposition concluded:  12:49 p.m.)
24
25
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

39

CHANGES AND SIGNATURE

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

40

```
1        I, MARIANNE SANCHEZ, have read the foregoing
2    deposition and hereby affix my signature that same is
3    true and correct except as noted above.
4
5
6
7              MARIANNE SANCHEZ
8
9    THE STATE OF _____)
10   COUNTY OF _____)
11
12        Before me, _____, on this
13   day personally appeared MARIANNE SANCHEZ, known to me (or
14   proved to me under oath or through _____)
15   (description of identity card or other document) to be
16   the person whose name is subscribed to the foregoing
17   instrument and acknowledged to me that they executed the
18   same for the purposes and consideration therein
19   expressed.
20        Given under my hand and seal of office this
21   _____ day of _____, _____.
22
23
24              NOTARY PUBLIC IN AND FOR
                THE STATE OF _____
25              COMMISSION EXPIRES: _____
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

CAUSE NO. 2002-07-2926-G    41

| 1 | |
|---|---|
| | DENNIS SANCHEZ and ) IN THE DISTRICT COURT |
| 2 | MARIANNE SANCHEZ ) |

```
 1                             CAUSE NO. 2002-07-2926-G

 2   DENNIS SANCHEZ and          )   IN THE DISTRICT COURT
     MARIANNE SANCHEZ            )
 3                               )
              Plaintiffs         )
 4                               )
     VS.                         )   404TH JUDICIAL DISTRICT
 5                               )
     ALLSTATE INSURANCE COMPANY  )
 6   and GARY SELIGMAN           )
                                 )
 7            Defendants         )   CAMERON COUNTY, TEXAS

 8        REPORTER'S CERTIFICATION OF THE ORAL DEPOSITION OF
                          MARIANNE SANCHEZ
 9                        NOVEMBER 27, 2002

10   _____

11        I, Brent Sturgess, Certified Shorthand Reporter
     in and for the State of Texas, hereby certify to the
12   following:

13        That the witness, MARIANNE SANCHEZ, was duly
     sworn by the officer and that the transcript of the oral
14   deposition is a true record of the testimony given by the
     witness;

15        That the deposition transcript was submitted on
16   _____, 2002, to the witness or to the
     attorney for the witness for examination, signature and
17   return to Davidson & Moore Court Reporters, Inc., 6900
     San Pedro Avenue, Suite 147, San Antonio, Texas, 78216,
18   by _____, 2002;

19        That the amount of time used by each party at the
     deposition is as follows:
20
21   MR. CARLOS E. SOLIS................ 0 HOURS, 48 MINUTES
     MR. BENIGNO (TREY) MARTINEZ........ 0 HOURS, 00 MINUTES

22        That $_____ is the deposition officer's
23   charges for preparing the original deposition transcript
     and any copies of exhibits, charged to Mr. Carlos E.
24   Solis, Attorney at Law.

25
            DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

```
 1        That pursuant to the information given to the       42
     deposition officer at the time said testimony was taken,
 2   the following includes all parties of record:

 3   ATTORNEY FOR PLAINTIFFS:
 4        Mr. Benigno (Trey) Martinez
          MARTINEZ, BARRERA y MARTINEZ, L.L.P.
 5        1201 East Van Buren
          Brownsville, Texas  78520

 6
     ATTORNEY FOR DEFENDANTS:
 7        Mr. Carlos E. Solis
          ADAMI, GOLDMAN & SHUFFIELD, INC.
 8        9311 San Pedro, Suite 900
          San Antonio, Texas 78216

 9
10        Further certification requirements pursuant to
     Rule 203 of TRCP will be certified to after they have
11   occurred.

12        Sworn to by me this _____ day of _____,
     2002.
13

14

15

16

17

18

19

20

21        _____
          Brent Sturgess
22        Texas CSR No. 3557
          Expiration Date:  12/31/03
23
          DAVIDSON & MOORE COURT REPORTERS, INC.
24        6900 San Pedro Avenue, Suite 147
          San Antonio, Texas  78216
25        210-340-4655

          DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

```
 1             CERTIFICATION UNDER RULE 203 TRCP          43

 2        The original deposition was/was not returned to

 3   the deposition officer;

 4

 5        If returned, the attached Changes and Signature

 6   page contains any changes and the reasons therefore;

 7

 8        If returned, the original deposition was

 9   delivered by regular mail/hand-delivered to Mr. Carlos E.

10   Solis for safekeeping on _____.

11

12        That a copy of this certificate was served on all

13   parties shown herein.

14

15        Witness my hand this _____ day of _____,

16   2002.

17

18

19

20

21        _____
22        Brent Sturgess
          Texas CSR No. 3557
23        Expiration Date:  12/31/03

24        DAVIDSON & MOORE COURT REPORTERS, INC.
          6900 San Pedro Avenue, Suite 147
25        San Antonio, Texas  78216
          210-340-4655

          DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

| $ |
|---|
| $ _____ [1] 41: 22 |

| 0 |
|---|
| 0 [2] 41:20 41:21 |
| 00 [1] 41:21 |

| 1 |
|---|
| 10/26/50 [1] 6:25 |
| 11 [3] 20:4 20:5 20: 17 |
| 12/31/03 [2] 42:22 43:22 |
| 1201 [3] 1:22 2:4 42: 4 |
| 12:00 [2] 1:19 4:3 |
| 12:17 [1] 16:9 |
| 12:18 [1] 16:9 |
| 12:49 [2] 1:19 38:23 |
| 147 [3] 41:17 42:23 43:24 |
| 18 [1] 5:12 |
| 1984 [1] 5:11 |
| 19th [1] 5:11 |

| 2 |
|---|
| 2 [1] 3:3 |
| 20 [1] 30:1 |
| 2000 [1] 24:6 |
| 2001 [1] 7:10 |
| 2002 [19] 1:12 1:19 22:15 22:18 24:3 24: 13 24:16 24:20 27:16 27:20 28:5 29:21 33: 19 33:25 41:9 41:16 41:18 42:12 43:16 |
| 2002-07-2926-G [2] 1:1 41:1 |
| 203 [2] 41:20 43:1 |
| 210-340-4655 [2] 42:24 43:25 |
| 27 [1] 1:12 41:9 |
| 27th [1] 1:19 |

| 3 |
|---|
| 3 [3] 3:4 9:21 10:1 |
| 30 [1] 30:2 |
| 3557 [2] 42:21 43:22 |

| 4 |
|---|
| 4 [1] 3:6 |
| 40 [1] 3:7 |
| 404TH [2] 1:4 41:4 |
| 41 [1] 3:8 |
| 48 [1] 41:20 |

| 5 |
|---|
| 5:00 [1] 25:25 |

| 6 |
|---|
| 6900 [3] 41:17 42:23 43:24 |

| 7 |
|---|
| 78216 [5] 2:8 41:17 42:8 42:24 43:24 |
| 78520 [2] 2:5 42:5 |

| 8 |
|---|
| 8:30 [1] 25:25 |

| 9 |
|---|
| 900 [2] 2:8 42:8 |
| 9311 [2] 2:8 42:8 |

| [1] 43:15 |
| [1] 42:12 |
| [1] 40: 21 |
| [1] 40:25 |
| [1] 40:24 |
| [1] 40:6 |
| [3] 40:23 42:20 43:21 |
| [25] 39:3 39: 4 39:5 39:6 39:7 39: 8 39:9 39:10 39:11 39:12 39:13 39:14 39: 15 39:16 39:17 39:18 39:19 39:20 39:21 39: 22 39:23 39:24 39:25 41:7 41:10 |

| A |
|---|
| Ability [1] 8:2 |
| Able [1] 14:16 |
| Above-styled [1] 1: 18 |
| Absolutely [2] 8: 25 35:12 |
| AC [2] 9:11 9:11 |
| Aches [1] 31:20 33: 25 |
| Acknowledged [1] 40:17 |
| Acting [1] 23:17 |
| ADAMI [2] 2:7 42:7 |
| Add [2] 7:8 7:11 |
| Additional [4] 15: 17 15:19 26:11 26:14 |
| Adjustment [1] 16: 13 |
| Adobe [1] 7:14 |
| Affix [1] 40:2 |
| Ago [3] 8:3 20:5 20: 17 |
| Agree [1] 37:4 |
| Agreement [1] 7:12 |
| Air [1] 36:9 |
| Air-conditioning [3] 9:6 36:5 36:6 |
| ALE [6] 11:7 11:11 11:25 12:12 13:20 26: 11 |
| Allergic [9] 18:3 18:4 20:8 20:10 20: 12 20:21 21:2 22:23 23:4 |
| Allergies [10] 19:7 19:12 21:23 23:25 27: 4 27:6 27:7 28:16 32: 3 32:3 |
| Allergist [1] 18: 25 19:1 19:5 |
| Allergy [4] 20:6 20: 17 28:13 32:6 |
| Allowed [1] 36:24 |
| Allstate [15] 1:5 4: 9 11:1 15:10 15:13 17:16 34:15 35:6 35: 10 35:14 35:22 36:1 36:4 36:8 41:5 |
| Allstate's [1] 37:8 |
| Amount [2] 8:14 41: |

| 19 |
| Anderson [15] 18:18 18:19 18:20 18:23 20: 19 20:20 21:6 21:8 21:17 21:22 28:15 29: 13 31:6 31:11 32:19 |
| Answer [4] 4:21 14: 2 31:11 34:5:20:1 |
| Answering [3] 12:2 12:14 35:1 |
| Antibiotics [2] 27: 14 28:7 |
| Antihistamines [2] 18:25 19:23 |
| Antonio [5] 2:8 41: 17 42:8 42:24 43:24 |
| Anxiety [3] 18:9 24: 11 24:12 |
| Appear [1] 38:5 |
| Appearances [1] 3:3 |
| Appeared [1] 40:13 |
| Apply [1] 37:24 |
| Area [1] 9:20 |
| Areas [1] 7:8 |
| Associate's [2] 5: 20 5:21 |
| Associated [2] 27: 2 33:1 |
| Assume [2] 14:22 35: 24 |
| Assumed [1] 17:9 |
| Asthma [3] 22:8 22: 10 |
| Attached [2] 1:25 43:5 |
| Attention [1] 17:19 |
| Attorney [9] 2:3 2: 6 16:19 17:21 37:20 41:16 41:23 42:3 42:6 |
| Attorneys [1] 35:4 |
| Available [2] 12:15 |
| Avenue [3] 41:17 42: 23 43:24 |
| Aware [4] 11:6 15:9 15:15 32:4 |

| B |
|---|
| Bad [1] 10:23 |
| BARRERA [3] 1:22 2: 4 42:4 |
| Based [2] 26:11 38:4 |
| Bath [2] 7:20 8:4 |
| Bathroom [2] 7:17 8: 15 |
| Bathroom-under-th e-sink [1] 7:17 |
| Beach [2] 34:3 34:7 |
| Bedroom [2] 8:17 9:6 |
| Beginning [1] 29:23 |
| Benigno [13] 2:3 5: 14 16:7 21:13 26:6 26:9 26:13 33:4 33:9 35:18 36:25 41:21 42: 3 |
| Best [2] 8:1 8:3 |
| Better [4] 9:13 22: 19 22:21 27:21 |
| Birth [1] 6:24 |
| Boarding [1] 30:25 |
| Born [1] 6:23 |
| Breathing [4] 18:7 22:7 24:15 24:16 |
| Brent [5] 1:20 2:15 41:11 42:21 43:21 |
| Brick [2] 7:14 7:14 |
| Bronchials [3] 18: 7 23:7 23:8 |

| Bronchitis [1] 22:9 |
| Brownsville [6] 1: 23 2:5 6:18 6:22 19: 3 42:5 |
| Buren [3] 1:23 2:4 42:4 |
| Busy [1] 17:19 |
| Buy [1] 15:24 |

| C |
|---|
| CAMERON [2] 1:7 41:7 |
| Camillo [5] 8:12 9: 17 10:4 10:8 10:18 |
| Card [1] 40:15 |
| Care [7] 7:25 9:3 10: 11 16:16 17:20 18:22 18:24 |
| Carlos [6] 2:7 4:8 41:20 41:23 42:7 43:9 |
| Cash [1] 10:9 |
| Catch [1] 10:23 |
| Caused [1] 27:10 |
| Ceiling [1] 9:16 |
| Certain [3] 23:21 |
| Certificate [2] 3: 8 43:12 |
| Certification [3] 41:8 42:10 43:1 |
| Certifications [1] 5:24 |
| Certified [2] 41: 11 42:10 |
| Certify [1] 41:11 |
| CHANGE [1] 39:2 |
| Changes [4] 3:7 39: 1 43:5 43:6 |
| Charged [1] 41:23 |
| Charges [1] 41:22 |
| Chart [1] 28:23 |
| Check [5] 10:9 10: 10 10:11 19:22 37:21 |
| Checked [1] 31:13 |
| Checks [1] 37:19 |
| Chest [1] 22:5 |
| Children [3] 18:11 29:7 29:20 32:23 33:2 |
| Chronic [1] 27:9 |
| Civil [1] 1:24 |
| Claim [5] 7:9 26:11 26:14 34:15 36:12 38: 11 |
| Claims [4] 6:12 13: 23 13:24 16:13 |
| Claritin [7] 22:1 22:13 23:15 28:10 28: 11 32:5 32:12 |
| Clean [2] 25:17 |
| Cleans [1] 25:2 |
| Close [1] 5:19 |
| College [5] 5:17 5: 18 |
| Coming [1] 13:18 |
| Comment [1] 36:24 |
| COMMISSION [1] 40: 25 |
| Company [4] 1:5 6:8 17:9 41:5 |
| Complained [4] 28: 6 31:19 33:25 34:2 |
| Complains [1] 33:21 |
| Complications [1] 31:14 |
| Concerned [1] 14:2 |
| Concluded [1] 38:23 |
| Conditions [1] 27:8 |
| Condo [5] 15:25 16: 4 34:7 |

| Condominium [1] 15: 19 |
| Consideration [1] 40:18 |
| Constant [3] 26:19 34:5 34:6 |
| Contact [2] 12:3 14: 25 |
| Contains [1] 43:6 |
| Continued [1] 27:19 |
| Contract [3] 35:22 |
| Cooley [1] 34:16 |
| Copies [1] 41:23 |
| Copy [3] 34:20 43:12 |
| Correct [7] 5:12 16: 6 20:24 24:1 26:25 27:17 40:3 |
| Cost [1] 13:7 |
| Costs [3] 37:5 37:8 37:9 |
| Counseling [1] 5:23 |
| Count [1] 30:21 |
| Counts [3] 23:1 28: 22 30:15 |
| COUNTY [1] 1:7 40: 10 41:7 |
| Couple [3] 4:16 19: 20 20:6 |
| Court [7] 1:2 2:15 4:22 41:2 41:17 42: 23 43:23 |
| Courteous [3] 14:6 14:9 38:18 |
| Covered [6] 13:23 34:24 34:25 35:8 35: 11 35:15 |
| Credit [1] 5:17 |
| Criticisms [1] 35:6 |
| CSR [3] 1:20 42:21 43:22 |
| Cut [1] 9:17 |

| D |
|---|
| Dairy [1] 28:2 |
| Damage [3] 7:6 10:5 35:7 |
| Damaged [1] 7:14 |
| Danny [1] 34:16 |
| Date [5] 6:24 13:6 13:9 42:22 43:22 |
| Dates [1] 7:24 9:12 |
| Daughter [3] 30:23 31:17 31:19 32:14 |
| Daughter's [3] 30: 24 32:17 33:19 |
| David [1] 31:5 |
| Davidson [3] 41:17 42:23 43:23 |
| Dealt [1] 7:18 |
| Deceive [1] 15:8 |
| Decide [1] 37:16 |
| Decides [1] 37:12 |
| Deer [1] 6:17 |
| Defendants [5] 1:7 1:17 2:6 41:7 42:6 |
| Degree [1] 5:17 |
| Delivered [1] 43:9 |
| Dennis [1] 1:2 2:14 5:11 41:2 |
| Deposed [1] 15:16 |
| Deposition [16] 1: 10 1:16 4:13 38:19 38:23 40:2 41:8 41: 14 41:15 41:19 41:22 41:22 42:1 43:2 43:3 43:8 |
| Description [1] 40: |

15
Deteriorate [1] 25: 20
Deteriorated [1] 38:6
termine [5] 35:7 11 35:15 36:5 36: 16

Difference [1] 37:5
Different [1] 37:11
Difficult [1] 29:23
Difficulty [3] 18: 6 24:15 35:1
Digestion [4] 26: 20 27:25 32:1 32:2
Diligent [1] 9:1
Disagreements [1] 37:15
Discuss [1] 33:2
Discussed [3] 11: 19 27:3 34:9
DISTRICT [4] 1:2 1: 4 41:2 41:4
Dizziness [3] 24:2 31:20 33:24
Dizzy [1] 18:8
Doctor [8] 26:22 28: 10 30:17 32:14 33:6 33:11 33:15 33:16
Doctor's [3] 30:6 30:9 30:12
Doctors [5] 19:11 31:5 31:9 31:10 33:16
Document [1] 40:15
Dog [6] 25:5 25:6 25: 9 25:11 25:12 25:13
Done [5] 10:20 16:12 28:13 28:24 29:15
Down [2] 4:22 13:8
— [37] 18:18 18:18 20 18:23 19:2 19: 5 19:5 19:11 19:13 19:17 19:22 19:24 19: 24 20:1 20:3 20:5 20: 19 20:20 21:6 21:7 21:8 21:17 21:20 21: 22 26:23 27:1 28:15 29:13 31:6 31:6 31: 10 31:11 32:15 32:16 32:19 33:15 34:16
Drainage [1] 23:7
Dramatically [1] 24:7
Drill [1] 6:2
Dripping [1] 8:22 10:25
Drippy [1] 8:19
Dry [1] 28:11
Duly [1] 1:17 4:2 41: 13
During [2] 34:8 38:5
Dust [2] 20:11 20:14
Duties [1] 35:23

E
East [3] 1:22 2:4 42: 4
Either [3] 9:10 24: 10 29:1
Entitled [2] 35:10 35:16
Environmental [1] 17:11
Established [1] 19:

.dently [1] 14:23
Exactly [4] 8:5 9:8 34:12 36:16

Exam [1] 29:15
Examination [3] 3: 6 4:4 41:16
Except [2] 29:5 40:3
Executed [1] 40:17
Exhibit [1] 9:21 10: 1
Exhibits [2] 3:11 41:23
Existing [1] 15:19
Expense [1] 15:20
Expenses [5] 15:17 15:17 15:21 26:11 26: 14
Experienced [1] 24: 2
Experiencing [1] 21:9
Expert [1] 33:12 37: 8 37:9
Expertise [3] 6:3 6:5 6:11
Expiration [2] 42: 22 43:22
EXPIRES [1] 40:25
Exposed [1] 18:14
Expressed [1] 40:19

F
Fail [1] 14:13
Fair [2] 7:1 37:11
Fairly [1] 26:20
Fall [1] 23:19
Familiar [4] 13:12 14:17 16:14 17:22
Family [5] 17:15 28: 19 29:14 29:17 36:17
Far [7] 7:8 7:16 8:3 14:2 23:25 33:24 35: 14
Fast [1] 23:17
Fast-acting [1] 23: 17
Feed [1] 25:15
Felt [2] 21:8 26:3 28:1
Few [2] 11:21 18:21
Figured [1] 17:18
Filed [3] 7:9 36:11 38:11
Filing [1] 34:15
Finally [1] 24:18
Fine [3] 5:1 21:12 36:7
Fire [2] 18:13 24:19
First [9] 4:2 4:13 12:12 13:4 13:14 13: 17 13:21 14:5 18:1
Five [1] 29:4
Fix [1] 37:5
Fixed [1] 10:6
Floor [1] 9:14
Flooring [2] 8:14 10:22
Flu [1] 31:21 31:21
Following [1] 41: 12 42:2
Follows [2] 4:2 41: 19
Foregoing [2] 40:1 40:16
Form [4] 21:14 26:6 26:9 35:18
Forth [2] 29:9 29:19
Four [1] 29:4
Free [1] 4:17

Friend [1] 21:8
Friendly [1] 13:25
Front [2] 5:5 37:15
Full [1] 4:6
Fungus [2] 30:16 30: 17 30:18 30:21 32:24
Furnished [3] 15: 25 16:1 16:4
Furniture [1] 15:24

G
Garage [1] 9:16
Gary [5] 1:6 11:2 12: 23 16:11 41:6
Garza [2] 8:11 8:12
Gas [1] 15:20
Gather [1] 13:15
General [4] 18:17 21:17 25:24 33:5
Gentleman [1] 18:1
Given [6] 4:13 23:9 27:11 40:20 41:14 42: 1
GOLDMAN [2] 2:7 42:7
Gradual [1] 27:22
Grass [1] 23:3
Grasses [4] 20:10 21:1 23:2 23:21
Ground [1] 4:16
Guerra [1] 34:18
Guerra-Prats [1] 34:18
Guess [4] 11:19 18: 9 18:16 19:6
Guy [1] 7:25
Guys [1] 36:21
Gynecologist [1] 18:24

H
Hampton [4] 11:8 11: 14 11:18 11:24
Hand [2] 40:20 43:15
Handling [1] 6:12
Hannah [2] 6:15 6:18
Happy [2] 4:18 5:15
Hardin [1] 4:7
Harlingen [1] 19:4
Head [2] 4:23 4:23
Headache [1] 33:22
Headaches [10] 18:8 23:6 24:8 24:9 24:9 26:19 28:4 28:4 31: 23 34:4
Health [2] 17:23 26: 18
Healthy [2] 16:16 36:17
Heard [1] 33:8
Hearsay [1] 33:6
Help [1] 28:11
Helping [1] 18:18
Hereby [1] 40:2 41: 11
Herein [1] 43:13
Hereto [1] 1:25
High [5] 6:14 6:15 6: 16 28:22 30:15
Highest [1] 30:21
Hiring [1] 26:11
Hit [1] 9:14
Home [3] 18:10 18:10 27:16
Homemaker [1] 5:9 5:10

Hospital [1] 31:14
Hour [1] 30:3
Hours [3] 30:3 41: 20 41:21
House [57] 7:6 7:9 7:24 9:3 11:12 13:3 15:22 16:2 16:24 17: 4 17:7 17:15 18:8 20: 11 20:14 21:11 22:12 22:13 22:17 22:20 22: 21 24:3 24:21 24:22 25:1 25:4 25:11 25: 18 25:19 25:22 26:2 27:2 29:3 29:8 29:11 29:14 29:21 29:22 30: 4 30:10 30:11 31:7 31:15 32:17 32:20 33: 1 35:8 36:12 36:15 36:17 36:20 37:6 38: 1 38:3 38:5 38:6 38:7 39:19 39:25
Husband [17] 7:2 7: 20 9:7 9:8 9:21 10: 10 10:14 15:16 15:18 16:3 16:15 16:18 16: 21 17:1 17:19 31:1 34:10
Husband's [1] 7:7

I
Idea [3] 7:21 9:13 34:7
Identity [1] 40:15
Impression [2] 14: 24 14:25
Improved [1] 24:7
Inc [5] 2:7 41:17 42: 7 42:23 43:23
Includes [1] 42:2
INDEX [1] 3:1
Indoor [2] 17:11 36: 9
Infection [1] 27:13
Information [3] 13: 7 34:10 42:1
Inhaler [3] 22:3 22: 5 23:13
Inside [3] 7:6 26:1 29:20
Instance [1] 1:17
Instrument [1] 40: 17
Insurance [9] 1:5 4:9 6:8 6:12 34:20 34:24 34:25 35:8 41:5
Interested [1] 34: 10
Intolerance [1] 28: 12
Investigate [2] 35: 11 35:15
Investigation [1] 35:7
Issues [1] 31:24

J
Jargon [1] 17:22
Job [1] 16:15
Josie [1] 13:11
Judge [1] 5:6
JUDICIAL [2] 1:4 41: 4
June [15] 22:13 22: 14 22:15 22:17 24:3 24:6 24:13 24:16 24: 20 27:16 27:20 28:5 29:21 33:19 33:25
Jury [4] 5:6 37:12

37:15 37:16

K
Keep [2] 16:16 25:20
Kid [1] 20:4
Kids [4] 5:19 16:16 17:19 18:1
Kind [4] 18:8 22:4 25:24 33:5
Kitchen [3] 10:13 10:14 10:19 10:21 10: 22
Known [1] 40:13

L
L.L.P. [2] 2:4 42:4
Lactose [1] 28:11
Last [4] 8:6 11:22 28:25 38:5
Law [1] 1:21 41:23
Lawsuit [1] 7:16
Lawyer [2] 14:18 14: 21
Leak [6] 8:23 9:5 9: 10 9:14 10:2 10:22
Leakage [1] 9:15
Leaked [5] 7:21 7: 22 8:4 8:13 8:18 10: 15 10:16 10:21
Leaks [5] 25:21 36: 2 38:10 38:12 38:13
Least [1] 4:24
Leave [2] 12:16 16: 15
Left [3] 11:15 12:1 12:13
Less [1] 23:17
Letter [4] 17:3 17: 8 17:10 17:14
Letters [3] 16:19 16:20 17:17
Library [1] 7:13
Lied [2] 15:2 15:11
Linda [1] 11:8
LINE [1] 39:2
Listed [1] 22:23
Listen [1] 7:7
Live [4] 21:3 25:4 25:11 36:17
Lives [2] 25:5 25:18
Living [2] 15:17 15: 23
LLP [1] 1:22
Look [2] 10:5 17:12 18:6
Looking [1] 21:11
Loss [2] 35:11 35:15
Lower [1] 30:24
Lowest [1] 31:2
Lynn [2] 18:18 21:17

M
Ma'am [2] 8:8 38:16
Machine [4] 1:21 12: 2 12:14 12:16
Maid [9] 24:23 25:1 25:17 26:1 26:5 26: 12 26:14 26:14 38:13
Maid's [2] 10:1 10:2
Mail/hand-deliver ed [1] 43:9
Major [1] 19:13
Majority [1] 7:17
Marianne [13] 1:2 1: 11 1:16 2:13 3:4 4:1 4:7 40:1 40:7 40:13

41:2 41:9 41:13
**Marked [1]** 3:12
**Married [1]** 5:11
**Martinez [9]** 1:22 1: 22 2:3 2:4 2:4 41:21 42:3 42:4 42:4
**Mask [1]** 24:25
**Masks [1]** 29:10
**Master [5]** 7:20 8:4 8:15 8:16 9:6
**Materials [1]** 13:15
**Mayes [1]** 13:11
**McKenna [9]** 19:2 19: 3 19:5 19:11 19:13 19:22 19:24 21:7 21: 20
**Mean [9]** 7:24 9:11 9: 24 11:11 14:22 16:2 18:9 27:4 30:8
**Means [1]** 18:6
**Medication [4]** 21: 22 23:9 28:8 32:8
**Medications [1]** 27: 11
**Medicine [2]** 32:6 33:14
**Message [4]** 11:15 12:1 12:13 12:16
**Met [2]** 4:11 13:1
**Million [1]** 30:22
**Mind [1]** 16:23
**Mine [1]** 28:22
**Minutes [4]** 30:2 30: 2 41:20 41:21
**Misrepresented [2]** 15:5 15:14
**Moisture [1]** 8:19
**Mold [16]** 6:3 6:5 17: 24 17:25 23:1 25:7 25:10 26:1 27:2 31: 15 32:17 32:20 33:1 33:16 36:12 38:7
**Mold-related [1]** 33:16
**Molds [3]** 20:13 21: 1 23:21
**Montalvo [7]** 26:23 27:1 31:6 31:10 32: 15 32:16 33:15
**Month [3]** 11:20 11: 20 28:25
**Month's [1]** 29:15
**Months [5]** 11:21 11: 22 18:21 29:4 29:4
**Moody [1]** 11:9
**Moore [1]** 41:17 42: 23 43:23
**Most [3]** 8:12 10:10 16:15
**Move [7]** 15:21 16:23 17:4 17:7 17:15 22: 11 25:14
**Movad [6]** 22:13 22: 17 24:2 24:12 27:16 34:2
**Muscle [2]** 31:20 33: 24

### N

**Name [7]** 4:6 4:8 6: 16 11:8 12:4 37:22 40:16
**Nasal [3]** 22:4 27: 14 28:7
**Nausea [6]** 24:5 24: 6 31:20 32:2 33:21 33:24
**Nauseous [2]** 18:8

31:23
**Need [2]** 21:13 21:21
**Needed [3]** 11:16 28: 11
**Never [6]** 4:11 12:2 13:1 27:9 31:21 35:2
**New [2]** 9:18 15:24
**Next [1]** 13:19
**Nobody [1]** 25:18
**None [1]** 3:12
**Nonresponsiveness [1]** 21:14
**North [2]** 23:23 24: 17
**Northern [1]** 22:25
**Nose [10]** 28:17 28: 18 28:20 29:13 30:5 30:6 30:14 30:19 32: 24 33:3
**NOTARY [1]** 40:24
**Note [1]** 13:8
**Noted [1]** 40:3
**Nothing [2]** 34:5 36: 22
**Notice [1]** 38:11
**Noticed [2]** 7:9 8:23
**November [4]** 1:12 1: 29 21:1 41:9
**Number [2]** 37:12 37: 16
**Numbered [1]** 1:18
**Numbers [1]** 37:11
**Numerous [1]** 10:19

### O

**Oak [1]** 21:3
**Oath [2]** 5:2 40:14
**Object [3]** 7:3 21: 13 35:18
**Objection [2]** 26:6 26:9 33:5
**Obviously [1]** 35:22
**Occasional [2]** 31: 23 33:22
**Occasionally [1]** 29:9
**Occasions [2]** 10: 19 20:6
**Occurred [4]** 9:5 9: 23 10:3 42:11
**October [2]** 7:10 29: 1
**Office [5]** 18:10 30: 6 30:9 30:12 40:20
**Officer [3]** 41:13 42:1 43:3
**Officer's [1]** 41:22
**Offices [1]** 1:21
**Often [5]** 8:12 23: 15 24:22 29:20 29:24
**Once [3]** 10:20 10:24 23:16
**One [16]** 7:19 13:2 15:19 16:4 16:22 16: 23 16:25 17:14 20:6 20:18 31:6 31:11 32: 12 34:4 36:11 37:21
**One-time [1]** 19:19
**Ones [1]** 16:25
**Opened [2]** 8:20 8:21
**Opinion [2]** 35:16 37:5
**Opportunity [1]** 7:6
**Oral [1]** 1:10 1:16 41:8 41:13
**Original [3]** 41:22 43:2 43:8

**Originally [1]** 6:22
**Outside [5]** 23:1 25: 5 25:12 25:13 25:14
**Own [1]** 20:1

### P

**P-trap [2]** 7:18 10: 13
**P.E. [1]** 36:9
**P.m. [1]** 1:19 1:20 16:9
**Page [3]** 3:2 39:2 43: 6
**Paper [1]** 13:9
**Park [1]** 6:17
**Part [2]** 9:22 14:2
**Parties [2]** 42:2 43: 13
**Parts [2]** 18:14 30: 21
**Party [1]** 41:19
**Pay [4]** 10:8 13:24 17:18 26:5
**PE [1]** 17:11
**Peak [1]** 34:8
**Pediatrician [2]** 26:24 26:25
**Pedro [5]** 2:8 41:17 42:8 42:23 43:24
**People [4]** 11:11 13: 3 14:2 17:11
**Per [3]** 22:10 30:22 34:8
**Performed [2]** 20:18
**Performing [1]** 29: 13
**Periodically [1]** 19:23
**Periods [2]** 29:25 30:1
**Persist [1]** 22:18
**Persisted [1]** 33:23
**Person [8]** 11:13 11: 25 12:4 12:7 12:8 12: 12 12:15 40:16
**Personally [1]** 40: 13
**Physician [3]** 17: 24 18:17 18:22
**Piece [1]** 13:9
**Pipe [2]** 8:8 8:22
**Place [1]** 16:17
**Plaintiffs [4]** 1:3 2:3 41:3 42:3
**Plan [1]** 36:19
**Played [1]** 12:3
**Playing [2]** 12:9 12: 19
**Plumber [2]** 8:24 36: 2
**Plumbers [1]** 14:3
**Plus [2]** 15:20 23:13
**PM [3]** 4:3 16:9 38:23
**Pointing [1]** 10:1
**Points [1]** 5:14
**Policy [5]** 34:21 34: 24 34:25 35:2 35:8
**Polite [1]** 14:19
**Pollen [1]** 23:2
**Pollens [2]** 20:10 23:22
**Possibility [1]** 32: 21
**Possible [1]** 32:20
**Possibly [1]** 12:25
**Pour [1]** 8:14

**Pouring [1]** 8:16
**Practitioner [1]** 21:18
**Prats [1]** 34:18
**Preparing [1]** 41:22
**Prescribed [4]** 21: 22 21:25 32:11 32:13
**PRESENT [1]** 2:14
**Pretty [2]** 9:1 23:17
**Previously [1]** 16: 18
**Prick [1]** 20:23
**Primary [2]** 18:22 19:13
**Problem [10]** 9:18 28:3 35:13 36:1 36:3 36:4 36:8 36:10 37: 17 37:18
**Problems [23]** 7:16 9:22 17:23 18:2 21: 10 21:11 24:5 24:12 24:16 24:19 25:6 25: 9 26:18 26:20 26:20 27:2 27:12 27:19 27: 22 27:25 32:1 32:19 32:25
**Procedure [1]** 1:24
**Produced [1]** 1:16
**Products [1]** 28:2
**Professional [3]** 14:6 14:8 38:18
**Proved [1]** 40:14
**Provisions [1]** 1:24
**PUBLIC [1]** 40:24
**Purposes [1]** 20:18
**Pursuant [3]** 1:23 42:1 42:10
**Put [1]** 9:18
**PVC [1]** 8:8

### Q

**Quality [1]** 36:9
**Questions [3]** 14: 13 38:15 38:22
**Quick [1]** 7:4
**Quite [1]** 10:23

### R

**Raise [1]** 18:10
**Raised [1]** 6:23
**React [1]** 23:8
**Read [5]** 16:20 16:22 34:20 35:2 40:1
**Real [1]** 7:4
**Really [6]** 5:18 7: 23 10:17 11:6 14:15 17:18
**Reason [3]** 21:6 25: 17 39:2
**Reasonable [1]** 37: 16
**Reasons [3]** 36:11 43:6
**Recent [1]** 10:4
**Recently [2]** 20:19 28:3 28:25
**Recollection [2]** 9: 9 10:15
**Record [7]** 1:24 4:6 16:7 16:8 16:9 41:14 42:2
**Records [1]** 9:12
**Redland [5]** 19:17 19:24 20:1 20:3 20:5
**Refer [1]** 19:24
**Reference [3]** 13: 18 31:7 31:7

**Referred [7]** 11:7 11:14
**Refill [1]** 19:23
**Regarding [3]** 16: 13 28:16 35:7
**Regular [2]** 31:10 43:9
**Reimbursed [1]** 13: 16
**Reintroduced [1]** 28:3
**Related [6]** 17:24 17:25 31:15 32:17 32: 20 33:16
**Remediation [1]** 6:3
**Remember [16]** 6:16 7:20 8:4 8:16 9:5 9: 23 10:2 10:14 11:10 12:4 12:22 13:5 13: 11 20:2 20:25 30:13
**Removed [1]** 28:2
**Rental [1]** 13:7
**Rentals [1]** 13:8
**Rented [1]** 15:18
**Rents [1]** 34:8
**Repainted [1]** 7:15
**Repair [7]** 7:13 7: 24 7:24 8:11
**Repairing [1]** 36:19
**Repairs [1]** 7:17
**Repeat [1]** 4:18
**Replaced [2]** 9:11 10:18
**Replastered [1]** 7: 15
**Report [1]** 36:9
**Reported [1]** 1:21
**Reporter [3]** 2:15 4: 22 41:11
**Reporter's [2]** 3:8 41:8
**Reporters [3]** 41: 17 42:23 43:23
**Represent [1]** 4:9
**Represented [1]** 14: 21
**Requests [1]** 33:6
**Required [1]** 35:21
**Requirements [1]** 42:10
**Research [1]** 20:1
**Response [4]** 4:22 4: 24
**Result [2]** 31:14 38: 7
**Results [3]** 28:20 30:14 30:19
**Return [2]** 11:24 41: 17
**Returned [6]** 12:1 12:5 12:11 43:2 43:5 43:8
**Revealed [2]** 30:14 30:20
**Rhinitis [5]** 18:3 18:4 22:23 23:4 23:10
**Rick [1]** 14:3
**Room [4]** 7:13 10:1 10:2 35:21
**Rule [2]** 42:10 43:1
**Rules [2]** 1:23 4:16

### S

**Safe [1]** 16:16
**Safekeeping [1]** 43: 10
**Sampling [1]** 38:9

San [10] 2:8 2:8 41:
17 41:17 42:8 42:8
42:23 42:24 43:24 43:
24
Sanchez [18] 1:2 1:
1:11 1:16 2:13 2:
3:5 4:1 4:7 4:8 7:
:0:1 40:7 40:13 41:
2 41:2 41:9 41:13
Saw [2] 8:21 37:21
Scheduling [3] 13:
18 13:22 14:2
School [6] 5:19 6:
14 6:15 6:16 29:18
30:25
Scored [1] 5:14
Scraped [1] 7:15
Se [1] 22:10
Seal [1] 40:20
Season [2] 23:18 34:
8
Second [4] 4:21 13:
19 14:8 14:15
See [10] 10:24 17:12
19:16 20:2 20:4 21:9
24:23 31:9 36:2 37:19
Seeing [4] 17:14 17:
17 18:20 21:20
Seem [1] 23:11
Seligman [12] 1:6
11:3 11:5 11:14 12:
24 13:14 13:21 15:2
15:8 16:11 16:12 41:6
Sending [3] 36:1 36:
4 36:8
Sent [2] 16:19 37:19
Served [1] 43:12
Services [2] 17:11
36:9
Severe [1] 26:21
ike [1] 4:23
aetrock [2] 7:14
9:18
Short [2] 29:25 30:1
Shorthand [2] 1:21
41:11
Showed [2] 16:18 16:
25
Shown [1] 43:13
SHUFFIELD [2] 2:7
42:7
Sick [1] 18:10
Sign [1] 37:23
Signature [5] 3:7
39:1 40:2 41:16 43:5
Significant [1] 8:
13
Similar [1] 20:22
Sink [12] 7:17 7:20
7:21 8:4 8:7 8:13 10:
13 10:14 10:16 10:18
10:19 10:21
Sinks [1] 7:19
Sinus [4] 26:19 27:
8 27:9 27:11
Sinuses [2] 27:20
27:21
Sister's [1] 16:3
Situation [1] 21:10
Six [4] 11:22 19:6
19:12 19:14
Skin [4] 18:13 20:23
24:18 24:19
Solis [20] 2:7 3:6
: 4:8 5:16 16:8 16:
21:16 26:10 26:15
26:16 33:7 33:10 35:
19 37:3 38:21 41:20

41:23 42:7 43:10
Someone [2] 12:1 25:
2
Sometimes [1] 10:10
Son [7] 26:17 27:6
27:16 28:8 28:13 28:
31 31:13
Son's [4] 26:22 27:
1 28:22 30:19
Soon [1] 8:23
Sorry [4] 6:21 7:23
11:10 14:12
Sort [3] 14:3 22:8
32:5
Sound [2] 13:12 21:4
Specific [2] 10:15
23:9
Specifically [1]
33:15
Speculation [1] 21:
15
Spend [4] 10:6 18:
11 25:23 31:3
Spent [1] 22:19
Spoken [3] 11:1 11:
4 12:23
Spray [3] 22:4 27:
14 28:7
Spring [1] 23:19
Staircase [1] 9:20
Started [3] 21:11
37:25 38:2
State [6] 1:20 4:6
32:22 40:9 40:24 41:
11
Stating [1] 17:15
Still [4] 16:2 21:
20 22:24 25:19
Stipulations [1] 3:
4
Stomach [3] 27:21
31:23 31:24
Stop [1] 22:18
Stopped [3] 27:22
27:23 33:20
Stuck [1] 16:22
Stuff [1] 27:5
Sturgess [3] 1:20 2:
15 41:11 42:21 43:21
Submitted [1] 41:15
Subscribed [1] 40:
16
Sued [1] 16:11
Suggested [4] 13:6
14:17 16:23 17:7
Suite [5] 2:8 41:17
42:8 42:23 43:24
Suppose [1] 7:1
Supposed [1] 14:3
23:16 35:24
Supposedly [1] 20:
14
Swab [8] 28:17 28:18
28:20 29:13 30:7 30:
14 30:19 33:4
Swabs [1] 30:5
Sworn [4] 1:18 4:2
41:13 42:12
Symptomatic [1] 27:
5
Symptoms [9] 22:18
22:22 26:4 31:14 32:
9 32:17 33:17 33:19
33:22
System [3] 37:14 37:
17 37:18

## T

Tag [3] 12:3 12:9 12:
19
Technicians [1] 36:
5
Telephone [3] 12:3
12:9 12:19
Terms [1] 7:4
Territory [1] 33:23
Test [5] 20:17 20:22
21:7 28:13 28:24
Tested [1] 20:25
Testified [4] 4:2
9:7 31:1
Testify [1] 33:7
Testimony [4] 5:5
7:7 41:14 42:1
Testing [4] 6:6 19:
18 28:16
Tests [5] 19:21 20:6
20:17 20:20 28:18
Texas [15] 1:7 1:21
1:23 1:23 2:5 2:8 41:
7 41:11 41:17 42:5
42:8 42:21 42:24 43:
22 43:24
Thanksgiving [1] 5:
15
Therefore [1] 43:6
Therein [1] 40:18
They've [2] 22:19
27:22
Three [1] 9:24
Tight [1] 18:7
Tighten [1] 12:5
Today [4] 4:11 5:3
5:15 38:16
Took [4] 19:20 19:21
20:17 35:14
Training [4] 5:25 6:
3 6:5 6:11
Transcript [3] 41:
13 41:15 41:22
Trap [2] 7:18 10:19
TRCP [2] 42:10 43:1
Treat [1] 27:8
Treated [1] 27:4
Trees [1] 21:1
Trey [3] 2:3 41:21
42:3
Tried [1] 12:4
True [1] 40:3 41:14
Try [1] 10:23
Trying [4] 5:21 11:
7 11:19 12:19
Turns [1] 31:21
Twice [5] 12:25 24:
24 25:2 25:25 29:24
Two [7] 8:6 9:24 23:
11 25:1 25:18 30:3
34:5
Tylenol [1] 32:10
Type [5] 5:25 15:23
20:22 23:18 27:14
Types [2] 5:24 23:21

## U

Uncomfortable [1]
14:20
Under [8] 5:2 7:17
8:7 32:5 35:8 40:14
40:20 43:1
Underneath [1] 8:9
Understood [1] 38:
15
Unit [1] 9:6 9:11 9:
11

Units [1] 36:6
Unless [1] 13:2
Up [9] 8:21 17:12 18:
6 23:1 23:8 25:20 28:
12 36:21 36:22
Upkeep [1] 25:24
Upset [1] 25:14

## V

Van [3] 1:22 2:4 42:4
Verbal [2] 4:22 4:24
Visit [1] 19:19
Visited [3] 20:5 28:
15 30:11
VS [2] 1:4 41:4

## W

Wait [1] 36:25
Wall [3] 7:13 7:15
10:5
Was/was [1] 43:2
Water [7] 7:5 7:8 8:
14 8:22 9:14 10:5 21:
11
Water-damaged [1]
7:8
Wear [1] 29:10
Week [7] 24:24 25:1
25:3 25:18 25:25 29:
24 34:8
Week's [1] 29:15
Whole [4] 17:18 21:
10 28:19 29:17
Willing [1] 21:9
Wind [2] 23:23 24:17
Winter [1] 23:19
Witness [9] 1:17 2:
13 26:7 37:2 41:13
41:14 41:16 41:16 43:
15
Wondering [1] 34:13
Worse [1] 38:6
Worst [1] 23:25
Written [1] 13:8

## Y

Y'all [3] 17:3 29:
14 36:11
Year [3] 23:24 23:25
38:5
Years [12] 5:12 8:3
8:6 9:24 19:6 19:7
19:12 19:14 20:4 20:
4 20:5 20:17

# Exhibit "C"

# In The Matter of:

*Dennis Sanchez and Marianne Sanchez*

*Vs.*

*Allstate Texas Lloyd's Company and Gary Seligman*

---

*Dennis Sanchez*
*November 27, 2002*

*No. 2002-07-2926-G*
*404th/Cameron County, Texas*

---

*Brent Sturgess*
*Davidson & Moore Court Reporters, Inc.*
*6900 San Pedro Avenue, Suite 147*
*P.M.B. #314*
*San Antonio, Texas 78216*
*(210) 340-4655   Fax: (210) 340-4450*

*Original file   DSANCHEZ.VI*

## Word Index included with this CondenseIt



**Page 1**

CAUSE NO. 2002-07-2926-G

DENNIS SANCHEZ and ) IN THE DISTRICT COURT
MARIANNE SANCHEZ )
          )
     Plaintiffs )
          )
VS.       ) 404TH JUDICIAL DISTRICT
          )
ALLSTATE INSURANCE COMPANY )
and GARY SELIGMAN )
          )
     Defendants ) CAMERON COUNTY, TEXAS

*******************************************************

ORAL DEPOSITION OF

DENNIS SANCHEZ

NOVEMBER 27, 2002

*******************************************************

          Oral Deposition of DENNIS SANCHEZ, produced as a

witness at the instance of the Defendants and duly sworn

was taken in the above-styled and numbered cause on the

27th day of November 2002 from 9:10 a.m. to 11:40 a.m.

before Brent Sturgess, CSR in and for the State of Texas,

reported by machine shorthand at the Law Offices of

MARTINEZ, BARRERA y MARTINEZ, L.L.P., 1201 East Van

Buren, Brownsville, Texas, pursuant to the Texas Rules of

Civil Procedure and the provisions stated on the record

or attached hereto.

          DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655

**Page 2**

A P P E A R A N C E S

ATTORNEY FOR PLAINTIFFS:
     Mr. Benigno (Trey) Martinez
     MARTINEZ, BARRERA y MARTINEZ, L.L.P.
     1201 East Van Buren
     Brownsville, Texas 78520

ATTORNEY FOR DEFENDANTS:
     Mr. Carlos E. Solis
     ADAMI, GOLDMAN & SHUFFIELD, INC.
     9311 San Pedro, Suite 900
     San Antonio, Texas 78216

WITNESS: DENNIS SANCHEZ

ALSO PRESENT: MARIANNE SANCHEZ

COURT REPORTER: BRENT STURGESS

          DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655

**Page 3**

INDEX

                                        PAGE

Appearances.......................................... 2

Stipulations......................................... 3

DENNIS SANCHEZ

     Examination by Mr. Solis...................... 5

Signature and Changes................................ 95

Reporter's Certificate............................... 96

EXHIBITS

NO.   DESCRIPTION                              PAGE

1     Diagram of the House...................... 20

2     Diagram of the House...................... 25

3     Diagram of the House...................... 25

4     Letter from Guerra-Prats to Mr. Martinez,
      October 18, 2001 accompanied with
      photographs............................... 64

5     Letter from Nancy Dimas to Mr. McNeial,
      October 31, 2001.......................... 77

6     Letter from Robert Solberg to Mr. Martinez,
      November 20, 2001......................... 78

7     Letter from Robert Solberg to Mr. Martinez,
      December 3, 2001.......................... 79

8     Letter from Robert Solberg to Mr. Martinez,
      December 21, 2001......................... 80

9     Letter from Gary Seligman to Mr. Martinez
      January 8, 2002........................... 81

          DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655

**Page 4**

10    Letter from Gary Seligman to Mr. Martinez
      February 7, 2002.......................... 81

11    Letter from Gary Seligman to Mr. Martinez
      March 7, 2002............................. 81

12    Letter from Gary Seligman to Mr. Martinez
      May 6, 2002............................... 82

13    Letter from Gary Seligman to Mr. Martinez
      May 28, 2002.............................. 82

14    Letter from Gary Seligman to Mr. Martinez
      June 4, 2002.............................. 83

15    System Issued Check Approval Request....... 84

16    Checks.................................... 85

17    Letter from Josie Mayes to Mr. Martinez
      September 3, 2002......................... 86

          DAVIDSON & MOORE COURT REPORTERS, INC.
                    210-340-4655

**5**

```
 1                    DENNIS SANCHEZ,
 2     having been first duly sworn, testified as follows:
 3                  (Time:  9:10 a.m.)
                      EXAMINATION
       BY MR. SOLIS:
 6        Q.  Please state your full name for the record.
 7        A.  Dennis Sanchez.
 8        Q.  Mr. Sanchez, my name is Carlos Solis, and I
 9     represent Allstate Insurance.  Do you understand that?
10        A.  Yes.
11        Q.  We've never met prior to today, have we?
12        A.  No.
13        Q.  You are an attorney; is that correct?
14        A.  Yes.
15        Q.  So you already know all the ground rules for
16     depositions, and I don't need to tell you all that, do I?
17        A.  That's correct.
18        Q.  What type of law do you practice?
19        A.  Commercial.
20        Q.  Do you represent companies?  Do you actually
21     file lawsuits?
22        A.  Yes.
23        Q.  Have you ever filed a lawsuit against an
24     insurance company before?
25        A.  For myself or for other people?
               DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

**6**

```
 1        Q.  For other people.
 2        A.  Yes.
 3        Q.  What types of cases were those?
 4        A.  Most of those cases involve losses on shrimp
 5     boats where the insurance company fails to pay for the
 6     loss.
 7        Q.  Are they cases involving bad faith, insurance
 8     bad faith?
 9        A.  Mostly, no.
10        Q.  Just contractual?
11        A.  Contractual hull and P&I claims.
12        Q.  Other than this lawsuit, is this the first time
13     you've sued an insurance company on your behalf?
14        A.  Yes.
15        Q.  What is the name of your office?
16        A.  Sanchez, Whittington, Janis & Zabarte.
17        Q.  Where is it located?
18        A.  100 North Expressway 83, Brownsville.
19        Q.  How long have you been with that firm?
20        A.  23 years.
21        Q.  And I take it you're one of the founding
22     partners?
23        A.  Not really.  It evolved into that.  It was a
24     firm that had been pre-existing since the 1970's, but all
25     of the other partners have died.
               DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

**7**

```
 1        Q.  But the "Sanchez" in the name is your name;
 2     right, the first name?
 3        A.  "Sanchez" was my brother's name.  He died.
 4        Q.  Are you a partner in that firm?
 5        A.  Yes.
 6        Q.  How long have you been a partner with that
 7     firm?
 8        A.  When I started working there in 1978 I worked
 9     as an associate for about four, maybe five years, and
10     then I became evolved into a partner.
11        Q.  Where did you go to law school?
12        A.  UT Austin.
13        Q.  What year did you graduate?
14        A.  1978.
15        Q.  Where did you go to undergrad?
16        A.  UT Austin.
17        Q.  Do you have any other degrees outside of your
18     bachelor's and your JD?
19        A.  No.
20        Q.  Do you have any certifications of anything else
21     other than the certification to practice law?
22        A.  No.
23        Q.  Do you have any expertise or training in
24     remediation?
25        A.  No.
               DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

**8**

```
 1        Q.  Do you have any expertise or training in
 2     plumbing?
 3        A.  No.
 4        Q.  Do you have any expertise or training in mold
 5     testing?
 6        A.  No.
 7        Q.  And do you have any expertise or training in
 8     insurance claims handling?
 9        A.  Expertise or training, no.
10        Q.  And you've never worked for an insurance
11     company before, have you?
12        A.  No, sir.
13        Q.  And you're currently married; correct?
14        A.  Yes.
15        Q.  And your wife's name is?
16        A.  Marianne.
17        Q.  How long?
18        A.  M-a-r-i-a-n-n-e.
19        Q.  How long have you been married?
20        A.  It's going to be 18 years.
21             MR. BENIGNO:  That's a tough question to
22     ask him right in front of his wife there.
23             THE WITNESS:  In May.
24     BY MR. SOLIS:
25        Q.  And do you have children?
               DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

**Page 9**

1    A. Yes, we have two. A 16 year-old girl and a 10
2    year-old boy.
3    Q. What are their names?
4    A. The girl's name is Rene, R-e-n-e, and my boy's
5    name is David.
6    Q. Are they in high school?
7    A. No. The boy is in 5th grade and my daughter is
8    in 10th grade.
9    Q. So they're 6 years old and 8 years old?
10   A. No. 16 for the girl and 10 for the boy.
11   Q. Oh, 10, got you. Do both your children live at
12   the residence with you?
13   A. They live with us, yes.
14   Q. Are you still living at the house on 1827 Palm
15   Boulevard?
16   A. No, sir.
17   Q. When did you move out of the house?
18   A. My wife moved out of the house around June, May
19   or June of 2002, and the children followed her, and I
20   split my time between living with them and sometimes
21   sleeping at the house in Brownsville in order to make it
22   look like somebody was living at the house and not just
23   being abandoned. I didn't want it to get broken into.
24   But in the latter part of August of this year I moved out
25   also from there.

                DAVIDSON & MOORE COURT REPORTERS, INC.
                            210-340-4655

**Page 10**

1    Q. Where does your family live now?
2    A. South Padre Island.
3    Q. Do you have a condo or house there?
4    A. Yes, sir. We have a condominium.
5    Q. And is that one that you own?
6    A. Yes.
7    Q. Where is that located?
8    A. It's called La Playa Condominiums, Apartment
9    110.
10   Q. How long have you owned that condo?
11   A. Probably for about 20 years.
12   Q. Do you typically rent that condo out?
13   A. Yes, sir.
14   Q. What months do you rent it out or is it
15   year-round you rent it?
16   A. Usually we rent it out in summer. Well,
17   usually it's an all-year thing.
18   Q. Now, do you have a property manager that
19   handles the rental for that condo?
20   A. Yes.
21   Q. What is the property manager's name?
22   A. Sherry Archer, A-r-c-h-e-r.
23   Q. What company is she with?
24   A. She's on her own.
25   Q. Is her business in South Padre Island?

                DAVIDSON & MOORE COURT REPORTERS, INC.
                            210-340-4655

**Page 11**

1    A. Yes, sir.
2    Q. Does the condo get rented out on a weekly
3    basis?
4    A. During the winter months we usually have it
5    rented out on a monthly basis to winter visitors.
6    Usually we've had people move in sometimes after
7    Thanksgiving and go through March. So in the winter
8    months it's usually rented out long-term on a monthly
9    basis. In the summer months it's rented out on a weekly
10   basis.
11   Q. When it gets rented out by month, what do you
12   charge per month?
13   A. During the winter I believe the off-season rate
14   is either $1200 or $1400 a month.
15   Q. And how long has it been that rate, for how
16   many years?
17   A. I can't tell you. I don't know. I think a
18   couple of years ago it was probably $1,000 a month.
19   Q. Does Sherry make the determination on what the
20   fair market value of the rent is?
21   A. Usually it's consensual. You know, we talk
22   about it and figure out what the prevailing rates are.
23   Q. During the peak seasons, what do you rent it
24   out by the week?
25   A. I don't know, sir. I can't tell you.

                DAVIDSON & MOORE COURT REPORTERS, INC.
                            210-340-4655

**Page 12**

1    Q. Do you have like a ballpark of what they rent
2    it out at? Is it on a daily basis?
3    A. No, it's rented out on a weekly basis. I think
4    it's about $800 a week.
5    Q. Roughly?
6    A. Roughly, yes, sir.
7    Q. Do you know how much income you make from that
8    condo yearly?
9    A. I would say that the gross income is probably
10   in the neighborhood of $5,000 to $6,000 per year.
11   Q. And when you say "gross," that's before you
12   actually subtract any of the property manager fees or
13   homeowner fees?
14   A. No. It's usually after the 30 percent that
15   goes to the property manager.
16   Q. So the $5,000 to $6,000 is after a property
17   manager gets her cut?
18   A. Yes, sir. I could be more precise. I've got
19   records which would show it.
20   Q. Where do you have those records? Are they at
21   home?
22   A. At home.
23   Q. Did you receive a copy of the subpoena duces
24   tecum for this deposition today?
25   A. Yesterday, yes.

                DAVIDSON & MOORE COURT REPORTERS, INC.
                            210-340-4655

**13**

1     Q. Were you able to gather some of the documents
2 that the duces tecum requested?
3     A. Yes.
    Q. Were those documents that you've already
produced as part of this litigation? Do you know?
6     A. Well, I brought the documents pertaining to the
7 purchase of the house, the subsequent loan that we got on
8 the house, and my tax returns for the past four years.
9     MR. BENIGNO: We're in the process of
10 copying those documents, so you can leave with those by
11 the end of the day. While we're on the record and we're
12 talking about documents, Mr. Solis and I have discussed
13 before the deposition the copying of documents that they
14 were going to produce because they were going to make
15 those available pursuant to the Rules up in their office.
16 And Mr. Solis and I have agreed that he would make those
17 copies, either I would pick them up when I was in San
18 Antonio or he would send them down.
19 BY MR. SOLIS:
20     Q. All the other documents we have regarding this
21 claim, have you already produced everything to your
22 attorney?
23     A. On the subpoena duces tecum?
24     Q. Yes.
25     A. No, sir. There are some other documents I can

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**14**

1 locate and produce.
2     Q. And what documents are those?
3     A. Pertaining to the repairs on the house. I will
4 attempt to try and obtain as many documents as I can in
5 relation to the repairs.
6     Q. And is that relating to repairs since you've
7 owned the house or repairs specifically related to the
8 mold at the house?
9     A. I've owned the house since 1991. We've owned
10 the house since July of 1991, so I'll try to go back as
11 far as I can.
12     Q. Do you have like a special file where you put
13 all these receipts in?
14     A. I've got files, yes. I can't call them special
15 files, but I know where to look.
16     Q. Those records would be readily accessible to
17 you? It's not like it would be an incredible burden for
18 you to get those records, would it?
19     A. No. I know where to look, and if they're there
20 I'll be able to produce them.
21     Q. Other than records regarding repairs of the
22 house, what other records might you have at your house
23 that you didn't bring today?
24     A. Well, I think that's really all you've asked
25 for is my income tax stuff, the purchase price on the

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**15**

1 house, and the repair records. I read the subpoena, and
2 I didn't see anything else that fell outside those three
3 main categories.
4     Q. You said earlier you purchased the home in
5 1991?
6     A. Yes, sir.
7     Q. Who did you purchase the home from?
8     A. Paul Cunningham and his wife, Kay.
9     Q. How old was the house when you purchased it?
10     A. I believe the house was built in 1950's.
11     Q. And that house is located on 1827 Palm
12 Boulevard?
13     A. Yes.
14     Q. What neighborhood is that in?
15     A. It's known as the Los Ebanos neighborhood.
16     Q. When you purchased the house from
17 Mr. Cunningham and his wife, did you get an inspection of
18 the residence?
19     A. Yes, an appraisal.
20     Q. Not an inspection, but you got an appraisal or
21 you got both?
22     A. It was an appraisal where if you look at the
23 appraisal it shows -- talks about aspects of the home,
24 mechanical aspects of the house.
25     Q. In that appraisal/inspection, did you notice if

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**16**

1 there were any plumbing leaks or did whoever did that
2 inspection, notice any plumbing leaks?
3     A. I do not believe that any were noted.
4     Q. Were you ever told about any plumbing leaks
5 prior to purchasing the house?
6     A. No, sir.
7     Q. Did you have a plumber go out there to inspect
8 the house prior to purchasing the house?
9     A. No.
10     Q. Did you receive a disclosure statement when you
11 bought the house? I don't know if they had disclosure
12 statements back then.
13     A. I don't think they were using them in those
14 days.
15     Q. So based on your knowledge you don't recall
16 ever seeing a disclosure statement for this house?
17     A. No, sir.
18     Q. Who was your Realtor?
19     A. Pardon?
20     Q. Do you know who your Realtor was, the real
21 estate agent?
22     A. There was no Realtor involved.
23     Q. On either side?
24     A. On either side.
25     Q. How long have you had Allstate Insurance?

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

17

1    A.  Since I moved to Brownsville, 1978.
2    Q.  Where did you live before this house?
3    A.  Austin.  Oh, before this house?
4    Q.  Before this Palm Boulevard house.
5    A.  I lived in two houses.  One at 228 Sunset.  I
6  lived there for about seven years, and then I lived at
7  another place.  I can't remember the number, but it's on
8  Poinsettia, and I lived there for about two to three
9  years.
10   Q.  And both of those addresses are homes; is that
11 correct?
12   A.  Yes.
13   Q.  They're not apartments or condos, are they?
14   A.  No, they're homes.
15   Q.  You were insured with Allstate when you lived
16 at these two houses?
17   A.  Yes.
18   Q.  Did you ever file a claim with Allstate when
19 you lived at the Sunset residence?
20   A.  I believe I was broken into one time.  There
21 was a burglary in my house and there were some items
22 taken, and I think I did file a claim for that.
23   Q.  Did you have any problems with the way Allstate
24 handled that claim for you back then?
25   A.  No.
            DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655

18

1    Q.  When you lived at the Poinsettia residence, did
2  you ever file a claim with Allstate?
3    A.  I don't believe I did.
4    Q.  And when you purchased the house on Palm
5  Boulevard in 1991, you were also insured with Allstate --
6    A.  Yeah.
7    Q.  -- from the date that you bought the house?
8    A.  Yes.
9    Q.  Prior to filing the claim with Allstate, which
10 is what we're here for, have you filed any other claims
11 with Allstate for your house, the Palm Boulevard house?
12   A.  Yes.
13   Q.  When did you file other claims with Allstate?
14   A.  I can't be precise as to the year, but it was a
15 water leak from a pipe that went underneath the house.
16   Q.  Was it within the last five years?
17   A.  I can't tell you, sir.  I can't recall.
18   Q.  Was the claim made for foundation damage,
19 possible foundation damage to the house?
20   A.  No.  The house is on pier and beam for the most
21 part except for the kitchen, which is on a foundation,
22 and it was a water pipe that was going from the kitchen
23 underneath the house between the ground and the bottom of
24 the house, and it developed a small pinhole leak where it
25 was sort of spraying apparently up underneath the bottom
            DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655

19

1  of the house.
2    Q.  In the pier-and-beam section?
3    A.  Yes, sir.
4    Q.  And the crawl space?
5    A.  Right.
6    Q.  Who's your Allstate agent?
7    A.  Jim McNeil.
8    Q.  How long has Jim been your agent?
9    A.  Since the beginning.
10   Q.  Since 1978?
11   A.  Whenever I first bought insurance.  I also
12 bought my car insurance from him as well.
13   Q.  Do you continue to have insurance with
14 Allstate?
15   A.  Yes.
16   Q.  Both car and home?
17   A.  Yes.
18   Q.  Where is Jim's office?
19   A.  I can't tell you.  I don't know.  It's here in
20 Brownsville.
21   Q.  It's in Brownsville?
22   A.  Yeah.
23   Q.  Do you have any complaints or criticisms
24 regarding Mr. Jim McNeil?
25   A.  No.
            DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655

20

1    Q.  Has Mr. McNeil always been helpful to you
2  whenever you have questions regarding your insurance?
3    A.  Yes.
4    Q.  Mr. McNeil or his staff, have they ever been
5  rude to you in any way?
6    A.  No.
7    Q.  Other than this pier-and-beam leak that we
8  talked about, this pinhole leak which you filed a claim
9  for with Allstate, have you filed any other claims with
10 Allstate?  And I'm not counting the ones from this
11 lawsuit as well.
12   A.  I can't recall any other claims having been
13 filed.  There may be, but I can't recall any.
14            (Exhibit No. 1 marked.)
15 BY MR. SOLIS:
16   Q.  Let me show you what I've marked as Deposition
17 Exhibit No. 1.  And if you could just point to me --
18 well, is this an accurate diagram of your house, at least
19 the first floor of your house?
20   A.  Yes.
21   Q.  Can you point to me the area where the leak
22 was, that pinhole leak?
23   A.  Do you want me to show you where the pipe ran?
24   Q.  Yeah, show me where the pipe ran.  You don't
25 necessarily have to mark it there.  Just show me the
            DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655

21

1  area.
2      A.  It was from about here to here.  It was in the
3  dining room area, in this area here.
       Q.  And the dining room area, that's the pier-and-
   beam foundation there; correct?
6      A.  Now, the family room is not on pier and beam.
7      Q.  That's a slab?
8      A.  That's a slab, the kitchen's a slab.
9      Q.  Was this house built in parts?
10     A.  I believe that when Mr. Cunningham acquired the
11 house he added the second story and the kitchen and a
12 family room.
13     Q.  Have you made any additions since you've owned
14 the house?
15     A.  No.
16     Q.  Have you renovated the house since you've owned
17 it?
18     A.  Yes.
19     Q.  What parts have you renovated?
20     A.  When we bought the house we painted a lot of
21 the rooms and we put in new flooring on the second -- in
22 the master bedroom, which is on the second story.  In
23 1998 we renovated the family room, the formal living
24 room, the dining room and the two bedrooms and the
25 bathroom.
         DAVIDSON & MOORE COURT REPORTERS, INC.
                   210-340-4655

22

1      Q.  So in '98 you renovated pretty much most of the
2  first floor except --
3      A.  The kitchen.  Actually we did renovate the
4  kitchen, too.
5      Q.  So practically the whole first floor was
6  renovated in '98?
7      A.  More or less.
8      Q.  With the exception of the bedrooms or did you
9  say the bedrooms were renovated, too?
10     A.  Well, what do you mean by "renovation"?  If you
11 mean like painting and stuff like that, everything was
12 painted.
13     Q.  Was the flooring changed in '98?
14     A.  The flooring in the living room was changed
15 totally.
16     Q.  Other than painting and flooring, what else was
17 done in '98?
18     A.  Drywall was replaced in the kitchen and the
19 dining room, maybe a little bit of drywall in the formal
20 living room, and some other repairs were done in the
21 family room.
22     Q.  What repairs were done in the family room?
23     A.  Well, what they did is they tore out all the
24 floor and put in tile.  So this cabinet was basically
25 closed-in cabinets, and what we had was somebody come in
         DAVIDSON & MOORE COURT REPORTERS, INC.
                   210-340-4655

23

   and take out the doors and put shelves in the cabinets,
2  the room was painted, the dining room was pained, the
3  living room was painted, bedrooms two and three were
4  painted, bathroom number two was painted and fixed up.
5  The drywall in the kitchen, some of it was replaced and
6  painted.  That's it.
7      Q.  Why was drywall replaced in the kitchen, dining
8  room and formal living?
9      A.  Because some of the drywall was cracked, so we
10 had it replaced.
11     Q.  Do you know why the drywall was cracked?
12     A.  I could give you an uneducated opinion.
13     Q.  Has anybody ever told you why the drywall was
14 cracked?
15     A.  Yeah.  I think somebody told me because of the
16 drought that Brownsville was going through, a lot of
17 the -- there was some movement.
18     Q.  You had some sort of foundation movement at the
19 house?
20     A.  In part of the kitchen, yes.
21     Q.  Did anybody ever tell you that you had
22 foundation movement because of poor drainage around the
23 house?
24     A.  No.
25     Q.  Did anybody ever tell you that it was caused by
         DAVIDSON & MOORE COURT REPORTERS, INC.
                   210-340-4655

24

1  a plumbing leak at the house?
2      A.  I don't know if I've ever asked or if anybody
3  ever told me, no.
4      Q.  Have you ever had an engineer go out there to
5  determine why you had cracks inside your house?
6      A.  No.
7      Q.  What type of exterior is this house?  Is this
8  brick?
9      A.  Adobe brick.
10     Q.  Do you have any cracks on the exterior of your
11 house that you know of?
12     A.  Sure.
13     Q.  Significant cracks that you know of?
14     A.  I wouldn't say significant.  Whenever we would
15 see a crack, we would have it fixed.
16     Q.  What cracks have you fixed on the outside of
17 your house that you know of?
18     A.  Are you talking about the exterior or the
19 interior?
20     Q.  Exterior.
21     A.  I can't really recall any cracks on the
22 exterior of the house, but I can recall some cracks on
23 the interior of the house that were on the exterior wall.
24     Q.  But as far as cracks in the brick and mortar or
25 in the adobe or stucco, do you recall any cracks as we
         DAVIDSON & MOORE COURT REPORTERS, INC.
                   210-340-4655

**Page 25**

1  sit here today?
2      A.  I don't recall any, sir.
3      Q.  As far as the cracking on the inside of your
4  house within the sheetrock, all that cracking was
5  repaired or the drywall was ripped out and replaced;
6  right, in 1998?
7      A.  Yes, sir.
8      Q.  Has the cracking come back?
9      A.  Yes.  In the kitchen there is some cracking
10  right here in the corner and in our bedroom up here there
11  is some cracked drywall.
12      Q.  Do you have any tile in your house that's
13  cracked?
14      A.  No.
15              (Exhibit Nos. 2 and 3 marked.)
16  BY MR. SOLIS:
17      Q.  I'm going to go ahead and mark these other two
18  now that we're here.  Deposition Exhibit No. 2 is a
19  diagram of the master bedroom and master bath area; is
20  that correct?
21      A.  Yes, it is.
22      Q.  Has that changed since that diagram was done in
23  2001?
24      A.  No.
25      Q.  And you said you did some remodelling in the
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655

**Page 26**

1  master bedroom area.  Was that in 1991 when you bought
2  the house?
3      A.  Yes.  Actually both times we changed all the
4  flooring.  We put in the wood floor in the master
5  bedroom.
6      Q.  And Deposition Exhibit No. 3 is a diagram of
7  the garage utility room and maid's room; is that correct?
8      A.  That's correct.
9      Q.  Does it still look like that today?  Have you
10  ever knocked down any walls or anything like that?
11      A.  No, it still looks the same.
12      Q.  Who did the remodelling in 1998?
13      A.  A guy by the name of Arturo.
14      Q.  Kind of a carpenter that did his own thing?
15      A.  A carpenter.
16      Q.  He didn't have a company name or anything like
17  that?
18      A.  No.
19      Q.  Has Arturo done other work at your house other
20  than 1998?
21      A.  He may have done some work when we initially
22  bought the house.  He seems familiar, but he may have
23  done some painting when we initially purchased the house.
24      Q.  Did Arturo give you receipts when he did things
25  at your house?
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655

**Page 27**

1      A.  Yes.
2      Q.  And will you have those receipts in those files
3  that you have at home?
4      A.  I don't know if my receipts go back 12, 13
5  years.
6      Q.  I'm talking about just the ones regarding this
7  home.
8      A.  Do you mean for 1998?
9      Q.  Yes.
10      A.  I might have those.
11      Q.  Did he do work for you back in '91 when you did
12  that first remodel?
13      A.  That's what I said.  I believe he may have
14  initially painted.
15      Q.  Does Arturo do plumbing work, too?
16      A.  No.  The man who does plumbing work is Camillo
17  Garza.
18      Q.  Is he the only plumber you've worked with since
19  you've owned this house?
20      A.  By and large, yes.  There have been one or two
21  other guys, but Camillo has done most of the work.
22      Q.  Does Mr. Garza work for a particular plumbing
23  company?
24      A.  Himself.
25      Q.  Would you have receipts for any work that
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655

**Page 28**

1  Mr. Garza has done for your house since 1991?
2      A.  Yes, sir.
3      Q.  Since you've owned this house, can you remember
4  when the first time was that you called Mr. Garza out to
5  check for leaks or plumbing problems?
6      A.  Well, I couldn't be precise on what year it
7  was, but, I mean, he's a plumber.  And when you live in a
8  house, sometimes you have plumbing proximate.  So
9  whenever we would have a plumbing problem we'd call him
10  up, and he'd come out and fix it.
11      Q.  Do you fix any of the problems yourself?
12      A.  No.
13      Q.  You don't begin to know about plumbing or how
14  to fix it?
15      A.  I don't know anything about plumbing.
16      Q.  Was the first time you called Mr. Garza out to
17  your house the time when you had that pinhole leak under
18  the foundation?
19      A.  I would say that that would probably have been
20  the first time that he came out for any significant
21  problem.
22      Q.  Let's start with the master bedroom.  Do you
23  recall having any plumbing leaks in the master bedroom?
24      A.  Yes, sir.
25      Q.  When is the first time you knew that you had a
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655

**Page 29**

```
 1  plumbing leak in the master bedroom or bath?
 2      A.  I could tell you the two plumbing leaks that I
 3  can recall having had major leaks.  One was with the
    Jacuzzi in the bathtub.
    Q.  And when did you first know about a problem
 6  with the Jacuzzi?
 7      A.  '94.
 8      Q.  Tell me what happened.
 9      A.  Apparently the pump on the Jacuzzi, which is
10  underneath the tub, broke or leaked or something, and the
11  water came down onto the stair and basically somehow
12  traveled over and came down onto the staircase and got it
13  all wet in the garage.
14      Q.  So your master bedroom is directly over the
15  garage?
16      A.  Yes.
17      Q.  So you noticed a problem when you saw water
18  inside the garage?
19      A.  Yes.
20      Q.  Did you file a claim with Allstate for that?
21      A.  No.
22      Q.  Who went out and fixed that Jacuzzi problem?
23      A.  I think Camillo probably did.
24      Q.  Do you think that was the first time you had a
25  major plumbing problem at the house?
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

**Page 30**

```
 1      A.  At the house?
 2      Q.  Yeah.
 3      A.  I don't know where to put that in relation to
 4  the pipe leak that we had spoken about earlier.  I don't
 5  know which came first.
 6      Q.  But you think roughly the Jacuzzi leak happened
 7  in 1994?
 8      A.  Roughly.
 9      Q.  And you didn't file a claim with Allstate?  I
10  think I asked you that; is that right?
11      A.  No, sir.
12      Q.  Is there a reason why you didn't file a claim
13  with Allstate?
14      A.  There's some point in time in which after
15  that -- and I don't know how to put it in context with
16  each other.  But when I filed the claim on the pipe that
17  went underneath the house, I got a letter from Allstate.
18  And I believe it was about like a $900 claim or maybe a
19  $1500 claim.  After I made that claim I got a letter from
20  Allstate saying if I made more claims they would cancel
21  my insurance.
22      Q.  So after you made the foundation pipe claim,
23  the one we had talked about, you got that letter?
24      A.  Yes.
25      Q.  So then if we put that in perspective, the
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

**Page 31**

```
    foundation pipe issue probably happened before the
 2  Jacuzzi leak, do you think?
 3      A.  I really don't know, but usually when plumbing
 4  breaks I just pay the bill and don't figure it's -- I
 5  usually try to look -- I think of insurance as being
 6  something that you should utilize when you have problems,
 7  significant problems, and with repairing a Jacuzzi it
 8  wasn't that big a deal.
 9      Q.  You didn't think it was significant enough to
10  file a claim?
11      A.  Correct.
12      Q.  Did you have to do any repair work on the
13  garage because of the Jacuzzi leak?
14      A.  Yeah.  Camillo came out and fixed -- I know he
15  fixed the Jacuzzi and he fixed whatever it took on the
16  staircase.
17      Q.  Do you know if he had to replace any wooden
18  staircase?
19      A.  I don't know.  There's another man that worked
20  with Camillo at times.  His name is Jim Abbott, and he's
21  also a remodeller type guy, and it was either he or
22  Camillo that came out and did these repairs.
23      Q.  And do you know if they tore out any sheetrock
24  because of that leak?
25      A.  I don't know.
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

**Page 32**

```
 1      Q.  So you don't know if they did any cosmetic
 2  damages or cosmetic repairs to the garage area, but they
 3  did fix the leak?
 4      A.  They fixed the leak, and I believe they fixed
 5  where the water had come down on the underside of the
 6  staircase.  I believe they had fixed that.  They replaced
 7  whatever needed to be replaced.
 8      Q.  You don't know exactly what building materials
 9  they had replaced, do you?
10      A.  No.  I don't know how much sheetrock they
11  changed or how much wood they took out and replaced.
12      Q.  Is there any sort of stain in that area where
13  that leak was today?
14      A.  No.  That's why I'm saying I know that they
15  changed it because there was no stain left.
16      Q.  Do you know how long that leak had been going
17  on?
18      A.  No.
19      Q.  Was it a pretty significant leak?  Was there a
20  lot of water coming into the garage?
21      A.  I wouldn't classify it as a significant leak.
22      Q.  How did you first know about it?  I mean, did
23  you just see a stain on the ceiling --
24      A.  Yeah.
25      Q.  -- or was there water rushing down --
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

33

```
1        A.  No.  You saw the stain on the ceiling, on the
2   underside of the staircase.
3        Q.  Do you know how long that stain was there
4   before you called somebody out to come fix it?
5        A.  Usually when we see something like that, we
6   call Camillo or Jim to come out and fix it.
7        Q.  What other plumbing problems have you had in
8   the master area?
9        A.  Another problem was -- this is a sauna bath
10  here, and the sauna apparatus is located on the attic
11  above the sauna, and it leaked and it came down through
12  the ceiling of the master bathroom.
13       Q.  And do you remember when that happened?
14       A.  I think that was about 1998.
15       Q.  And did you call Camillo to come out and fix
16  that?
17       A.  Yes.
18       Q.  Do you know if he replaced any sheetrock when
19  he fixed it?
20       A.  I don't know if he did or didn't.
21       Q.  How did he know it was leaking?  Was there a
22  stain on the ceiling?
23       A.  Yeah.  What do you call that stuff?  That foam
24  that you blow up onto the ceiling fell off.
25       Q.  And can you tell even today that some of that
            DAVIDSON & MOORE COURT REPORTERS, INC.
                       210-340-4655
```

34

```
1   foam stuff had fallen off?
2        A.  You could tell.  I mean, you could tell it was
3   wet.
4        Q.  Is there a stain there currently?
5        A.  No.  I think he fixed it.
6        Q.  So he either painted it or took some sheetrock
7   out?
8        A.  Whatever, yeah.
9        Q.  What other problems have you had in the master
10  area?
11       A.  I know Camillo has had to come fix the toilet a
12  few times and I know he's had to come fix the faucets a
13  few times, sinks.  I can't tell you when.
14       Q.  When you say "the faucets" -- let me ask you
15  about that first -- is that with having leaks where the
16  faucet drips into the actual sink or like problems
17  underneath the sink?  What problems have you had there?
18       A.  I think my wife could probably tell you better
19  about that.  I don't pay too much attention to that type
20  of stuff.
21       Q.  And what type of leaks did you have with that
22  master toilet?
23       A.  Sometimes it wouldn't work.  I don't know if it
24  was leaks or not.
25       Q.  Did he ever replace that toilet?
            DAVIDSON & MOORE COURT REPORTERS, INC.
                       210-340-4655
```

35

```
1        A.  No.  He just replaced the apparatus inside the
2   toilet.
3        Q.  Has that toilet ever overflowed onto the floor?
4        A.  Not that I can recall.
5        Q.  Do you know if the sink or shower has ever
6   overflowed onto the floor like a sewer-line backup?
7        A.  I don't believe so.
8        Q.  Do you know if any of the toilets in your house
9   have ever overflowed onto the flooring?
10       A.  Yeah, in bathroom number two it has.
11       Q.  Outside of that one, any other ones?
12       A.  I don't know about bathroom number three.  I
13  don't recall any incidents with bathroom number three.
14       Q.  How about sinks throughout the house?  Do you
15  recall any of the sinks overflowing onto the floor, where
16  water goes to the floor?
17       A.  No, sir.
18       Q.  Not that you know of?
19       A.  Not that I know of.
20       Q.  Have you ever had any sort of sewer-line backup
21  in the house whether it be utility room or any of the
22  sinks or toilets in the house?
23       A.  I believe we have.
24       Q.  When was that?
25       A.  I can't tell you when.  I don't remember when.
            DAVIDSON & MOORE COURT REPORTERS, INC.
                       210-340-4655
```

36

```
1   Do you mean sewer backing up into the house or just sewer
2   clogging up?
3        Q.  Either/or, anytime when water has come out of
4   any of these fixtures whether it be the sink or the
5   toilet.
6        A.  The only time that I can recall the toilet
7   overflowing was in bathroom number two.
8        Q.  And do you know when that happened?
9        A.  No.
10       Q.  Do you know where the water went when it
11  overflowed?
12       A.  Well, it wasn't a flood or anything like that.
13  It just got knocked up.
14       Q.  Was it contained within bathroom number two?
15       A.  Oh, yeah.
16       Q.  Do you know if you ever replaced any baseboards
17  or sheetrock because of that overflowed toilet?
18       A.  No, it wasn't that big a deal.
19       Q.  Is there carpet or tile there?
20       A.  There was carpet and now there's like linoleum
21  tile.
22       Q.  When it overflowed, was there carpet there?
23       A.  No, I think it was linoleum tile.
24       Q.  Do you know if you had to do any type of tear-
25  out of building materials because of the overflow of that
            DAVIDSON & MOORE COURT REPORTERS, INC.
                       210-340-4655
```

37

```
 1   bathroom number two?
 2        A.  No.
 3        Q.  Have you ever had any sink problems in bathroom
     number two?
 4        A.  Not that I know of.
 6        Q.  Have you ever had any shower problems in
 7   bathroom number two?
 8        A.  None that I recall.
 9        Q.  How about bathroom number three?  Do you know
10   of any leaks or plumbing problems in bathroom number
11   three?
12        A.  I'm not aware of any.
13        Q.  How about in the kitchen?  Are you aware of any
14   plumbing problems or leaks in the kitchen?
15        A.  The air-conditioner in the kitchen leaked, and
16   we noticed it because at that time it was vinyl flooring,
17   and when you would walk over there it would get spongy.
18   So we called the AC guy, came out and said that it had
19   been leaking underneath into the baseboard, I guess, or
20   the floor, the wooden part of the floor.  So they fixed
21   the air-conditioner and changed the floor.
22        Q.  Who was your HVAC guy that came out to inspect
23   that?
24        A.  This probably has air-conditioning.
25        Q.  Had they been out to your house before that
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

38

```
 1   time?
 2        A.  We have used Hess pretty much on and off since
 3   we bought the house.
 4        Q.  Have you replaced any of the units since you
 5   bought the house?
 6        A.  Yes.
 7        Q.  Have you replaced both of them?
 8        A.  There's three of them.
 9        Q.  Oh, there's three?
10        A.  And I think we've replaced each one.
11        Q.  Do you remember when you replaced those units?
12        A.  Well, we had to buy a new unit here for the
13   kitchen.  I know we bought a new unit up here in the
14   bedroom.  And the unit that's here, if we didn't replace
15   all of it, we replaced the major components of it, I
16   believe.
17        Q.  Do you remember when you had that air-
18   conditioning problem with the kitchen?
19        A.  I'd say about '97 or '98.
20        Q.  Was it at that time that they replaced that
21   unit in the kitchen?
22        A.  I don't know if they fixed it at that time or
23   if I had already bought it.  I can't recall.
24        Q.  Do you know if they had to replace any of the
25   materials whether it be wood or sheetrock in the area
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

39

```
     where there was a leak?
 2        A.  Yeah, absolutely they did.
 3        Q.  What did they replace that you remember?
 4        A.  They peeled up the vinyl flooring and they
 5   changed all the wooden foundation flooring.
 6        Q.  So the plywood that was there?
 7        A.  The plywood underneath the vinyl, correct.
 8        Q.  Do you know if they had to replace out any
 9   sheetrock?
10        A.  All of this is windows.  It's plate-glass
11   windows, so there was no sheetrock around there.
12        Q.  Are there baseboards in that area?
13        A.  No.  The baseboards are made out of the metal
14   that holds the plate-glass windows.
15        Q.  So the windows go all the way across this
16   northeast side?
17        A.  The windows go from here to here to here.
18        Q.  Is this like a door opening right here?
19        A.  That's a door that's not used, but it's all
20   windows, it's plate glass.  So it's plate glass from here
21   all the way to here, plate glass from here to here to
22   here.
23        Q.  So outside of the plywood and the vinyl
24   flooring that they replaced, do you know if they replaced
25   anything else in that area?
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

40

```
 1        A.  I think they replaced a stand on which the
 2   air-conditioning sat.
 3        Q.  Do you know how long that air-conditioner had
 4   been leaking before they fixed it?
 5        A.  Apparently quite awhile.
 6        Q.  Did it ever leak to the point where the water
 7   came out into the kitchen?
 8        A.  No.  We never noticed any standing water or
 9   anything like that.  When you would walk by there
10   sometimes, which was infrequently, you know, we'd say,
11   "This is spongy here, what's going on?"  So then we
12   called the AC guy.
13        Q.  Do you recall ever seeing mold inside this area
14   when you noticed that leak?
15        A.  No.  I can't say I was looking for it.
16        Q.  Were you there when they pulled the unit out?
17        A.  No.
18        Q.  Did they actually have to pull the unit out?
19        A.  Yes.
20        Q.  But you don't know if they replaced it at that
21   time or if it had already been replaced?
22        A.  Or subsequently after.  I can't recall.
23        Q.  Would you have the receipts for that repair to
24   the kitchen air-conditioning unit?
25        A.  I should.
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

41

```
1       Q.   When did they replace the air-conditioning unit
2  in the master bedroom?
3       A.   '98, '99, somewhere around there.
4       Q.   Was it around the same time when you replaced
5  the unit in the kitchen?  Do you know if they all
6  happened at the same time?
7       A.   No, they all didn't happen at the same time.  I
8  think they were separate occasions.
9       Q.   And had you been having problems with the
10 air-conditioning unit in the master bedroom?
11      A.   No, it just quit working one day.
12      Q.   Do you know if that unit in the master bedroom
13 ever leaked?
14      A.   I seem to recall that it did on one occasion.
15      Q.   And what happened?  Did it leak out into your
16 master bedroom or what happened?
17      A.   No.  This is a very large closet here, sort of
18 like a walk-in closet, and so it leaked in here.  It
19 didn't go out into the master bedroom itself.
20      Q.   And was there carpet in that closet area?
21      A.   No, it's wood.
22      Q.   Did any of that wood have to be replaced
23 because of that leak?
24      A.   I don't know.
25      Q.   Can you tell if any of that wood is warped in
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

42

```
1  that area because of the leak?
2       A.   I don't know if it's warped, but I think it may
3  be discolored.
4       Q.   Did it leak before you had changed it or after
5  you changed that unit and replaced it?
6       A.   I think before.
7       Q.   So sometime before 1998 or 1999 it leaked at
8  some point?
9       A.   Yes, sir.
10      Q.   And you only recall one time that it leaked?
11      A.   That's all I can recall.
12      Q.   And the extent of the leak, the water just went
13 inside that closet?  It didn't go into the master bedroom
14 that you can recall?
15      A.   Not that I can recall.
16      Q.   And none of the building materials were changed
17 after that leak like baseboards or wood flooring or
18 anything like that?
19      A.   I don't know that.
20      Q.   Do you know if Hess Air-conditioning went out
21 to repair it that time?
22      A.   We've utilized Hess Air and we've utilized
23 Sunwave, so it probably would have been one of those two.
24      Q.   What was the other one?
25      A.   Sunwave.
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

43

```
1       Q.   And let me ask you about the third air-
2  conditioning unit, which is located in the storage area
3  on the first floor.  When did you repair or replace that
4  unit?
5       A.   I think there had been repairmen out there on
6  multiple occasions, more than once to repair it.  I can't
7  be precise as to any dates.
8       MR. BENIGNO:  Let me just ask, are you
9  talking about the center unit?
10      MR. SOLIS:  Yeah, the storage unit.
11 BY MR. SOLIS:
12      Q.   Has that unit ever leaked?
13      A.   That unit sits on cement because it's outside
14 the house.
15      Q.   Oh, I see.  So this storage area, is that
16 enclosed at all?
17      A.   Yes.  It's enclosed, but it's considered the
18 outside part of the house.
19      Q.   Is it like a patio area there?
20      A.   This is cement going from here to here to here,
21 and this is like a giant storage closet with the air-
22 conditioning unit inside of it, and it's all sitting on
23 the cement floor.
24      Q.   Do you know if the Cunninghams had this closed
25 in before you bought it?  It just looks a little odd.
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

44

```
1  That's why I'm wondering if it used to be a patio at one
2  point or a little courtyard area and got closed in later.
3       A.   Yeah, I don't know.  I don't know if they did
4  it or Mr. Cunningham got the house from his father who
5  built it.  So I don't know if his father did it or if
6  Mr. Paul Cunningham did it after he became the owner.
7       Q.   And that's a window right there?
8       A.   No.
9       Q.   What is that?
10      A.   There is, I guess, a giant vent that goes into
11 the house, and that's a vent.
12      Q.   Do you know which rooms this unit serves in the
13 house?
14      A.   I think I do.
15      Q.   Which ones?
16      A.   I think it serves as all of the rooms except
17 the kitchen.
18      Q.   And then the one in the kitchen serves as the
19 kitchen only?
20      A.   Right.
21      Q.   Do you remember when you had this unit
22 replaced?
23      A.   As I said, I can't remember if we just simply
24 repaired it on multiple occasions or had it replaced.
25      Q.   I don't know if you've answered this before.
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

45

```
1    It has leaked before, right, that storage air-
2    conditioning unit?
3        A.  Yes, it has.  And when it leaks it flows out
     underneath the door onto the patio so you know that it's
     leaking.
6        Q.  Has water ever appeared on the bathroom in the
7    three-wall which shares the common wall between bathroom
8    number three and the storage area?  Have you ever seen
9    any staining on that wall?
10       A.  I haven't, no.
11            MR. BENIGNO:  Do you want a break real
12   quick?
13            THE WITNESS:  I'd like to get a cup of
14   coffee.
15            MR. BENIGNO:  Is that all right?
16            MR. SOLIS:  Oh, yes.
17            (Break:  10:05 a.m. to 10:15 a.m.)
18   BY MR. SOLIS:
19       Q.  We're back on the record, and before we left we
20   were talking about plumbing leaks or water leaks inside
21   your house.  Let me ask you about roof leaks.  Have you
22   had roof leaks at your house before?
23       A.  Yes.
24       Q.  How many roof leaks have you had in your house?
25       A.  Those that I know of are the one -- there was
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

46

```
1    one in the library in this corner here, and I believe
2    there's also a leak in my daughter's bedroom, bedroom
3    number three over here.
4        Q.  Do you have the original roof that came with it
5    when you bought the house in 1991?
6        A.  No.
7        Q.  When did you replace the roof?
8        A.  I've replaced it twice.
9        Q.  When is the last time you replaced it?
10       A.  In 1998.
11       Q.  The entire roof or just parts?
12       A.  Everything from the garage over here.
13       Q.  So that entire first floor --
14       A.  The entire first floor has been done twice.
15       Q.  When did you do it the first time?
16       A.  I believe in 1993.
17       Q.  Who did it for you in 1993?
18       A.  I'm going to say my best recollection is
19   Southern Urethane.
20       Q.  Southern Urethane?
21       A.  Yes, sir.
22       Q.  Are they out of Brownsville?
23       A.  Brownsville or Los Fresnos.
24       Q.  What type of roof did they put on in 1993?
25       A.  When we bought the house it had a urethane
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

47

```
     roof, and after a couple of years we had it done once,
2    and then after another four or five years we had it done
3    again.
4        Q.  Is that common to have to replace the roof that
5    many times with the urethane roof?
6        A.  It's my understanding that you're supposed to
7    have it redone every four or five years.
8        Q.  When did you first note these leaks, the
9    ceiling leaks in the library and bedroom number three?
10       A.  The one in the library I noticed immediately.
11       Q.  When you moved in the house?  When you say
12   "immediately" --
13       A.  No.  There was a rainstorm, and I don't know
14   how long we had been living in the house, but there was a
15   rainstorm and it was coming down the wall.
16       Q.  Do you remember if it was before you put the
17   1993 roof on or before you put the 1998 roof on?
18       A.  I think it was after 1993.
19       Q.  And did you replace the roof again in 1998
20   because of that, that leak in the library?
21       A.  No.  Apparently the water was coming in because
22   of some sort of flashing problem or something like that,
23   and they fixed that, but it didn't leak at that
24   particular corner after that.
25       Q.  Did you have to replace that wall or any of the
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

48

```
1    building materials in that library wall where it leaked?
2        A.  Yes.
3        Q.  Who did that?  Was it Arturo?
4        A.  I think it was Camillo or Jimmy Abbott, one or
5    the other.
6        Q.  And what did they replace?
7        A.  It sort of ruined this whole wall here, so at
8    that time we decided, "Well, we'll just go ahead and put
9    in all new sheetrock and paint the room."
10       Q.  And so you put sheetrock in all three walls of
11   this library or just the south wall and southwest wall?
12       A.  Southwest wall, and then we repainted the whole
13   room.
14       Q.  Did they replace all those building materials
15   soon after that leak occurred?
16       A.  Replace the what, sir?
17       Q.  All those building materials, the sheetrock and
18   whatever else they replaced, did they do it soon after
19   the leak occurred or was it a long time after?
20       A.  No, it was soon after.
21       Q.  When did you notice the leak in bedroom number
22   three?
23       A.  There were some tiles in the room that were
24   discolored.  I don't know how long it had been leaking
25   because when it became discolored we sent somebody up to
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

49

```
1    look at the roof, and I believe that this was before we
2    changed the roof the first time.
3        Q.   Was it after you noticed the library leak?
4        A.   No.  I think it was before I noticed the
5    library leak.
6        Q.   What work was done to repair the staining or
7    the discoloration that you're talking about?
8        A.   They went up and looked at the roof, and some
9    of the urethane had bubbled up, so they got rid of the
10   bubbles and repatched it, and I think at that point in
11   time is when we decided, "We'll just go ahead and do the
12   whole roof."
13       Q.   And that was in 1993?
14       A.   Right around there.
15       Q.   Do you know if you had to make any repairs to
16   bedroom number three in the ceiling or in the wall?
17       A.   No.
18       Q.   Is it still discolored as you go in there
19   today?
20       A.   No, it's been painted.  I mean, we painted the
21   bedrooms and all that.
22       Q.   Do you know if you've ever noticed any moisture
23   or mold where those cabinets are?
24       A.   Yes, sir.
25       Q.   When did you first notice a problem there?
             DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655
```

50

```
1        A.   Water, I noticed water.
2        Q.   Where did you notice water?
3        A.   In the cabinet.
4        Q.   When you opened it, it was moist in there?
5        A.   It was wet.
6        Q.   The interior of the cabinet was wet?
7        A.   Yes.
8        Q.   Did you know where the water was coming from?
9        A.   It appeared to be coming from the air-
10   conditioner.
11       Q.   Which one would that be?  The one in that
12   storage area?
13       A.   The storage room.
14       Q.   Was the water coming in through the ducts?
15       A.   I believe so.
16       Q.   Do you remember when you first noticed that?
17       A.   Yes.  In July or August, late July or early
18   August of 2001.
19       Q.   Do you know if you called an air-conditioning
20   company to go out there and check that problem?
21       A.   Yes, we did.
22       Q.   And was that Hess?
23       A.   Hess or Sunwave.
24       Q.   Do you recall what they told you?
25       A.   No.  They fixed it.
             DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655
```

51

```
1        Q.   Did you have any of those cabinets replaced?
2        A.   They were repainted.
3        Q.   Was any of the wood changed at all?
4        A.   Was any of the wood changed?
5        Q.   Repaired or replaced?
6        A.   Oh, replaced?
7        Q.   Yes.
8        A.   I don't believe so.
9        Q.   Is that like a cabinet where you put a TV in?
10       A.   It is a built-in wall cabinet.  There's a TV
11   here and then there's some cabinets, some closed-in
12   cabinets on the top, yes, and then to the side of the TV
13   there's a mirror that's recessed into the cabinet.
14       Q.   And you said it was repainted.  Was that
15   sometime after August 2001?
16       A.   Yeah.
17       Q.   Do you know who painted it?
18       A.   No, I can't recall who did it.
19       Q.   But none of the wood was replaced that you know
20   of?
21       A.   Not that I know of, no.
22       Q.   Do you know who repainted it?
23       A.   I just said I don't recall who repainted it.
24       Q.   I'm sorry.  Do you recall moisture or seeing
25   mold in this area that's shaded, the wall between the
             DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655
```

52

```
1    dining room and the formal living room?
2        A.   Moisture?
3        Q.   Or mold or anything?
4        A.   When we had this pipe that busted underneath
5    the crawl space, this whole floor buckled.
6        Q.   What type of work did you have to do with the
7    floor?
8        A.   The guy came in, fixed the thing and told us
9    that we needed to let it dry out, and it was then
10   subsequent to that that, of course, we redid this whole
11   thing.  We put drywall in here and painted it, changed
12   out the door here and just basically redid the dining
13   room.
14       Q.   Was that in 1998 --
15       A.   Yes, sir.
16       Q.   -- during that major remodel that y'all did?
17       A.   Yes, sir.
18       Q.   And when you say the floor buckled, was all the
19   flooring replaced?
20       A.   It was like this.  No, it just came back down
21   after it dried out.
22       Q.   Was it a wood floor?
23       A.   Yeah.
24       Q.   So that wood floor is there today?
25       A.   Uh-huh.
             DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655
```

53

```
1      Q.  And in this diagram the indoor quality people
2   noted that that wall between the dining room and formal
3   living room has to be remediated.  Do you know why?  I
4   mean, is that wall stained in any way?
5      A.  I'm not an expert.  I don't know why they came
6   to that conclusion.
7      Q.  But visually as you look at that wall, is it
8   stained in any way?  Does it have any black marks on it
9   in any way?
10     A.  I don't recall seeing any.
11     Q.  Well, let me ask you this.  In the garage, is
12  there a stain in the garage in that area that's shaded,
13  any ceiling stain?
14     A.  I don't believe it's stained here, but I do
15  believe that this is the area that was directly
16  underneath the Jacuzzi leak where it came down and they
17  changed some sheetrock and all of that, the roofing and
18  ceiling material.
19     Q.  But as you go there today it doesn't look like
20  it's actually stained there on the ceiling or any sort of
21  discoloration or anything like that?
22     A.  I don't know, sir.  I can't recall.  I don't
23  know.
24     Q.  Is there anywhere in this house where you noted
25  mold or any type of black discoloration prior to filing
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

54

```
1   this claim that you know of?
2      A.  Prior or concurrent to filing the claim?
3      Q.  Prior, and then I'll ask you concurrently.
4      A.  In July and August of 2001 there is a sliding
5   door that closes between the dining room and the family
6   room, and that sliding door is always open, it's always
7   pushed into the wall.  When we pulled out the sliding
8   door, we noticed that there was mold or discoloration on
9   the sliding door.
10     Q.  And the sliding door abuts to the cabinets,
11  where the cabinets are; correct?
12     A.  Yes.
13     Q.  Is there anywhere else where you noted possible
14  discoloration or any areas where you thought there was
15  mold in that sliding-glass door area?
16     A.  When I saw the water on the cabinets.
17     Q.  When you noticed the sliding-glass door issue
18  or the black or the discoloration of the sliding-glass
19  door, is that when you decided to investigate inside the
20  cabinets to see where it was coming from?
21     A.  Yeah, it was all at the same time.  I started
22  looking closer at the whole area there.
23     Q.  At any other places, did you notice any
24  discoloration or mold that you know of?
25     A.  When you're using your words of "discoloration"
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

55

```
1   and "molding," there's a difference between the two.
2   "Discoloration" could be presence of water.  And if you
3   go up into the master bedroom, you can see the presence
4   of water underneath the sinks.  You can also see the
5   presence of water underneath the sinks in the kitchen.
6   Whether or not that's indicative of mold, I don't know.
7      Q.  And that's why I kind of asked it that way,
8   because we don't know if it's mold or not.  It may be
9   just discolored, so we'll just say water-damaged areas.
10     A.  Water-damaged areas you're going to see
11  underneath the sinks.  I've already explained in the
12  master bedroom where the water-damaged areas were
13  underneath the sinks, underneath the sauna, underneath
14  the Jacuzzi, in the garage, it's underneath the staircase
15  and over here.  Also there's some water leakage, I
16  believe, in the front part of the maid's room.  In the
17  house itself, in the first floor and the library there
18  was water leakage in the dining room.  From water leakage
19  that I can tell from the -- we already talked about the
20  pipe.
21     Q.  Right.
22     A.  Something happened in my daughter's bedroom,
23  and that's about it.
24     Q.  And the two you mentioned that we haven't
25  talked about, you said underneath the kitchen sink
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

56

```
1   there's some possible water damage there?
2      A.  Yes, sir.  Also the water damage we talked
3   about there.
4      Q.  Right, right.  Has the kitchen sink ever leaked
5   that you know of?
6      A.  I know that Camillo has fixed the kitchen sinks
7   and the sinks in the master bedroom.  He changed
8   something called p-traps.
9      Q.  Right.  Do you remember when he did that?
10     A.  He's done it periodically whenever something --
11  you know, whenever we have a problem, we call the
12  repairman.
13     Q.  Underneath the kitchen sink, is the wood in
14  that area rotted?
15     A.  No, it's not rotted.
16     Q.  But you said there's some sort of water damage
17  in that area?
18     A.  You called it discoloration.
19     Q.  So there is discoloration in that area?
20     A.  Yes.
21     Q.  And it's in the sink cabinet?
22     A.  Yes.
23     Q.  Have any of those materials ever been replaced?
24     A.  Not in the sink cabinet, no.
25     Q.  How about in the maid's room?  What leaks are
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**57**

```
 1   there?
 2      A.  In the maid's room, in the entrance area
 3   between the front door and this window on the back there
 4   was some leakage.
 5      Q.  Do you know where that leak came from?
 6      A.  No, but we fixed it.  Whatever it was we fixed
 7   it.
 8      Q.  Camillo fixed something, but you don't know
 9   what he fixed?
10      A.  Right.
11      Q.  Is there carpet in that room?
12      A.  Indoor/outdoor carpeting.
13      Q.  And the water leaked into that entire room or
14   just the entrance to that room?
15      A.  Into this general area between the front door
16   and the back window there.
17      Q.  And do you know if any of the materials in this
18   house, sheetrock, baseboards, anything like that was
19   replaced because of that leak?
20      A.  I don't know.
21      Q.  Do you know when that leak occurred?
22      A.  No.
23      Q.  Did you decide to file the claim with Allstate
24   sometime in July or August of 2001 when you noticed that
25   mold on the sliding door and the cabinets?
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**58**

```
 1      A.  No.  The first thing we did was call the
 2   repairman and fix the air-conditioner.  And then I was
 3   talking to a friend who was telling me about sick houses,
 4   and that's when I decided to consult an attorney who knew
 5   about sick houses.
 6      Q.  Did you file the claim with your insurance
 7   company or did your attorney file a claim with the
 8   insurance company or do you know?
 9      A.  We came and consulted with our attorney, and as
10   the result of that we filed a claim.
11      Q.  Do you know if you called your agent to file a
12   claim or did your attorney send a letter?
13      A.  I think I asked my attorney to send a letter.
14      Q.  So you don't remember calling your agent --
15      A.  Mr. McNeil.
16      Q.  -- Mr. McNeil, to file a claim?  You don't
17   remember that happening?
18      A.  No.
19      Q.  Is there any reason why you felt you didn't
20   want to do it yourself?  Or why did you feel you needed
21   to get an attorney involved?
22      A.  That's why you have attorneys to do the work
23   for you on an item that's specialized.
24      Q.  Did Mr. McNeil ever make you feel like you
25   shouldn't file a claim because you made it cancel?  Have
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**59**

```
 1   you ever talked to Mr. McNeil about your mold claim?
 2      A.  I don't believe I've ever spoken with him about
 3   the mold claim.
 4      Q.  You've read your insurance policy, have you
 5   not?
 6      A.  (Witness nods head.)
 7      Q.  Is that a "Yes"?
 8      A.  Yes, yes.
 9      Q.  Have you ever asked Mr. McNeil about any
10   questions about your insurance policy?
11      A.  Yes, I have over the years.
12      Q.  But recently revolving around this claim, have
13   you asked him any questions about your policy?
14      A.  Not that I can recall.
15      Q.  You understand that some things are covered
16   under your insurance policy and some things aren't?
17      A.  Yes.
18      Q.  And you understand that an insurance company
19   has to investigate to determine if your loss at home is a
20   covered loss?
21      A.  They're supposed to, yes, in a timely manner.
22      Q.  Do you have any problem with an insurance
23   company investigating to determine if a loss is covered?
24      A.  No, I don't.
25      Q.  Have you spoken with any of the adjusters or
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**60**

```
 1   agents of Allstate after you filed a claim or after your
 2   attorney filed a claim?
 3      A.  I believe I have spoken with one of them.
 4      Q.  Do you remember who that was?
 5      A.  No, I can't tell you his name.  I received a
 6   telephone call.  After I asked my attorney to file the
 7   claim on our behalf, I received a phone call from
 8   somebody at Allstate.
 9      Q.  Did you tell them that you were represented by
10   an attorney and that they should talk to your attorney?
11      A.  They wanted to know just general information,
12   so I gave it to them.
13      Q.  So you did speak with some sort of
14   representative at Allstate?
15      A.  Sure.
16      Q.  But it was just one time over the phone?
17      A.  Yes.
18      Q.  Did you have any problem with them calling you
19   at home?
20      A.  No, sir.
21      Q.  After that point your attorney handled
22   everything with Allstate as far as the claims?
23      A.  I believe my wife has called them several -- or
24   they called my wife several times and she's spoken with
25   them about the ALE.
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**61**

1    Q.  Outside of ALE issues, do you know if your wife
2 has talked to anybody at Allstate other than about ALE
3 issues that you know of?
4    A.  I believe that one of the adjusters has called
5 her, yes.
6    Q.  And I'll ask her about that, but as far as
7 you're concerned you've only spoken with one
8 representative at Allstate; is that right?
9    A.  As far as I can recall, yes.
10    Q.  And that was by phone?
11    A.  Yes.
12    Q.  Who primarily dealt with scheduling times to --
13    A.  Can I correct something?
14    Q.  Go ahead.
15    A.  I think I did receive a call from an associate
16 or a partner of Mr. McNeil after we filed a claim.
17    Q.  Somebody that worked at your agent's office?
18    A.  Yes.
19    Q.  Do you remember what that person told you?
20    A.  I think they wanted to know why we filed a
21 claim.
22    Q.  And what else did they say?
23    A.  They wanted to know why we filed a claim and
24 not call them up and present the claim through them, and
25 I told them I felt it would be better if we proceeded

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**62**

1 through the attorney because this was, in our opinion, a
2 significant loss, and we wanted to do it right.
3    Q.  Were they rude in any way to you?
4    A.  No.
5    Q.  They were just asking why you didn't call them
6 since they're your agent?
7    A.  Right.
8    Q.  They didn't lie or misrepresent you in any way
9 about the insurance policy, did they?
10    A.  No.
11    Q.  When you spoke with that customer service
12 representative of Allstate, you don't remember the name
13 of that person, do you?
14    A.  No, sir.
15    Q.  Did that person lie to you in any way?
16    A.  Not that I know of.
17    Q.  Did that person misrepresent anything to you in
18 any way that you know of?
19    A.  No.
20    Q.  Did that person deceive you in any way?
21    A.  No.
22    Q.  It was primarily an information-gathering call?
23    A.  They were asking me questions.  I wasn't asking
24 them questions.
25    Q.  You were just telling them the history of

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**63**

1 plumbing leaks and the loss and that sort of thing?
2    A.  I think they wanted to know, you know, when I
3 bought the house and all that stuff.
4    Q.  Did they tell you that somebody would be
5 assigned to the claim and go out to your house and do an
6 inspection and all that?
7    A.  Yes, they did.
8    Q.  Did they inform you that Allstate would be
9 retaining a plumber to go out to your house to determine
10 if there were leaks at your house?
11    A.  No.
12    Q.  Did they tell you if they were going to send
13 somebody out to do an indoor quality test?
14    A.  No.  They did say they were going to send
15 somebody out to inspect the house.
16    Q.  That was the extent of what they told you?
17    A.  (Witness nods head.)
18    Q.  Is that a "Yes"?
19    A.  Yes.
20    Q.  Did you ever tell them that from this point on
21 you wanted them to deal with your attorneys only?
22    A.  I don't think so.
23    Q.  Was it your understanding that your attorney
24 was going to be handling the claims process with
25 Allstate?

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**64**

1    A.  I asked him to, yes.
2    Q.  And if Allstate sent letters directly to your
3 attorney, you wouldn't hold that against Allstate, would
4 you?
5    A.  No.
6    Q.  Do you know if Allstate sent you carbon copies
7 of letters or was it just to your attorney?
8    A.  I think once in awhile we received -- we have
9 received some correspondence, not all correspondence.
10    Q.  Do you know if you've received all
11 correspondence that Allstate has sent to either you or
12 your attorney?
13    A.  I think I've seen it all now, but I can't say
14 that I received it all from Allstate.
15    Q.  At some point you've seen all the letters that
16 have come in?
17    A.  I believe so.
18    Q.  I show that you filed a claim around mid-
19 October 2001.  Does that sound about right to you?
20    A.  That's about right.
21         (Exhibit No. 4 marked.)
22 BY MR. SOLIS:
23    Q.  Let me show you a copy of a report done by
24 Mr. Guerra-Prats.  Let me mark this as Exhibit No. 4.
25 Have you ever seen this report?

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**65**

1   A.   I believe I have, yes, sir.
2   Q.   Did you know Mr. Guerra-Prats prior to filing a
3   claim with Allstate?
4   A.   No.
5   Q.   Do you know of his reputation or qualifications
6   at all as we sit here today?
7   A.   Do I know?  I understand he's an expert in
8   remediation.
9   Q.   You don't know how many remediations he's done
10  or anything like that?
11  A.   No.
12  Q.   Was Mr. Guerra-Prats referred to you by your
13  attorney?
14  A.   Yes.
15  Q.   Are you paying Mr. Guerra-Prats directly?
16  A.   Yes.
17  Q.   Have you ever paid him an amount of money in
18  this case?
19  A.   I believe so.
20  Q.   Do you know how much you've paid him?
21  A.   I guess $8,000.
22  Q.   And his report is dated October 18th, 2001, and
23  it looks like his inspection of your house was the day
24  before, October 17th; is that right?
25  A.   Yes.
             DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655

**66**

1   Q.   Were you out there when he visited the house?
2   A.   I was not there.
3   Q.   Have you spoken to him since?
4   A.   No.
5   Q.   Or have you ever met with him?
6   A.   My wife was there.
7   Q.   Have you ever met with Mr. Guerra-Prats?
8   A.   No.
9   Q.   Do you know if he's been out to your house
10  after October 17th, 2001?
11  A.   I believe he's been out there on multiple
12  occasions.
13  Q.   But the person that has dealt with him has been
14  your wife; is that right?
15  A.   Yes.
16  Q.   Mr. Guerra-Prats put, I believe, nine or ten
17  areas of water damage or water intrusion.  Let me have
18  you look at that.  Do you agree with those areas of water
19  damage or water intrusion?
20  A.   Can we just go down the list and tell you if
21  we've talked about them already?
22  Q.   Sure.
23  A.   I think we've talked about Item No. 1 on
24  Exhibit 4.
25  Q.   Which is the upstairs AC system?
             DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655

**67**

1   A.   Right.  The foundation, I don't know what he's
2   referring to there.  That's Item No. 2.  No. 3, the
3   upstairs bathroom, he talks about damage underneath the
4   sinks.  And then the garage area underneath, we talked
5   about that.  The exterior utility, which is the outside
6   air-conditioner --
7   Q.   He notes on No. 4 that there's a presence of
8   mold.
9   A.   It says, "Shows signs of water damage and a
10  presence of mold."
11  Q.   Can you tell if there's mold there when you
12  look in that area where the AC is?
13  A.   To be honest with you, I don't really get in
14  and look around.  You know, when something needs to be
15  fixed, I don't deal with it.
16  Q.   Right.  And I understand he goes in there with
17  a flashlight and gets in underneath everywhere and he can
18  tell, he's the expert, but I'm just wondering if you ever
19  noticed.
20  A.   I've never even bothered to look.
21  Q.   No. 5?
22  A.   No. 5, the AC closet in the kitchen we've
23  spoken about.  6 is the sink area under the kitchen, we
24  talked about that.  No. 7 is bedroom number three, which
25  is my daughter's bedroom, I've talked about that.  The
             DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655

**68**

1   maid's quarters, we've talked about that.  Swimming pool,
2   we haven't talked about that.
3   Q.   What happened with the swimming pool?
4   A.   It says, "The deck around the pool shows
5   extensive cracking with a possible leak in the plumbing
6   lines."
7   Q.   Have you ever had those plumbing lines replaced
8   or fixed?
9   A.   I don't know if -- no, I've never had the
10  swimming pool deck repaired.  I don't believe there's any
11  plumbing lines under it.
12  Q.   Is it like cool decking?
13  A.   It's cool decking.
14  Q.   Have you seen Mr. Guerra-Prats' estimate to fix
15  your house?
16  A.   Yes.
17  Q.   And do you recall how much he said it would
18  cost to fix your house?
19  A.   If I'm not mistaken it was $400,000 and
20  something, $490,000.
21  Q.   I'm not going to mark this one, but let me ask
22  you if this was the same report that you saw.
23  A.   Yeah.
24  Q.   It shows the proposal in the amount of
25  $499,000?
             DAVIDSON & MOORE COURT REPORTERS, INC.
                      210-340-4655

69

1   A. $464.66.
2   Q. Do you know how much your house is worth right
3 now?
   A. With or without mold?
   Q. Let's say premold, whenever that was.
6   A. I would say the house has a markup value of
7 $250,000, but I'm not an expert in evaluation.
8   Q. I understand that. How much did you pay for
9 the house when you bought it?
10   A. $165,000.
11   Q. Have you ever challenged the appraisal district
12 value that you get every year?
13   A. No.
14   Q. Do you remember when the last time you got the
15 appraisal value of what it was?
16   A. No.
17   Q. Was it somewhere around $250,000?
18   A. I have no idea.
19   Q. Where do you come up with that number? Is that
20 based on other houses in that area?
21   A. Based on the market. I mean, we bought the
22 house when the United States economy was still coming out
23 of the late 80's problems with all the bankruptcies, so
24 we thought we got a good buy on it, and the housing
25 market in Brownsville had really gone high, so I would

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

70

1 think that at a minimum it would be worth $250,000.
2   Q. Have you ever retained an agent within the last
3 year to give you an estimate --
4   A. No.
5   Q. -- of how much your house is worth?
6   A. No, sir.
7   Q. Do you intend on selling your house?
8   A. I don't know what I intend to do with that
9 house.
10   Q. Do you intend on fixing it up?
11   A. I either intend to fix it up or tear it down,
12 but I can't leave it the way it is.
13   Q. If you didn't have insurance, would you pay
14 $499,000 to fix this house?
15   MR. BENIGNO: I'll object to the form.
16   THE WITNESS: If I didn't have insurance
17 I wouldn't know if I'd have that much money to fix up the
18 house.
19 BY MR. SOLIS:
20   Q. Do you know whether or not this is a reasonable
21 estimate to fix your house?
22   A. I have no idea, sir.
23   MR. BENIGNO: Objection, form.
24   THE WITNESS: I mean, in view of the
25 reports that I've received both from Allstate and from

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

71

1 this gentleman -- you know, I believe it was in February
2 when we got a letter from Allstate telling us to move out
3 of the house because it was dangerous to our health. So
4 I don't know what the cost of remediation is.
5   MR. SOLIS: And I'll object to the
6 nonresponsiveness.
7 BY MR. SOLIS:
8   Q. The plumber that went out to your house was the
9 plumbing consultant; is that correct? Let me ask you if
10 you've seen this report before.
11   A. I've never seen this report, sir.
12   MR. BENIGNO: Just for the record, I
13 haven't received that report from you guys.
14   MR. SOLIS: It should be part of the P.E.
15 Services report.
16   MR. BENIGNO: This is what I received
17 from P.E. Services, and that's it. Can you give me a
18 copy of that before we leave today?
19   MR. SOLIS: Yeah.
20 BY MR. SOLIS:
21   Q. You've never seen that report before?
22   A. No.
23   Q. You don't remember dealing with a plumbing
24 consultant, do you?
25   A. No.

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

72

1   Q. Do you have any reason to believe that the
2 plumbing consultant is biased towards insurance
3 companies?
4   MR. BENIGNO: Objection, form.
5   THE WITNESS: I wouldn't know.
6 BY MR. SOLIS:
7   Q. If you know. Do you have any knowledge?
8   A. I have no knowledge one way or the other.
9   Q. Did you ever meet with the people from P.E.
10 Services?
11   A. No.
12   Q. And P.E. Services is a company that Allstate
13 sent out there to do the indoor aquatic report?
14   A. I believe my wife met with them.
15   Q. So you never spoke with them on the phone or
16 met with them at all?
17   A. No.
18   Q. And when they went out to inspect the house,
19 your wife was the one that interviewed with them?
20   A. She was there, yeah.
21   Q. Have you ever seen a copy of the P.E. Services
22 report?
23   A. Yes.
24   Q. Did you have any problems with the P.E.
25 Services report when you read it?

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

```
                                              73
1          MR. BENIGNO:  Objection, form.
2          THE WITNESS:  Problems?  I mean, I read
3   that at the same time I read the other report, and one
4   shows a remediation expense value of $53,000, the other
5   shows a remediating expense of $499,000.  So I guess
6   you've got two people who have different opinions as to
7   what it's going to cost to remediate the house.
8   BY MR. SOLIS:
9      Q.  Did you ever read Dr. Cooley's report?
10     A.  Yes, I did.
11     Q.  Dr. Cooley is not the one that recommends the
12  price to remediate the house; is that right?
13     A.  He just did the testing on the house.
14     Q.  It's Mr. Guerra-Prats that actually puts the
15  numbers together; right?
16     A.  Yes.
17     Q.  That you know of?
18     A.  As far as I know.
19     Q.  Right.  Based on Dr. Cooley's report, could you
20  tell the differences between the two?
21     A.  I think if you look at the remediation estimate
22  proposed by P.E. and the remediation estimate proposed by
23  Guerra-Prats, the items of remediation are equivalent in
24  terms of the areas that need to be addressed.  As far as
25  the cost calculations, I don't know how either of them
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

```
                                              74
1   arrived at those numbers.
2          MR. SOLIS:  I think this is the full P.E.
3   report, which I think has that in there.
4          MR. BENIGNO:  Do you know of any reason
5   why they did that whole thing?
6          MR. SOLIS:  I don't know.  It has the
7   HVAC report in there and then some pictures.
8          MR. BENIGNO:  What you got there is the
9   full report from P.E. including the plumbing consultant
10  results as well as the HVAC testing?
11         MR. SOLIS:  Some pictures and Guerra-
12  Prats' report is in here.  Yeah, it looks like it may be
13  duplicated.  There are some duplicates in there plus
14  these three diagrams.
15         MR. BENIGNO:  Yeah, those I have.
16         MR. SOLIS:  You have this.  So you can
17  just make a whole copy of that, and I think that whole
18  P.E. report you can copy.
19         MR. BENIGNO:  Yeah.  I'll just go ahead
20  and do this one if that's all right.
21         MR. SOLIS:  You can copy the plumbing
22  report just in case the full report is not in there.  Do
23  you want to just take a minute break and copy those?
24         MR. BENIGNO:  Yeah.
25         MS. SANCHEZ:  I just need to call our
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

```
                                              75
1   daughter.
2          THE WITNESS:  Go outside and call her.
3   BY MR. SOLIS:
4      Q.  Mr. Sanchez, in this lawsuit you've also sued
5   Gary Seligman.  Have you ever met Mr. Seligman before?
6      A.  No.
7      Q.  Have you ever talked to him on the phone
8   before?
9      A.  He may have been the person I spoke with who
10  called me, but I can't recall whose name it was.
11     Q.  And that's the first person that -- the
12  information-gathering call that we talked about?
13     A.  Yes.  I know that he has spoken with my wife.
14     Q.  What do you claim that Mr. Seligman did wrong
15  in this case?
16     A.  Essentially from the time the claim was filed
17  there were certain duties that the insurance company
18  should have complied with that I don't think they
19  complied with.
20     Q.  And I understand that about the insurance
21  company.  But about Mr. Seligman in particular, I just
22  want to know your complaints or criticisms regarding this
23  one person.
24     A.  If I understand correctly he's the adjuster in
25  charge of this case, so he failed to fulfill his duties
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

```
                                              76
1   of carrying out the responsibilities that he was charged
2   with by the insurance company.
3      Q.  And can you tell me what in particular he
4   failed to do?
5      A.  If I can recall correctly -- generally
6   speaking, an insurance company, when they get a claim, is
7   supposed to investigate, they're supposed to send notice
8   within 15 days acknowledging receipt of the claim, and
9   then they're supposed to actually undertake an
10  investigation at that point in time.
11         I don't believe the first acknowledgment letter
12  was timely.  I don't believe the investigation was timely
13  initiated.  I don't believe that the efforts put forth by
14  the insurance company were geared at trying to resolve
15  this problem.  And the first letter of acknowledgment, I
16  believe, was in December, sort of late December 2001,
17  which was probably about two months after the claim was
18  filed.  The first -- and I talked to -- I was also
19  wondering why the insurance company had not initiated an
20  investigation into the claim, an inspection of the house,
21  an inspection of the issue of mold.  And we ended up
22  sending our own expert into the house before the
23  insurance company did.
24     Q.  What expert was that?
25     A.  Dr. Cooley, and Mr. Guerra-Prats also inspected
              DAVIDSON & MOORE COURT REPORTERS, INC.
                        210-340-4655
```

1  the house at or near the time of the filing of the claim,
2  October 17th, 2001.
3              (Exhibit No. 5 marked.)
   BY MR. SOLIS:
5       Q.  Let me show you what I've marked as Deposition
6  Exhibit No. 5.  Have you ever seen that?
7       A.  I've seen one of the three pages that
8  constitute Exhibit 5, which is the letter dated October
9  22nd.
10      Q.  And it looks like the first letter encloses
11 that second letter.
12      A.  Okay.
13      Q.  And is it your understanding that was the
14 notice of loss from your attorney to Mr. McNeil?
15      A.  Yes.
16      Q.  And the notice of loss was dated October 22nd,
17 2001, but apparently it was sent to the wrong address
18 because they had moved.
19      A.  Okay.
20      Q.  Is that your understanding of what happened?
21      A.  I didn't know about if it got sent to the wrong
22 address or not.  I saw the letter dated October 22nd.
23      Q.  Do you know when Allstate actually received
24 notice of the claim?
25      A.  Well, if you assume 934 West Price Road is the

              DAVIDSON & MOORE COURT REPORTERS, INC.
                         210-340-4655

1  correct address, they would have received it on or about
2  November 2nd, 2001.
3       Q.  Sometime in early November of 2001?
4       A.  Yes, sir.  November 5th, 2001.
5       Q.  So on November 5th of 2001 they received notice
6  of the claim?
7       A.  There's a green card.  I was just shown the
8  green card by the attorney.
9              (Exhibit No. 6 marked.)
10 BY MR. SOLIS:
11      Q.  Let me show you what I've marked as Deposition
12 Exhibit No. 6 and ask you if you've ever seen that
13 letter?
14      A.  If I received this letter?  I did not receive
15 this letter, but I believe Mr. Martinez did.
16      Q.  And that's a letter dated November 20th, 2001,
17 from Allstate to your attorney's office; is that correct?
18      A.  Uh-huh, yes.
19      Q.  And that is a letter acknowledging receipt of
20 the claim; is that correct?
21      A.  Yes.
22          MR. BENIGNO:  And just for the record
23 obviously received after November 20th of 2001.
24 BY MR. SOLIS:
25      Q.  Do you still claim that your claims were not

              DAVIDSON & MOORE COURT REPORTERS, INC.
                         210-340-4655

   acknowledged timely?
2       A.  I believe the timing for filing an
3  acknowledgment letter is 15 days from the date of the
4  notice.  I may be mistaken.
5       Q.  So are you still claiming that your claim was
6  not acknowledged timely?
7       A.  Yes.  If this, in fact, was not in compliance
8  with the statute, it was not.  If it was in compliance
9  with the statute, then it was timely filed, whatever the
10 statute says.
11      Q.  And is it also your understanding that an
12 insurance company can verbally acknowledge a claim?
13      A.  I don't know about that, sir.
14      Q.  Do you remember when Allstate called you?
15      A.  No, sir.
16      Q.  Could it have been before November 20th, 2001?
17      A.  It could have been before or after.
18              (Exhibit No. 7 marked.)
19 BY MR. SOLIS:
20      Q.  Let me show you what I've marked as Deposition
21 Exhibit No. 7.  That's a letter dated December 3rd, 2001,
22 from Allstate to your attorney.  Do you recall seeing
23 that letter?
24      A.  I have seen it.
25      Q.  And is that letter informing you that Allstate

              DAVIDSON & MOORE COURT REPORTERS, INC.
                         210-340-4655

1  was requesting more time because they were investigating
2  and had retained an HVAC technician and P.E. Services to
3  investigate your house?
4       A.  That's what it says, yes, sir.
5       Q.  Did you have any problem with Allstate sending
6  out P.E. Services or an HVAC technician?
7       A.  No, I have no problem with that.
8       Q.  And also this December 3rd, 2001, letter stated
9  at least that it enclosed a copy of the HVAC inspection
10 report; is that right?
11      A.  That's what it says.
12      Q.  Do you recall seeing that report?
13      A.  I don't believe I've ever seen the HVAC report.
14              (Exhibit No. 8 marked.)
15 BY MR. SOLIS:
16      Q.  Let me show you what I've marked as Deposition
17 Exhibit No. 8.  It's a letter dated December 21st, 2001,
18 from Allstate to your attorneys.  Let me ask you if you
19 recall seeing that letter?
20      A.  Yes, I have seen it.
21      Q.  Do you understand from that letter that
22 Allstate was requesting additional time to investigate
23 your claim because they were waiting for the P.E.
24 Services report?
25      A.  I don't know if they were requesting it.  They

              DAVIDSON & MOORE COURT REPORTERS, INC.
                         210-340-4655

**81**

1  were simply advising that they were waiting on the
2  inspection report from P.E. Services.
3      Q.  Do you have any problems with them telling you
4  or keeping you up to date about the status of the claim?
5      A.  I have no problems with them keeping us up to
6  date on the status of the claim.
7      Q.  As a matter of fact, you'd expect that?
8      A.  I would expect it, yes.
9          (Exhibit Nos. 9, 10 and 11 marked.)
10 BY MR. SOLIS:
11     Q.  Let me show you Exhibits 9, 10 and 11, letters
12 from Allstate to your attorneys, and ask you if you've
13 ever seen those letters?
14     A.  I believe I've seen Exhibits 9, 10 and 11.
15     Q.  Did you understand that the purpose of those
16 letters were to advise you of the status of the claim?
17     A.  Yes.
18     Q.  And in particular the P.E. Services report?
19     A.  Right.  Each letter makes reference to the P.E.
20 Services report, which apparently P.E. Services was not
21 very timely performing the report or performing their
22 inspection.
23     Q.  Right now you're looking at a copy of the P.E.
24 Services report, which is dated --
25          MR. BENIGNO:  I think it's March 13th.
        DAVIDSON & MOORE COURT REPORTERS, INC.
                210-340-4655

**82**

1          THE WITNESS:  It's dated March 13th of
2  2002, and the sampling was conducted on January 10th of
3  2002.
4  BY MR. SOLIS:
5      Q.  Do you remember when you received a copy of the
6  P.E. Services report?
7      A.  No, sir.  I know I haven't seen some of the
8  items that are attached here.
9      Q.  Do you need some time to look through that?
10     A.  No.  I was just looking through it.
11         (Exhibit No. 12 marked.)
12 BY MR. SOLIS:
13     Q.  Let me show you what I've marked as Exhibit No.
14 12, which is dated May 6th, 2002, which is a letter from
15 Gary Seligman to your attorneys.  Let me ask you if you
16 recall seeing that letter.
17     A.  Yes, sir.  I have seen this.
18     Q.  Is it your understanding that Allstate had
19 retained a company named Prime Environmental to perform
20 or to prepare an estimate for the damage to your house?
21     A.  Yes.
22     Q.  Did you ever speak with any of the people at
23 Prime Environmental?
24     A.  No.
25         (Exhibit No. 13 marked.)
        DAVIDSON & MOORE COURT REPORTERS, INC.
                210-340-4655

**83**

1  BY MR. SOLIS:
2      Q.  Let me show you what I've marked as Deposition
3  Exhibit No. 13.  It's a letter dated May 28th, 2002, from
4  Gary Seligman to your attorneys.  Let me ask you if you
5  recall seeing that letter?
6      A.  I don't believe I've seen this letter.
7      Q.  The letter states that they enclosed the
8  estimate for remediation and the cleaning of your
9  contents.  Do you recall seeing that estimate?
10     A.  I saw the estimate.  I don't recall seeing the
11 cover letter.
12     Q.  And then the letter also states that you were
13 to be contacted by a Mr. Moody of Allstate to discuss ALE
14 issues.
15     A.  Right.
16     Q.  Do you recall talking to Mr. Moody at Allstate?
17     A.  I don't believe anybody has ever called us
18 regarding ALE.  I think my wife was the one who decided
19 to call them and talk to them about the ALE.
20     Q.  Do you know who your wife has talked to?
21     A.  I believe it was Gary Seligman.
22         (Exhibit No. 14 marked.)
23 BY MR. SOLIS:
24     Q.  Let me show you what I've marked as Deposition
25 Exhibit No. 14, a letter from Gary Seligman dated June
        DAVIDSON & MOORE COURT REPORTERS, INC.
                210-340-4655

**84**

1  4th to your attorneys.  Let me ask you if you recall
2  seeing that letter.
3      A.  I don't recall having read this letter.
4      Q.  The letter states that they were sending you
5  checks for the remediation of the contents.  Do you
6  recall receiving any of the checks?
7      A.  Yes.
8      Q.  And you also recall that there was additional
9  moneys coming to you for the bill-back part of the
10 project?
11     A.  Yes, sir.
12     Q.  And did you understand that Allstate was
13 getting other bids or bids for the bill-back part of the
14 claim?
15     A.  Yes.
16         (Exhibit No. 15 marked.)
17 BY MR. SOLIS:
18     Q.  Let me show you what I've marked as Deposition
19 Exhibit No. 15.  It's a check made payable to you and
20 your attorneys dated June 4th, 2002, for $21,625.19 for
21 contents.  Let me ask you if you recall receiving that
22 check.
23     A.  I recall my attorney received several checks,
24 some, but not all of which we signed.
25     Q.  Have you done any cleaning of your contents or
        DAVIDSON & MOORE COURT REPORTERS, INC.
                210-340-4655

85

```
 1   have you used any of that money to clean or remove the
 2   contents out of your home?
 3       A.   No.
     Q.   The contents still remain inside the house?
     A.   Yeah, they're still in the house.
 6               (Exhibit No. 16 marked.)
 7   BY MR. SOLIS:
 8       Q.   Exhibit 16 are numerous checks issued to you
 9   dated May 28th, 2002, for the remediation portion of your
10   claim.  Let me ask you if you recall receiving these
11   checks.
12       A.   Yes, sir.  As I said, I received group checks,
13   and I'm sure these are the same checks.
14       Q.   Have you used any of this money for the
15   remediation?  The money that was sent to you for
16   remediation, have you used any of it to make repairs at
17   your house?
18       A.   No, we have not initiated any remediation.
19       Q.   Are you of the opinion that the damages at your
20   house are getting worse?  Do you have an opinion either
21   way?
22       A.   Getting worse in relation to what?
23       Q.   The mold and water damage.
24       A.   At what point in time?
25       Q.   Is the mold getting worse now?  Do you know?
               DAVIDSON & MOORE COURT REPORTERS, INC.
                          210-340-4655
```

86

```
 1       A.   I have no idea.
 2       Q.   Do you know if you've had new leaks since you
 3   moved out of the house in August of 2002?
 4       A.   I don't think we have.
 5               (Exhibit No. 17 marked.)
 6   BY MR. SOLIS:
 7       Q.   Let me show you my last exhibit, Exhibit No. 17
 8   dated September 3rd, 2002, from Josie Mayes with Allstate
 9   to your attorneys.  Let me ask you if you recall seeing
10   this letter.
11       A.   Yes.  This letter was accompanied by the checks
12   that constitute Exhibit 15 and 16, I believe.
13       Q.   Well, I'll represent to you that the checks
14   that were sent as part of that exhibit are the checks for
15   the rebilled part of the claim.  There were additional
16   checks that were sent.
17       A.   Oh, okay.
18       Q.   Are you aware of any additional checks that
19   were made for the rebill portion of your claim?
20       A.   My attorney indicated that he had received some
21   additional checks, and we talked and decided to wait.
22       Q.   As of now you haven't signed those other checks
23   that had come in on September 2002?
24       A.   No, sir.
25       Q.   But you are aware that there are additional
               DAVIDSON & MOORE COURT REPORTERS, INC.
                          210-340-4655
```

87

```
     checks that were sent to you?
 2       A.   Yes, sir.
 3       Q.   And do you know that you were paid an
 4   additional $23,864.57 for the bill-back portion of the
 5   claim?
 6       A.   Is that what's represented by the aggregate of
 7   these six checks?
 8       Q.   Right.
 9       A.   I was told that it was roughly 23,000 odd
10   dollars.
11       Q.   And the total amount that you were paid for the
12   remediation part of the claim was $31,221.97?
13       A.   Yes.
14       Q.   And that's represented in those six checks or
15   seven checks in Exhibit 16; correct?
16       A.   Yes.
17       Q.   And then the amount you were paid for contents
18   is $21,625.19?
19       A.   Yes.
20       Q.   Outside of those checks, have you received any
21   other checks from Allstate?
22       A.   No, sir.
23       Q.   And I'm including ALE.  You haven't received
24   any money for ALE, have you?
25       A.   No.
               DAVIDSON & MOORE COURT REPORTERS, INC.
                          210-340-4655
```

88

```
 1       Q.   Do you have receipts for additional living
 2   expenses that you've incurred since July of 2002 whether
 3   it be clothing or new furniture you had to buy?
 4       A.   No, we haven't bought any new furniture.  Our
 5   condo was furnished, so we haven't incurred -- the only
 6   additional expenses we restored was living in the
 7   two-bedroom condo that's probably 800 square feet.  So
 8   starting in the month of November we rented the condo on
 9   top of us, which is an additional two-bedroom condo.  So
10   basically my wife and I live down below and the two kids
11   live upstairs or sleep upstairs.
12       Q.   How much are you paying for that additional
13   condo?
14       A.   The condo belongs to my sister, and we're
15   paying whatever the winter rate is, and I don't know if
16   it's $1200 or $1400 a month, whatever it is.  The only
17   other additional expenses that I could estimate would
18   probably be the additional gas mileage that it would take
19   to go to Brownsville whereas before we didn't have to.
20       Q.   You haven't talked directly with Allstate about
21   living expenses, it's your wife; correct?
22       A.   Yes.  I don't know what specifically was said
23   between them, but I think we were under the understanding
24   you can't get ALE until you start remediation.
25       Q.   Do you know if you had any health complications
               DAVIDSON & MOORE COURT REPORTERS, INC.
                          210-340-4655
```

89

1  as the result of living in the house when there was mold
2  there?
3  A. Yes.
4  Q. Can you tell me what your health complications
5  were?
6  A. Mine or my family's?
7  Q. I'll ask you, and if you know about your
8  daughter's, then I'll ask you or I can ask your sister.
9  A. Basically I never get sick, and starting in the
10 summer of 2001 I couldn't walk into that house, not
11 because it was so intolerable, but for me I could -- let
12 me clarify. My wife can smell anything, I can't. And
13 when I walked in the house in August of 2001, I could
14 smell, "There's water here, there's mold," whatever,
15 "let's find it," and that's when we found it.
16 Q. Kind of like a musty type smell?
17 A. Yeah, a musty smell. As far as physically me
18 having health problems, I don't believe I've had any
19 health problems. I can tell you my wife has and I
20 believe my son and daughter have.
21 Q. Would you be better able to testify about your
22 kids' health conditions or would your wife be better to
23 testify about that? Do you know? Let me just ask you.
24 What problems has your son had?
25 A. He gets sicker easier than most of the kids his

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

90

1  age.
2  Q. Can you tell me specifically what type of
3  symptoms he had when he lived in the house?
4  A. I'll let my wife talk about that, but I know
5  he's got constant headaches, he's had problems digesting
6  food. My daughter was not in Brownsville last year
7  because she was at a boarding school, but when she got
8  back in May just for the short period of time she would
9  stay in the house, she also indicated that she had
10 headaches, and that's why they basically moved out of the
11 house. My wife has problems, too.
12 Q. But as far as you're concerned, did you have
13 allergy problems because of mold at the house that you
14 know of?
15 A. Me?
16 Q. Yes.
17 A. No, I don't have allergies.
18 Q. Did you have any headache type problems?
19 A. The only difference I noticed between me living
20 in Brownsville and me living at the beach is I'm no
21 longer stuffed up.
22 Q. Congestion?
23 A. Congestion. I would wake up every morning and
24 be stuffed up breathing through my mouth.
25 Q. Have you ever seen a doctor because of any

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

91

1  complications related to mold?
2  A. I've seen doctors. You know, I had the flu
3  last winter in January and I had sort of a -- I had
4  congestion in my head and in my chest. After that, that
5  went on for probably two and a half months, and then I
6  overcame it. I just took lots of antibiotics. I was
7  seeing Dr. Tony Diaz. Now, whether or not that's related
8  to mold, I don't know.
9  Q. Has any doctor ever told you that your symptoms
10 that you had within that past year were related to mold
11 at your house?
12 A. Yes.
13 Q. What doctor was that?
14 A. Dr. Lynn Anderson.
15 Q. And is Dr. Anderson from Brownsville?
16 A. Yes.
17 Q. And what type of doctor is Dr. Anderson?
18 A. I think he's a G.P.
19 Q. And when did Dr. Anderson tell you that your
20 symptoms were related to mold?
21 A. About two months ago, a month ago, something
22 like that.
23 Q. Do you remember what symptoms you described to
24 him when you went in to see Dr. Anderson?
25 A. He took a swab of my nose for a culture, and

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

92

1  I've known him for awhile, and he told me that he thought
2  that some of my persistent congestion was related to the
3  mold.
4  Q. You have since moved out of the house?
5  A. Yes, sir.
6  Q. And I think you said it was August 2002 that
7  you moved out?
8  A. Uh-huh, yes.
9  Q. Have you had problems with congestion since
10 that time?
11 A. No.
12 Q. So the time that you saw Dr. Anderson was right
13 around the time that you were still living at the house,
14 but about to move out?
15 A. No. When I saw Dr. Anderson was after I moved
16 out. He had told me that when he did my nose swab, he
17 said he did it for everybody in the family, and he told
18 me that I was the lowest of the four probably because I
19 am not in the house very often, I'm usually at work, and
20 that he can recall when I would always get congested.
21 And he said, "Well, if you're not having it now --."
22 Basically he related that, "If you're not having it
23 now --," then he believed that the congestion was related
24 to the mold.
25 Q. And when he said that you were the lowest of the

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**93**

```
1   four, what was he trying to tell you there?  The lowest
2   percentage of --
3       A.  The lowest mold in my nose as compared to my
    wife and my two children.
        Q.  And your wife and children see the same doctor?
6       A.  He performed the same tests on them.
7       Q.  Have you understood all the questions I've
8   asked you today, sir?
9       A.  Yes.
10          MR. SOLIS:  That's all the questions I
11  have for you.  Thank you.
12          (Deposition concluded:  11:40 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**94**

```
1                   CHANGES AND SIGNATURE
2   PAGE    LINE    CHANGE              REASON
3   _____
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**95**

```
1           I, DENNIS SANCHEZ, have read the foregoing
2   deposition and hereby affix my signature that same is
3   true and correct except as noted above.
4
5
6           _____
7                   DENNIS SANCHEZ
8
9   THE STATE OF _____)
10  COUNTY OF _____)
11
12          Before me, _____, on this
13  day personally appeared DENNIS SANCHEZ, known to me (or
14  proved to me under oath or through _____)
15  (description of identity card or other document) to be
16  the person whose name is subscribed to the foregoing
17  instrument and acknowledged to me that they executed the
18  same for the purposes and consideration therein
19  expressed.
20          Given under my hand and seal of office this
21  _____ day of _____, _____.
22
23
            _____
            NOTARY PUBLIC IN AND FOR
            THE STATE OF _____
            COMMISSION EXPIRES: _____
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

**96**

```
1               CAUSE NO. 2002-07-2926-G
2   DENNIS SANCHEZ and        )  IN THE DISTRICT COURT
    MARIANNE SANCHEZ          )
3                             )
            Plaintiffs        )
4                             )
    VS.                       )  404TH JUDICIAL DISTRICT
5                             )
    ALLSTATE INSURANCE COMPANY)
6   and GARY SELIGMAN         )
7           Defendants        )  CAMERON COUNTY, TEXAS

8       REPORTER'S CERTIFICATION OF THE ORAL DEPOSITION OF
9                       DENNIS SANCHEZ
                      NOVEMBER 27, 2002
10
11          I, Brent Sturgess, Certified Shorthand Reporter
    in and for the State of Texas, hereby certify to the
12  following:
13          That the witness, DENNIS SANCHEZ, was duly sworn
    by the officer and that the transcript of the oral
14  deposition is a true record of the testimony given by the
    witness;
15
16          That the deposition transcript was submitted on
    _____, 2002, to the witness or to the
17  attorney for the witness for examination, signature and
    return to Davidson & Moore Court Reporters, Inc., 6900
18  San Pedro Avenue, Suite 147, San Antonio, Texas, 78216,
    by _____, 2002;
19          That the amount of time used by each party at the
20  deposition is as follows:
    MR. CARLOS E. SOLIS.................  2 HOURS, 15 MINUTES
21  MR. BENIGNO (TREY) MARTINEZ.........  0 HOURS, 00 MINUTES
22          That $_____ is the deposition officer's
    charges for preparing the original deposition transcript
23  and any copies of exhibits, charged to Mr. Carlos E.
    Solis, Attorney at Law.
24          That pursuant to the information given to the
    deposition officer at the time said testimony was taken,
25  the following includes all parties of record:
```

DAVIDSON & MOORE COURT REPORTERS, INC.
210-340-4655

DAVIDSON & MOORE COURT REPORTERS, INC.  210-340-4655

```
                                                          97
1    ATTORNEY FOR PLAINTIFFS:
          Mr. Benigno (Trey) Martinez
2         MARTINEZ, BARRERA y MARTINEZ, L.L.P.
          1201 East Van Buren
3         Brownsville, Texas  78520

4
     ATTORNEY FOR DEFENDANTS:
5         Mr. Carlos E. Solis
          ADAMI, GOLDMAN & SHUFFIELD, INC.
6         9311 San Pedro, Suite 900
          San Antonio, Texas  78216
7
8         Further certification requirements pursuant to
     Rule 203 of TRCP will be certified to after they have
9    occurred.

10        Sworn to by me this _____ day of _____,
11   2002.

12

13

14

15

16

17

18

19

20

21                          _____
                            Brent Sturgess
22                          Texas CSR No. 3557
                            Expiration Date:  12/31/03
23
                            DAVIDSON & MOORE COURT REPORTERS, INC.
24                          6900 San Pedro Avenue, Suite 147
                            San Antonio, Texas  78216
25                          210-340-4655

                  DAVIDSON & MOORE COURT REPORTERS, INC.
                              210-340-4655
```

```
                                                          98
1                 CERTIFICATION UNDER RULE 203 TRCP

2         The original deposition was/was not returned to

3    the deposition officer;

4

5         If returned, the attached Changes and Signature

6    page contains any changes and the reasons therefore;

7

8         If returned, the original deposition was

9    delivered by regular mail/hand-delivered to Mr. Carlos E.

10   Solis for safekeeping on _____.

11

12        That a copy of this certificate was served on all

13   parties shown herein.

14

15        Witness my hand this _____ day of _____,

16   2002.

17

18

19

20

21                          _____
                            Brent Sturgess
22                          Texas CSR No. 3557
                            Expiration Date:  12/31/03
23
                            DAVIDSON & MOORE COURT REPORTERS, INC.
24                          6900 San Pedro Avenue, Suite 147
                            San Antonio, Texas  78216
25                          210-340-4655

                  DAVIDSON & MOORE COURT REPORTERS, INC.
                              210-340-4655
```

**$**

$1,000 [1] 11:18
$1200 [2] 11:14 88:16
$1400 [2] 11:14 88:16
$1500 [1] 30:19
$165,000 [1] 69:10
$21,625.19 [2] 84:20 87:18
$23,864.57 [1] 87:4
$250,000 [3] 69:7 69:17 70:1
$31,221.97 [1] 87:12
$400,000 [1] 68:19
$464.66 [1] 69:1
$490,000 [1] 68:20
$499,000 [3] 68:25 70:14 73:5
$5,000 [2] 12:10 12:16
$53,000 [1] 73:4
$6,000 [2] 12:10 12:16
$8,000 [1] 65:21
$800 [1] 12:4
$900 [1] 30:18
$ [1] 96:22

**'**

'91 [1] 27:11
'94 [1] 29:7
'97 [1] 38:19
'98 [6] 22:1 22:6 22:13 22:17 38:19 41:3 '99 [1] 41:3

**0**

0 [1] 96:21
00 [1] 96:21

**1**

1 [4] 3:13 20:14 20:17 66:23
10 [7] 4:1 9:1 9:10 9:11 81:9 81:11 81:14
100 [1] 6:18
10:05 [1] 45:17
10:15 [1] 45:17
10th [2] 9:8 82:2
11 [4] 4:2 81:9 81:11 81:14
110 [1] 10:9
11:40 [2] 1:19 93:12
12 [4] 4:4 27:4 82:11 82:14
12/31/03 [2] 97:22 98:22
1201 [3] 1:22 2:4 97:2
13 [4] 4:5 27:4 82:25 83:3
13th [2] 81:25 82:1
14 [3] 4:7 83:22 83:25
147 [3] 96:17 97:23 98:24
15 [7] 4:8 76:8 79:3 84:16 84:19 86:12 96:20
16 [7] 4:9 9:1 9:10 85:6 85:8 86:12 87:15
17 [3] 4:10 86:5 86:7

**17th** [3] 65:24 66:10 77:2
18 [2] 3:16 8:20
1827 [2] 9:14 15:11
18th [1] 65:22
1950's [1] 15:10
1970's [1] 6:24
1978 [4] 7:8 7:14 17:1 19:10
1991 [7] 14:9 14:10 15:5 18:5 26:1 28:1 46:5
1993 [6] 46:16 46:17 46:24 47:17 47:18 49:13
1994 [1] 30:7
1998 [11] 21:23 25:6 26:12 26:20 27:8 33:14 42:7 46:10 47:17 47:19 52:14
1999 [1] 42:7

**2**

2 [6] 3:3 3:14 25:15 25:18 67:2 96:20
20 [3] 3:13 3:20 10:11
2001 [28] 3:16 3:18 3:20 3:21 3:23 25:23 50:18 51:15 54:4 57:24 64:19 65:22 66:10 76:16 77:2 77:17 78:2 78:3 78:4 78:5 78:16 78:23 79:16 79:21 80:8 80:17 89:10 89:13
2002 [26] 1:12 1:19 3:24 4:1 4:3 4:4 4:6 4:7 4:11 9:19 82:2 82:3 82:14 83:3 84:20 85:9 86:3 86:8 86:23 88:2 92:6 96:9 96:16 96:18 97:10 98:16
2002-07-2926-G [2] 1:1 96:1
203 [2] 97:8 98:1
20th [3] 78:16 78:23 79:16
21 [1] 3:23
210-340-4655 [2] 97:24 98:25
21st [1] 80:17
228 [1] 17:5
22nd [2] 77:9 77:16 77:22
23 [1] 6:20
23,000 [1] 87:9
25 [2] 3:14 3:15
27 [2] 1:12 96:9
27th [1] 1:19
28 [1] 4:6
28th [2] 83:3 85:9
2nd [1] 78:2

**3**

3 [7] 3:4 3:15 3:21 4:11 25:15 26:6 67:2
30 [1] 12:14
31 [1] 3:18
3557 [2] 97:21 98:22
3rd [3] 79:21 80:8 86:8

**4**

4 [6] 3:16 4:7 64:21 64:24 66:24 67:7
404TH [2] 1:4 96:4
4th [2] 84:1 84:20

**5**

5 [6] 3:6 3:18 67:21 67:22 77:3 77:6 77:8
5th [3] 9:7 78:4 78:5

**6**

6 [6] 3:19 4:4 9:9 67:23 78:9 78:12
64 [1] 3:17
6900 [3] 96:17 97:23 98:24
6th [1] 82:14

**7**

7 [6] 3:21 4:1 4:3 67:24 79:18 79:21
77 [1] 3:18
78 [1] 3:20
78216 [5] 2:8 96:17 97:6 97:24 98:24
78520 [2] 2:5 97:3
79 [1] 3:21

**8**

8 [5] 3:22 3:24 9:9 80:14 80:17
80 [1] 3:23
80's [1] 69:23
800 [1] 88:7
81 [3] 3:24 4:1 4:3
82 [2] 4:4 4:6
83 [2] 4:7 6:18
84 [1] 4:8
85 [1] 4:9
86 [1] 4:11

**9**

9 [4] 3:24 81:9 81:11 81:14
900 [2] 2:8 97:6
9311 [2] 2:8 97:6
934 [1] 77:25
95 [1] 3:7
96 [1] 3:8
9:10 [2] 1:19 5:3

[1] 98:15
[1] 97:10
[1] 95:21
[1] 95:25
[1] 95:24
[1] 95:6
95:23 97:20 98:21
[25] 94:3 94:4 94:5 94:6 94:7 94:8 94:9 94:10 94:11 94:12 94:13 94:14 94:15 94:16 94:17 94:18 94:19 94:20 94:21 94:22 94:23 94:24 94:25 96:7 96:10

**A**

A-r-c-h-e-r [1] 10:22

**A.m.** [1] 1:19 1:19 45:17
Abandoned [1] 9:23
Abbott [2] 31:20 48:4
Able [3] 13:1 14:20 89:21
Above-styled [1] 1:18
Absolutely [1] 39:2
Abuts [1] 54:10
AC [5] 37:18 40:12 66:25 67:12 67:22
Accessible [1] 14:16
Accompanied [2] 3:16 86:11
Accurate [1] 20:18
Acknowledge [1] 79:12
Acknowledged [3] 79:1 79:6 95:17
Acknowledging [2] 76:8 78:19
Acknowledgment [3] 76:11 76:15 79:3
Acquired [1] 21:10
Actual [1] 34:16
ADAMI [2] 2:7 97:5
Added [1] 22:11
Additional [13] 80:22 84:8 86:15 86:18 86:21 86:25 87:4 88:1 88:6 88:9 88:12 88:17 88:18
Additions [1] 21:13
Address [3] 77:17 77:22 78:1
Addressed [1] 73:24
Addresses [1] 17:10
Adjuster [1] 75:24
Adjusters [2] 59:25 61:4
Adobe [2] 24:9 24:25
Advise [1] 81:16
Advising [1] 81:1
Affix [1] 95:2
Age [1] 90:1
Agent [7] 16:21 19:6 19:8 58:11 58:14 62:6 70:2
Agent's [1] 61:17
Agents [1] 60:1
Aggregate [1] 87:6
Ago [3] 11:18 91:21 91:21
Agree [1] 66:18
Agreed [1] 13:16
Ahead [5] 25:17 48:8 49:11 61:14 74:19
Air [7] 38:17 42:22 43:1 43:21 45:1 50:9 58:2
Air-conditioner [5] 37:15 37:21 40:3 58:2 67:6
Air-conditioning [7] 37:24 40:2 40:24 41:1 41:10 42:20 50:19
ALE [9] 60:25 61:1 61:2 83:13 83:18 83:19 87:23 87:24 88:24
All-year [1] 10:17
Allergies [1] 90:17
Allergy [1] 90:13
Allstate [56] 1:5 5:

9 16:25 17:15 17:18 17:23 18:2 18:5 18:9 18:11 18:13 19:16 19:14 20:9 20:10 20:25 30:9 30:13 30:17 30:25 57:23 60:1 60:8 60:14 60:22 61:2 61:8 62:12 63:8 63:25 64:2 64:3 64:6 64:11 64:14 64:15 70:25 71:2 72:12 77:23 78:17 79:14 79:22 79:25 80:5 80:18 80:22 81:12 82:18 83:13 83:16 84:12 86:8 87:21 88:20 96:5
Amount [5] 65:17 68:24 87:11 87:17 96:19
Anderson [7] 91:14 91:15 91:17 91:19 91:24 92:12 92:15
Answered [1] 44:25
Antibiotics [1] 91:6
Antonio [6] 2:8 13:18 96:17 97:6 97:24 98:24
Anytime [1] 36:3
Apartment [1] 10:8
Apartments [1] 17:13
Apparatus [2] 33:10 35:1
Appearances [1] 3:3
Appeared [3] 45:6 50:9 95:13
Appraisal [6] 15:19 15:20 15:22 15:23 69:11 69:15
Appraisal/inspect ion [1] 15:25
Approval [1] 4:8
Aquatic [1] 72:13
Archer [1] 10:22
Area [37] 20:21 21:1 21:3 21:3 21:4 25:19 26:1 32:2 32:12 33:8 34:10 38:25 39:12 39:25 40:13 41:20 42:1 43:2 43:15 43:19 44:2 45:8 50:12 51:25 53:12 53:15 54:15 54:22 56:14 56:17 56:19 57:2 57:15 67:4 67:12 67:23 69:20
Areas [7] 54:14 55:9 55:10 55:12 66:17 66:18 73:24
Arrived [1] 74:1
Arturo [5] 26:13 26:19 26:24 27:15 48:3
Aspects [2] 15:23 15:24
Assigned [1] 63:5
Associate [2] 7:9 61:15
Assume [1] 77:25
Attached [3] 1:25 82:8 98:5
Attempt [1] 14:4
Attention [1] 34:19
Attic [1] 33:10
Attorney [30] 2:3 2:6 5:13 13:22 58:4 58:7 58:9 58:12 58:13 58:21 60:2 60:6 60:10 60:10 60:21 62:1 63:23 64:3 64:7 64:12 65:13 77:14 78:8 79:22 84:23 86:20 96:16 96:23 97:1 97:4

**Attorney's** [1] 78:
17
**Attorneys** [9] 58:
22 63:21 80:18 81:12
82:15 83:4 84:1 84:
20 86:9
    **just** [9] 9:24 50:
    50:18 51:15 54:4
57:24 86:3 89:13 92:6
**Austin** [3] 7:12 7:
16 17:3
**Available** [1] 13:15
**Avenue** [3] 96:17 97:
23 98:24
**Aware** [4] 37:12 37:
13 86:18 86:25
**Awhile** [3] 40:5 64:
8 92:1

**B**

**Bachelor's** [1] 7:18
**Backing** [1] 36:1
**Backup** [2] 35:6 35:
20
**Bad** [2] 6:7 6:8
**Ballpark** [1] 12:1
**Bankruptcies** [1]
69:23
**BARRERA** [3] 1:22 2:
4 97:2
**Baseboard** [1] 37:19
**Baseboards** [5] 36:
16 39:12 39:13 42:17
57:18
**Based** [4] 16:15 69:
20 69:21 73:19
**Basis** [6] 11:3 11:5
11:9 11:10 12:2 12:3
**Bath** [3] 25:19 29:1
73:9
    **throom** [16] 21:25
    :4 33:12 35:10 35:
12 35:13 36:7 36:14
37:1 37:3 37:7 37:9
37:10 45:6 45:7 67:3
**Bathtub** [1] 29:4
**Beach** [1] 90:20
**Beam** [5] 18:20 19:2
20:7 21:5 21:6
**Became** [3] 7:10 44:
6 48:25
**Bedroom** [27] 21:22
25:10 25:19 26:1 26:
5 28:22 28:23 29:1
29:14 38:14 41:2 41:
10 41:12 41:16 41:19
42:13 46:2 46:2 47:9
48:21 49:16 55:3 55:
12 55:22 56:7 67:24
67:25
**Bedrooms** [5] 21:24
22:8 22:9 23:3 49:21
**Begin** [1] 28:13
**Beginning** [1] 19:9
**Behalf** [2] 6:13 60:7
**Belongs** [1] 88:14
**Below** [1] 88:10
**Benigno** [21] 2:3 8:
21 13:9 43:8 45:11
45:15 70:15 70:23 71:
12 71:16 72:4 73:
74:4 74:9 74:15 74:
19 74:24 78:22 81:25
96:21 97:1
**Rest** [1] 46:18
    **tter** [4] 34:18 61:
    89:21 89:22
**Between** [12] 9:20
18:23 45:7 51:25 53:

2 54:5 55:1 57:3 57:
15 73:20 88:23 90:19
**Biased** [1] 72:2
**Bids** [2] 84:13 84:13
**Big** [2] 31:8 36:18
**Bill** [1] 31:4 84:9
84:13 87:4
**Bill-back** [3] 84:9
84:13 87:4
**Bit** [1] 22:19
**Black** [3] 53:8 53:
25 54:18
**Blow** [1] 33:24
**Boarding** [1] 90:7
**Boats** [1] 6:5
**Bothered** [1] 67:20
**Bottom** [2] 18:23 18:
25
**Bought** [8] 16:11
18:7 19:11 19:12 21:
20 26:1 26:22 38:3
38:5 38:13 38:23 43:
25 46:5 46:25 63:3
69:9 69:21 88:4
**Boulevard** [5] 9:15
15:12 17:4 18:5 18:11
**Boy** [3] 9:2 9:7 9:10
**Boy's** [1] 9:4
**Break** [3] 45:11 45:
17 74:23
**Breaks** [1] 31:4
**Breathing** [1] 90:24
**Brent** [5] 1:20 2:15
96:11 97:21 98:21
**Brick** [3] 24:8 24:9
24:24
**Bring** [1] 14:23
**Broke** [1] 29:10
**Broken** [2] 9:23 17:
20
**Brother's** [1] 7:3
**Brought** [1] 13:6
**Brownsville** [16] 1:
23 2:5 6:18 9:21 17:
1 19:20 19:21 23:16
46:22 46:23 69:25 88:
19 90:6 90:20 91:15
97:3
**Bubbled** [1] 49:9
**Bubbles** [1] 49:10
**Buckled** [2] 52:5 52:
18
**Building** [6] 32:8
36:25 42:16 48:1 48:
14 48:17
**Built** [3] 15:10 21:
9 44:5
**Built-in** [1] 51:10
**Burden** [1] 14:17
**Buren** [3] 1:23 2:4
97:2
**Burglary** [1] 17:21
**Business** [1] 84:14
**Busted** [1] 52:4
**Buy** [3] 38:12 69:24
88:3

**C**

**Cabinet** [8] 22:24
50:3 50:6 51:9 51:10
51:13 56:21 56:24
**Cabinets** [11] 22:25
23:1 49:23 50:1 51:
11 51:12 54:10 54:11
54:16 54:20 57:25
**Calculations** [1]
73:25
**CAMERON** [2] 1:7 96:7

**Camillo** [12] 27:16
27:21 29:23 31:14 31:
20 31:22 33:6 33:15
34:11 48:4 56:6 57:8
**Cancel** [2] 30:20 58:
25
**Car** [2] 19:12 19:16
**Carbon** [1] 64:6
**Card** [3] 78:7 78:8
95:15
**Carlos** [6] 2:7 5:8
96:20 96:23 97:5 98:9
**Carpenter** [2] 26:
14 26:15
**Carpet** [5] 36:19 36:
20 36:22 41:20 57:11
**Carpeting** [1] 57:12
**Carrying** [1] 76:1
**Case** [4] 65:18 74:22
75:15 75:25
**Cases** [3] 6:3 6:4 6:
7
**Categories** [1] 15:3
**Caused** [1] 23:25
**Ceiling** [10] 32:23
33:1 33:12 33:22 33:
24 47:9 49:16 53:13
53:18 53:20
**Cement** [3] 43:13 43:
20 43:23
**Center** [1] 43:9
**Certain** [1] 75:17
**Certificate** [2] 3:
8 98:12
**Certification** [4]
7:21 96:8 97:8 98:1
**Certifications**
[1] 7:20
**Certified** [2] 96:
11 97:8
**Certify** [1] 96:11
**Challenged** [1] 69:
11
**CHANGE** [1] 94:2
**Changed** [17] 22:13
22:14 25:22 26:3 32:
12 32:15 37:21 39:5
42:4 42:5 42:16 49:2
51:3 51:4 52:11 53:
17 56:7
**Changes** [4] 3:7 94:
1 98:5 98:6
**Charge** [2] 11:12 75:
25
**Charged** [2] 76:1 96:
23
**Charges** [1] 96:22
**Check** [5] 4:8 28:5
50:20 84:19 84:22
**Checks** [21] 4:9 84:
5 84:6 84:23 85:8 85:
11 85:12 85:13 86:11
86:13 86:14 86:16 86:
18 86:21 86:22 87:1
87:7 87:14 87:15 87:
20 87:21
**Chest** [1] 91:4
**Children** [5] 8:25 9:
11 9:19 93:4 93:5
**Civil** [1] 1:24
**Claim** [62] 13:21 17:
18 17:22 17:24 18:2
18:9 18:18 20:8 29:
20 30:9 30:12 30:16
30:18 30:19 30:19 30:
22 31:10 54:1 54:2
57:23 58:6 58:7 58:
10 58:12 58:16 58:25
59:1 59:3 59:12 60:1

60:2 60:7 61:10 61:
21 61:23 61:24 63:5
61:18 65:3 75:14 75:
16 76:6 76:8 76:17
76:20 77:1 77:24 78:
6 78:20 78:25 79:5
79:12 80:23 81:4 81:
6 81:16 84:14 85:10
86:15 86:19 87:5 87:
12
**Claiming** [1] 79:5
**Claims** [10] 6:11 8:
8 18:10 18:13 20:9
20:12 30:20 60:22 63:
24 78:25
**Clarify** [1] 89:12
**Classify** [1] 32:21
**Clean** [1] 85:1
**Cleaning** [2] 83:8
84:25
**Clogging** [1] 36:2
**Closed** [4] 22:25 43:
24 44:2 51:11
**Closed-in** [1] 22:
25 51:11
**Closer** [1] 54:22
**Closes** [1] 54:5
**Closet** [6] 41:17 41:
18 41:20 42:13 43:21
67:22
**Clothing** [1] 88:3
**Coffee** [1] 45:14
**Coming** [9] 32:20 47:
15 47:21 50:8 50:9
50:14 54:20 69:22 84:
9
**Commercial** [1] 5:19
**COMMISSION** [1] 95:
25
**Common** [2] 45:7 47:4
72:3
**Companies** [2] 5:20
72:3
**Company** [24] 1:5 5:
24 6:5 6:13 8:11 10:
23 26:16 27:23 50:20
58:7 58:8 59:18 59:
23 72:12 75:17 75:21
76:2 76:6 76:14 76:
19 76:23 79:12 82:19
96:5
**Compared** [1] 93:3
**Complaints** [2] 19:
23 75:22
**Compliance** [2] 79:
7 79:8
**Complications** [3]
88:25 89:4 91:1
**Complied** [2] 75:18
75:19
**Components** [1] 38:
15
**Concerned** [2] 61:7
90:12
**Concluded** [1] 93:12
**Conclusion** [1] 53:6
**Concurrent** [1] 54:2
**Concurrently** [1]
54:3
**Conditioner** [2] 50:
10 58:2
**Conditioning** [4]
38:18 43:2 43:22 45:2
**Conditions** [1] 89:
22
**Condo** [12] 10:3 10:
10 10:12 10:19 11:2
12:8 88:5 88:7 88:8
88:9 88:13 88:14
**Condominium** [1] 10:

4
**Condominiums** [1]
10:8
**Condos** [1] 17:13
**Conducted** [1] 82:2
**Congested** [1] 92:20
**Congestion** [6] 90:
22 90:23 91:4 92:2
92:9 92:23
**Consensual** [1] 11:
21
**Consideration** [1]
95:18
**Considered** [1] 43:
17
**Constant** [1] 90:5
**Constitute** [2] 77:
8 86:12
**Consult** [1] 58:4
**Consultant** [4] 71:
9 71:24 72:2 74:9
**Consulted** [1] 58:9
**Contacted** [1] 83:13
**Contained** [1] 36:14
**Contains** [1] 98:6
**Contents** [7] 83:9
84:5 84:21 84:25 85:
2 85:4 87:17
**Context** [1] 30:15
**Continue** [1] 19:13
**Contractual** [2] 6:
10 6:11
**Cool** [2] 68:12 68:13
**Cooley** [2] 73:11 76:
25
**Cooley's** [2] 73:9
73:19
**Copies** [3] 13:17 64:
6 96:23
**Copy** [12] 12:23 64:
23 71:18 72:21 74:17
74:18 74:21 74:23 80:
9 81:23 82:5 98:12
**Copying** [2] 13:10
13:13
**Corner** [3] 25:10 46:
1 47:24
**Correct** [19] 5:13 5:
17 8:13 17:11 21:5
21:20 26:7 26:8 31:
11 39:7 54:11 61:13
71:9 78:1 78:17 78:
20 87:15 88:21 95:3
**Correctly** [2] 75:
24 76:5
**Correspondence**
[3] 64:9 64:9 64:11
**Cosmetic** [2] 32:1
32:2
**Cost** [4] 68:18 71:4
73:7 73:25
**Counting** [1] 20:10
**COUNTY** [3] 1:7 95:
10 96:7
**Couple** [2] 11:18 47:
1
**Course** [1] 52:10
**Court** [6] 1:2 2:15
96:2 96:17 97:23 98:
23
**Courtyard** [1] 44:2
**Cover** [1] 83:11
**Covered** [3] 59:15
59:20 59:23
**Crack** [1] 24:15
**Cracked** [5] 23:9 23:
11 23:14 25:11 25:13
**Cracking** [5] 25:3

25:4 25:8 25:9 68:5
**Cracks** [8] 24:5 24:
10 24:13 24:16 24:21
24:22 24:24 24:25
**Crawl** [2] 19:4 52:5
**Criticisms** [2] 19:
23 75:22
**CSR** [1] 1:20 97:21
98:22
**Culture** [1] 91:25
**Cunningham** [5] 15:
8 15:17 21:10 44:4
44:6
**Cunninghams** [1] 43:
24
**Cup** [1] 45:13
**Customer** [1] 62:11
**Cut** [1] 12:17

## D

**Daily** [1] 12:2
**Damage** [11] 18:18
18:19 56:1 56:2 56:
16 66:17 66:19 67:3
67:9 82:20 85:23
**Damaged** [3] 55:9 55:
10 55:12
**Damages** [2] 32:2 85:
19
**Dangerous** [1] 71:3
**Date** [6] 18:7 79:3
81:4 81:6 97:22 98:22
**Dated** [15] 65:22 77:
8 77:16 77:22 78:16
79:21 80:17 81:24 82:
1 82:14 83:3 83:25
84:20 85:9 86:8
**Dates** [1] 43:7
**Daughter** [4] 9:7 75:
1 89:20 90:6
**Daughter's** [4] 46:
5 55:22 67:25 89:8
**David** [1] 9:5
**Davidson** [3] 96:17
97:23 98:23
**Days** [3] 16:14 76:8
79:3
**Deal** [4] 31:8 36:18
63:21 67:15
**Dealing** [1] 71:23
**Dealt** [2] 61:12 66:
13
**Deceive** [1] 62:20
**December** [7] 3:21 3:
23 76:16 76:16 79:21
80:8 80:17
**Decide** [1] 57:23
**Decided** [6] 48:8 49:
11 54:19 58:4 83:18
86:21
**Deck** [2] 68:4 68:10
**Decking** [2] 68:12
68:13
**Defendants** [5] 1:7
1:17 2:6 96:7 97:4
**Degrees** [1] 7:17
**Delivered** [1] 98:9
**Dennis** [13] 1:2 1:
11 1:16 2:13 3:5 5:1
5:7 95:1 95:7 95:13
96:2 96:9 96:13
**Deposition** [26] 1:
10 1:16 12:24 13:13
20:16 25:18 26:6 77:
5 78:11 79:20 80:16
83:2 83:24 84:18 93:
12 95:2 96:8 96:14
96:15 96:19 96:22 96:
22 96:25 98:2 98:3

98:8
**Depositions** [1] 5:
16
**Described** [1] 91:23
**Description** [2] 3:
12 95:15
**Determination** [1]
11:19
**Determine** [4] 24:5
59:19 59:23 63:9
**Developed** [1] 18:24
**Diagram** [8] 3:13 3:
14 3:15 20:18 25:19
25:22 26:6 53:1
**Diagrams** [1] 74:14
**Diaz** [1] 91:7
**Died** [2] 6:25 7:3
**Difference** [2] 55:
1 90:19
**Differences** [1] 73:
20
**Different** [1] 73:6
**Digesting** [1] 90:5
**Dimas** [1] 3:18
**Dining** [1] 21:3 21:
4 21:24 22:19 23:2
23:7 52:1 52:12 53:2
54:5 55:18
**Directly** [5] 29:14
53:15 64:2 65:15 88:
20
**Disclosure** [3] 16:
10 16:11 16:16
**Discoloration** [11]
49:7 53:21 53:25 54:
8 54:14 54:18 54:24
54:25 55:2 56:18 56:
19
**Discolored** [5] 42:
3 48:24 48:25 49:18
55:9
**Discuss** [1] 83:13
**Discussed** [1] 13:12
**District** [5] 1:2 1:
4 69:11 96:2 96:4
**Doctor** [5] 90:25 91:
9 91:13 91:17 93:5
**Doctors** [1] 91:2
**Document** [9] 95:15
**Documents** [10] 13:1
13:4 13:6 13:10 13:
12 13:13 13:20 13:25
14:2 14:4
**Dollars** [1] 87:10
**Done** [17] 22:17 22:
20 22:22 25:22 26:19
26:21 26:23 27:21 28:
1 46:14 47:1 47:2 49:
6 56:10 64:23 65:9
84:25
**Door** [15] 39:18 39:
19 45:4 52:12 54:5
54:6 54:8 54:9 54:10
54:15 54:17 54:19 57:
3 57:15 57:25
**Doors** [1] 23:1
**Down** [13] 13:18 26:
10 29:11 29:12 32:5
32:25 33:11 47:15 52:
20 53:16 66:20 70:11
88:10
**Dr** [12] 73:9 73:11
73:19 76:25 91:7 91:
14 91:15 91:17 91:19
91:24 92:12 92:15
**Drainage** [1] 23:22
**Dried** [1] 52:21
**Drips** [1] 34:16
**Drought** [1] 23:16

**Dry** [1] 52:9
**Drywall** [10] 22:18
22:19 23:5 23:7 23:9
23:11 23:13 25:5 25:
11 52:11
**Duces** [3] 12:23 13:
2 13:23
**Ducts** [1] 50:14
**Duly** [1] 1:17 5:2 96:
13
**Duplicated** [1] 74:
13
**Duplicates** [1] 74:
13
**During** [4] 11:4 11:
13 11:23 52:16
**Duties** [2] 75:17 75:
25

## E

**Early** [2] 50:17 78:3
**Easier** [1] 89:25
**East** [3] 1:22 2:4 97:
2
**Ebanos** [1] 15:15
**Economy** [1] 69:22
**Efforts** [1] 76:13
**Either** [10] 11:14
13:17 16:23 16:24 31:
21 34:6 64:11 70:11
73:25 85:20
**Either/or** [1] 36:3
**Enclosed** [4] 43:16
43:17 80:9 83:7
**Encloses** [1] 77:10
**End** [1] 13:11
**Ended** [1] 76:21
**Engineer** [1] 24:4
**Entire** [4] 46:11 46:
13 46:14 57:13
**Entrance** [2] 57:2
57:14
**Environmental** [2]
82:19 82:23
**Equivalent** [1] 73:
23
**Essentially** [1] 75:
16
**Estate** [1] 16:21
**Estimate** [10] 68:14
70:3 70:21 73:21 73:
22 82:20 83:8 83:9
83:10 88:17
**Evaluation** [1] 69:7
**Everywhere** [1] 67:
17
**Evolved** [2] 6:23 7:
10
**Exactly** [1] 32:8
**Examination** [3] 3:
6 5:4 96:16
**Except** [4] 18:21 22:
2 44:16 95:3
**Exception** [1] 22:8
**Executed** [1] 95:17
**Exhibit** [34] 20:14
20:17 25:15 25:18 26:
6 64:21 64:24 66:24
77:3 77:6 77:8 78:9
78:12 79:18 79:21 80:
14 80:17 81:9 82:11
82:22 83:25 84:16 84:19
85:6 85:8 86:5 86:7
86:7 86:12 86:14 87:
15
**Exhibits** [4] 3:11
81:11 81:14 96:23

**Expect** [2] 81:7 81:8
**Expense** [2] 73:4 73:
5
**Expenses** [4] 88:2
88:6 88:17 88:21
**Expert** [6] 53:5 65:
7 67:18 69:7 76:22
76:24
**Expertise** [5] 7:23
8:1 8:4 8:7 8:9
**Expiration** [2] 97:
22 98:22
**EXPIRES** [1] 95:25
**Explained** [1] 55:11
**Expressed** [1] 95:19
**Expressway** [1] 6:18
**Extensive** [1] 68:5
**Extent** [2] 42:12 63:
16
**Exterior** [7] 24:7
24:10 24:16 24:20 24:
22 24:23 67:5

## F

**Fact** [2] 79:7 81:7
**Failed** [2] 75:25 76:
4
**Fails** [1] 6:5
**Fair** [1] 11:20
**Faith** [2] 6:7 6:8
**Fallen** [1] 34:1
**Familiar** [1] 26:22
**Family** [8] 10:1 21:
6 21:12 21:23 22:21
22:22 54:5 92:17
**Family's** [1] 89:6
**Far** [10] 14:11 24:24
25:3 60:22 61:6 61:9
73:18 73:24 89:17 90:
12
**Father** [2] 44:4 44:5
**Faucet** [1] 34:16
**Faucets** [2] 34:12
34:14
**February** [2] 4:1 71:
1
**Fees** [2] 12:12 12:13
**Feet** [1] 88:7
**Fell** [2] 15:2 33:24
**Felt** [2] 58:19 61:25
**Few** [2] 34:12 34:13
**Figure** [2] 11:22 31:
8
**File** [17] 5:21 14:12
17:18 17:22 18:2 18:
13 29:20 30:9 30:12
31:10 57:23 58:6 58:
7 58:11 58:16 58:25
60:6
**Filed** [16] 5:23 18:
10 20:8 20:9 20:13
30:16 58:10 60:1 60:
2 61:16 61:20 61:23
64:18 75:16 76:18 79:
2
**Files** [3] 14:14 14:
15 27:2
**Filing** [6] 18:9 53:
25 54:2 65:2 77:1 79:
2
**Firm** [6] 6:19 6:24 7:
4 7:7
**First** [32] 5:2 6:12
7:2 19:11 20:19 22:2
22:5 27:12 28:4 28:
10 28:20 28:25 29:5
29:24 30:5 32:22 34:
15 43:3 46:13 46:14

46:15 47:8 49:2 49:
25 50:16 55:17 58:1
75:11 76:11 76:15 76:
18 77:10
**Five** [4] 7:9 18:16
47:2 47:7
**Fix** [16] 28:10 28:11
28:14 32:3 33:4 33:6
33:15 34:11 34:12 58:
2 68:14 68:18 70:11
70:14 70:17 70:21
**Fixed** [25] 23:4 24:
15 24:16 29:22 31:14
31:15 31:15 32:4 32:
4 32:6 33:19 34:5 37:
20 38:22 40:4 47:23
50:25 52:8 56:6 57:6
57:6 57:8 57:9 67:15
68:8
**Fixing** [1] 70:10
**Fixtures** [1] 36:4
**Flashing** [1] 47:22
**Flashlight** [1] 67:
17
**Flood** [1] 36:12
**Floor** [22] 20:19 22:
2 22:5 22:24 26:4 35:
3 35:6 35:15 35:16
37:20 37:20 37:21 43:
3 43:23 46:13 46:14
52:5 52:7 52:18 52:
22 52:24 55:17
**Flooring** [12] 21:21
22:13 22:14 22:16 26:
4 35:9 37:16 39:4 39:
5 39:24 42:17 52:19
**Flows** [1] 45:3
**Flu** [1] 91:2
**Foam** [2] 33:23 34:1
**Followed** [1] 9:19
**Following** [2] 96:
12 96:25
**Follows** [2] 5:2 96:
19
**Food** [1] 90:6
**Foregoing** [2] 95:1
95:16
**Form** [4] 70:15 70:23
72:4 73:1
**Formal** [5] 21:23 22:
19 23:8 52:1 53:2
**Forth** [1] 76:13
**Foundation** [11] 18:
18 18:19 18:21 21:5
23:18 23:22 28:18 30:
22 31:1 39:5 67:1
**Founding** [1] 6:21
**Four** [6] 7:9 13:8 47:
2 47:7 92:18 93:1
**Fresnos** [1] 46:23
**Friend** [1] 58:3
**Front** [4] 8:22 55:
16 57:3 57:15
**Fulfill** [1] 75:25
**Full** [4] 5:6 74:2 74:
9 74:22
**Furnished** [1] 88:5
**Furniture** [2] 88:3
88:4

## G

**G.P** [1] 91:18
**Garage** [12] 26:7 29:
13 29:15 29:18 31:13
32:2 32:20 46:12 53:
11 53:12 55:14 67:4
**Gary** [13] 1:6 3:24 4:
1 4:2 4:4 4:5 4:7 75:
5 82:15 83:4 83:21

03:25 96:6
**Garza [5]** 27:17 27:
22 28:1 28:4 28:16
**Gas [1]** 88:18
**Gather [3]** 13:1
  thering [2] 62:
75:12
eared [1] 76:14
**General [2]** 57:15
60:11
**Generally [1]** 76:5
**Gentleman [1]** 71:1
**Giant [2]** 43:21 44:
10
**Girl [2]** 9:1 9:10
**Girl's [1]** 9:4
**Given [3]** 95:20 96:
14 96:24
**Glass [8]** 39:10 39:
14 39:20 39:20 39:21
54:15 54:17 54:18
**GOLDMAN [2]** 2:7 97:5
**Grade [2]** 9:7 9:8
**Graduate [1]** 7:13
**Green [2]** 78:7 78:8
**Gross [2]** 12:9 12:11
**Ground [2]** 5:15 18:
23
**Group [1]** 85:12
**Guerra [4]** 64:24 68:
14 73:23 74:11
**Guerra-Prats [10]**
3:16 64:24 65:2 65:
12 65:15 66:7 66:16
73:14 73:23 76:25
**Guerra-Prats' [1]**
68:14
**Guess [4]** 37:19 44:
10 65:21 73:5
  v [6] 26:13 31:21
  18 37:22 40:12 52:

**Guys [2]** 27:21 71:13

**H**

**Half [1]** 91:5
**Hand [2]** 95:20 98:15
**Handled [2]** 17:24
60:21
**Handles [1]** 10:19
**Handling [2]** 8:8 63:
24
**Head [3]** 59:6 63:17
91:4
**Headache [1]** 90:18
**Headaches [2]** 90:5
90:10
**Health [6]** 71:3 88:
25 89:4 89:18 89:19
89:22
**Helpful [1]** 20:1
**Hereby [2]** 95:2 96:
11
**Herein [1]** 98:13
**Hereto [1]** 1:25
**Hess [5]** 38:2 42:20
42:22 50:22 50:23
**High [2]** 9:6 69:25
**Himself [1]** 27:24
**History [1]** 62:25
**Hold [1]** 64:3
**Holds [1]** 39:14
ma [11] 12:21 12:
  15:4 15:7 15:23
  16 27:3 27:7 59:
19 60:19 85:2
**Homeowner [1]** 12:13

**Homes [2]** 17:10 17:
14
**Honest [1]** 67:13
**HOURS [1]** 96:20 96:
21
**House [144]** 3:13 3:
14 3:15 9:14 9:17 9:
18 9:21 9:22 10:3 13:
7 13:8 14:3 14:7 14:
8 14:9 14:10 14:22
14:22 15:1 15:9 15:
10 15:11 15:16 15:24
16:5 16:8 16:8 16:11
16:16 17:2 17:3 17:4
17:21 18:4 18:7 18:
11 18:11 18:15 18:19
18:20 18:23 18:24 19:
1 20:18 20:19 21:9
21:11 21:14 21:14 21:
20 23:19 23:23 24:1
24:5 24:7 24:11 24:
17 24:22 24:23 25:4
25:12 26:2 26:19 26:
22 26:23 26:25 27:19
28:1 28:3 28:8 28:17
29:25 30:1 30:17 35:
8 35:14 35:21 35:22
36:1 37:25 38:3 38:5
43:14 43:18 44:4 44:
11 44:13 45:21 45:22
45:24 46:5 46:25 47:
11 47:14 53:24 55:17
57:18 63:3 63:5 63:9
63:10 63:15 65:23 66:
1 66:9 68:15 68:18
69:2 69:6 69:9 69:22
70:5 70:7 70:9 70:14
70:18 70:21 71:3 71:
8 72:18 73:7 73:12
73:13 76:20 76:22 77:
1 80:3 82:20 85:4 85:
5 85:17 85:20 86:3
89:1 89:10 89:13 90:
3 90:9 90:11 90:13
91:11 92:4 92:13 92:
19
**Houses [5]** 17:5 17:
16 58:3 58:5 69:20
**Housing [1]** 69:24
**Hull [1]** 6:11
**HVAC [7]** 37:22 74:7
74:10 80:2 80:6 80:9
80:13

**I**

**Idea [3]** 69:18 70:22
86:1
**Identity [1]** 95:15
**Immediately [1]** 47:
10 47:12
**Inc [5]** 2:7 96:17 97:
5 97:23 98:23
**Incidents [1]** 35:13
**Includes [1]** 96:25
**Including [1]** 74:9
87:23
**Income [3]** 12:7 12:
9 14:25
**Incredible [1]** 14:
17
**Incurred [2]** 88:2
88:5
**INDEX [1]** 3:1
**Indicated [2]** 86:
20 90:9
**Indicative [1]** 55:6
**Indoor [3]** 53:1 63:
13 72:13
**Indoor/outdoor**
**[1]** 57:12
**Inform [1]** 63:8
**Information [4]** 60:

11 62:22 75:12 96:24
**Information-gathe
ring [2]** 62:22 75:12
**Informing [1]** 79:25
**Infrequently [1]**
40:10
**Initiated [1]** 76:
13 76:19 85:18
**Inside [10]** 24:5 25:
3 29:18 35:1 40:13
42:13 43:22 45:20 54:
19 85:4
**Inspect [4]** 16:7 37:
22 63:15 72:18
**Inspected [1]** 76:25
**Inspection [10]** 15:
17 15:20 16:2 63:6
65:23 76:20 76:21 80:
9 81:2 81:22
**Instance [1]** 1:17
**Instrument [1]** 95:
17
**Insurance [35]** 1:5
5:9 5:24 6:5 6:7 6:
13 8:8 8:10 16:25 19:
11 19:12 19:13 20:2
30:21 31:5 58:6 58:8
59:4 59:10 59:18 59:
18 59:22 62:9 70:13
70:16 72:2 75:17 75:
20 76:2 76:6 76:14
76:16 79:23 79:12 96:
5
**Insured [2]** 17:15
18:5
**Intend [4]** 70:7 70:
8 70:10 70:11
**Interior [3]** 24:19
24:23 50:6
**Interviewed [1]** 72:
19
**Intolerable [1]** 89:
11
**Intrusion [2]** 66:
17 66:19
**Investigate [5]** 54:
19 59:19 76:7 80:3
80:22
**Investigating [1]**
59:23 80:1
**Investigation [3]**
76:10 76:12 76:20
**Involve [1]** 6:4
**Involved [2]** 16:22
58:21
**Involving [1]** 6:7
**Island [2]** 10:2 10:
25
**Issue [3]** 31:1 54:
17 76:21
**Issued [2]** 4:8 85:8
**Issues [3]** 61:1 61:
3 83:14
**Item [3]** 58:23 66:23
67:2
**Items [3]** 17:21 73:
23 82:8
**Itself [2]** 41:19 55:
17

**J**

**Jacuzzi [11]** 29:4
29:6 29:9 29:22 30:6
31:2 31:7 31:13 31:
15 53:16 55:14
**Janis [1]** 6:16
**January [3]** 3:24 82:
2 91:3
**JD [1]** 7:18

**Jim [5]** 19:7 19:8 19:
24 31:20 33:6
**Jim's [1]** 19:18
**Jimmy [1]** 48:4
**Josie [2]** 4:10 86:8
**JUDICIAL [2]** 1:4 96:
4
**July [6]** 14:10 50:17
50:17 54:4 57:24 88:2
**June [5]** 4:7 9:18 9:
19 83:25 84:20

**K**

**Kay [1]** 15:8
**Keeping [2]** 81:4 81:
5
**Kids [2]** 88:10 89:25
**Kids' [1]** 89:22
**Kind [3]** 26:14 55:7
89:16
**Kitchen [29]** 18:21
18:22 21:11 22:3 22:
4 22:18 23:5 23:7 23:
20 25:9 37:13 37:14
37:15 38:13 38:18 38:
21 40:7 40:24 41:5
44:17 44:18 44:19 55:
5 55:25 56:4 56:6 56:
13 67:22 67:23
**Kitchen's [1]** 21:8
**Knocked [2]** 26:10
36:13
**Knowledge [3]** 16:
15 72:7 72:8
**Known [2]** 15:15 92:
1 95:13

**L**

**L.L.P. [2]** 2:4 97:2
**Large [2]** 27:20 41:
17
**Last [7]** 18:16 46:9
69:14 70:2 86:7 90:6
91:3
**Late [3]** 50:17 69:23
76:16
**Latter [1]** 9:24
**Law [5]** 1:21 5:18 7:
11 7:21 96:23
**Lawsuit [5]** 5:23 6:
12 20:11 75:4
**Lawsuits [1]** 5:21
**Leak [42]** 18:15 18:
24 20:7 20:8 20:21
20:22 24:1 28:17 29:
2 29:3 34:15 34:21
34:24 37:10 37:14 45:
3 45:20 45:20 45:21
45:22 45:24 47:8 47:
9 56:25 63:1 63:10

**Least [2]** 20:18 80:9
**Leave [3]** 13:10 70:
12 71:18
**Left [2]** 32:15 45:19
**Less [1]** 22:7
**Letter [52]** 3:16 3:
18 3:19 3:21 3:22 3:
24 4:1 4:2 4:4 4:5 4:
7 4:10 30:17 30:19
30:23 58:12 58:13 71:
2 76:11 76:15 77:8
77:10 77:11 77:22 78:
13 78:14 78:15 78:16
78:19 79:3 79:21 79:
23 79:25 80:8 80:17
80:19 80:21 81:19 82:
14 82:16 83:3 83:5
83:6 83:7 83:11 83:
12 83:25 84:2 84:3
84:4 86:10 86:11
**Letters [6]** 64:2 64:
7 64:15 81:11 81:13
81:16
**Library [9]** 46:1 47:
9 47:10 47:20 48:1
48:11 49:3 49:5 55:17
**Lie [2]** 62:8 62:15
**Line [3]** 35:6 35:20
94:2
**Lines [3]** 68:6 68:7
68:11
**Linoleum [2]** 36:20
36:23
**List [1]** 66:20
**Litigation [1]** 13:5
**Live [7]** 9:11 9:13
10:1 17:2 28:7 88:10
88:11
**Lived [8]** 17:5 17:6
17:6 17:8 17:15 17:
19 18:1 90:3
**Living [18]** 9:14 9:
20 9:22 22:23 22:14
22:20 23:3 23:8 47:
14 52:1 53:3 88:1 88:
6 88:21 89:1 90:19
90:20 92:13
**LLP [1]** 1:22
**Loan [1]** 13:7
**Locate [1]** 14:1
**Located [5]** 6:17 10:
7 15:11 33:10 43:2
**Long-term [1]** 11:8
**Look [15]** 9:22 14:15
14:19 15:22 26:9 31:
5 49:1 53:7 53:9 66:
18 67:12 67:14 67:20
73:21 82:9
**Looked [1]** 49:8
**Looking [4]** 40:15
54:22 81:23 82:10
**Looks [5]** 26:11 43:
25 65:23 74:12 77:10
**Los [2]** 15:15 46:23
**Loss [8]** 6:6 59:19
59:20 59:23 62:2 63:
1 77:14 77:16
**Losses [1]** 6:4
**Lowest [4]** 92:18 92:
25 93:1 93:3
**Lynn [1]** 91:14

**M**

**M-a-r-i-a-n-n-e
[1]** 8:18
**Machine [1]** 1:21
**Maid's [5]** 26:7 55:
16 56:25 57:2 68:1
**Mail/hand-deliver**

ed [1] 98:9
**Main** [1] 15:3
**Major** [4] 29:3 29:
25 38:15 52:16
**Man** [2] 27:16 31:19
**Manager** [4] 10:18
12:12 12:15 12:17
**Manager's** [1] 10:21
**Manner** [1] 59:23
**March** [4] 4:3 11:7
81:25 82:1
**Marianne** [4] 1:2 2:
14 8:16 96:2
**Mark** [4] 20:25 25:17
64:24 68:21
**Marked** [23] 20:14
20:16 25:15 64:21 77:
5 77:5 78:9 78:11 79:
18 79:20 80:14 80:16
81:9 82:11 82:13 82:
25 83:2 83:22 83:24
84:16 84:18 85:6 86:5
**Market** [3] 11:20 69:
21 69:25
**Marks** [1] 53:8
**Markup** [1] 69:6
**Married** [2] 8:13 8:
19
**Martinez** [21] 1:22
1:22 2:3 2:4 2:4 3:
16 3:19 3:21 3:22 3:
24 4:1 4:2 4:4 4:5 4:
7 4:10 78:15 96:21
97:1 97:2 97:2
**Master** [22] 21:22
25:19 25:19 26:1 26:
4 28:22 28:23 29:1
29:14 33:8 33:12 34:
9 34:22 41:2 41:10
41:12 41:16 41:19 42:
13 55:3 55:12 56:7
**Material** [1] 53:18
**Materials** [9] 32:8
36:25 38:25 42:16 48:
1 48:14 48:17 56:23
57:17
**Matter** [1] 81:7
**Mayes** [2] 4:10 86:8
**McNeial** [1] 3:18
**McNeil** [11] 19:7 19:
24 20:1 20:4 58:15
58:16 58:24 59:1 59:
9 61:16 77:14
**Mean** [12] 22:10 22:
11 27:8 28:7 32:22
34:2 36:1 49:20 53:4
69:21 70:24 73:2
**Mechanical** [1] 15:
24
**Meet** [1] 72:9
**Mentioned** [1] 55:24
**Met** [6] 5:11 66:5 66:
7 72:14 72:16 75:5
**Metal** [1] 39:13
**Mid** [1] 64:18
**Might** [2] 14:22 27:
10
**Mileage** [1] 88:18
**Mine** [1] 89:6
**Minimum** [1] 70:1
**Minute** [1] 74:23
**MINUTES** [2] 96:20
96:21
**Mirror** [1] 51:13
**Misrepresent** [2]
62:8 62:17
**Mistaken** [2] 68:19
79:4

**Moist** [1] 50:4
**Moisture** [3] 49:22
51:24 52:2
**Mold** [32] 8:4 14:8
40:13 49:23 51:25 52:
3 53:25 54:8 54:15
54:24 55:6 55:8 57:
25 59:1 59:3 67:8 67:
10 67:11 69:4 76:21
85:23 85:25 89:1 89:
14 90:13 91:1 91:8
91:10 91:20 92:3 92:
24 93:3
**Molding** [1] 55:1
**Money** [6] 65:17 70:
17 85:1 85:14 85:15
87:24
**Moneys** [1] 84:9
**Month** [7] 11:11 11:
12 11:14 11:18 88:8
88:16 91:21
**Monthly** [2] 11:5 11:
8
**Months** [7] 10:14 11:
4 11:8 11:9 76:17 91:
5 91:21
**Moody** [2] 83:13 83:
16
**Moore** [3] 96:17 97:
23 98:23
**Morning** [1] 90:23
**Mortar** [1] 24:24
**Most** [5] 6:4 18:20
22:1 27:21 89:25
**Mostly** [1] 6:9
**Mouth** [1] 90:24
**Move** [4] 9:17 11:6
71:2 92:14
**Moved** [10] 9:18 9:
24 17:1 47:11 77:18
86:3 90:10 92:4 92:7
92:15
**Movement** [3] 23:17
23:18 23:22
**Multiple** [3] 43:6
44:24 66:11
**Musty** [2] 89:16 89:
17

## N

**Name** [18] 5:6 5:8 6:
15 7:1 7:1 7:2 7:3 8:
15 9:4 9:5 10:21 26:
13 26:16 31:20 60:5
62:12 75:10 95:16
**Named** [1] 82:19
**Names** [1] 9:3
**Nancy** [1] 3:18
**Near** [1] 77:1
**Necessarily** [1] 20:
25
**Need** [4] 5:16 73:24
74:25 82:9
**Needed** [3] 32:7 52:
9 58:20
**Needs** [1] 67:14
**Neighborhood** [3]
12:10 15:14 15:15
**Never** [9] 5:11 8:10
40:8 67:20 68:9 71:
11 71:21 72:15 89:9
**New** [7] 21:21 38:12
38:13 48:9 86:2 88:3
88:4
**Nine** [1] 66:16
**None** [3] 37:8 42:16
51:19
**Nonresponsiveness**
[1] 71:6

**North** [1] 6:18
**Northeast** [1] 39:16
**Nos** [2] 25:15 81:19
**Nose** [3] 91:25 92:16
93:3
**NOTARY** [1] 95:24
**Note** [1] 47:8
**Noted** [5] 16:3 53:2
53:24 54:13 95:3
**Notes** [1] 67:7
**Notice** [12] 15:25
16:2 48:21 49:25 50:
2 54:23 76:7 77:14
77:16 77:24 78:5 79:4
**Noticed** [15] 29:17
37:16 40:8 40:14 47:
10 49:3 49:4 49:22
50:1 50:16 54:8 54:
17 57:24 67:19 90:19
**November** [12] 1:12
1:19 3:20 78:2 78:3
78:4 78:5 78:16 78:
23 79:16 88:8 96:9
**Number** [19] 17:7 23:
4 35:10 35:12 35:13
36:7 36:14 37:1 37:4
37:7 37:9 37:10 45:8
46:3 47:9 48:21 49:
16 67:24 69:19
**Numbered** [1] 1:18
**Numbers** [2] 73:15
74:1
**Numerous** [1] 85:8

## O

**Oath** [1] 95:14
**Object** [2] 70:15 71:
5
**Objection** [3] 70:
23 72:4 73:1
**Obtain** [1] 14:4
**Obviously** [1] 78:23
**Occasion** [1] 41:14
**Occasions** [2] 41:8
43:6 44:24 66:12
**Occurred** [4] 48:15
48:19 57:21 97:9
**October** [10] 3:16 3:
18 64:19 65:22 65:24
66:10 77:2 77:8 77:
16 77:22
**Odd** [2] 43:25 87:9
**Off-season** [1] 11:
13
**Office** [6] 6:15 13:
15 19:18 61:17 78:17
95:20
**Officer** [3] 96:13
96:25 98:3
**Officer's** [1] 96:22
**Offices** [1] 1:21
**Often** [1] 92:19
**Old** [3] 9:9 9:9 15:9
**Once** [3] 43:6 47:1
64:8
**One** [35] 6:21 10:5
17:5 17:20 27:20 29:
3 30:23 35:11 38:10
41:11 41:14 42:10 42:
23 42:24 44:1 44:18
45:25 46:1 47:10 48:
4 50:11 50:11 60:3
60:16 61:4 61:7 68:
21 72:8 72:19 73:3
73:11 74:20 75:23 77:
7 83:18
**Ones** [2] 20:10 27:6
35:11 44:15
**Open** [1] 54:6

**Opened** [1] 50:4
**Opening** [1] 39:18
**Opinion** [2] 23:12
62:1 85:19 85:20
**Opinions** [1] 73:6
**Oral** [1] 1:10 1:16
96:8 96:13
**Order** [1] 9:21
**Original** [4] 46:4
96:22 98:2 98:8
**Outside** [11] 7:17
15:2 24:16 35:11 39:
23 43:13 43:18 61:1
67:5 75:2 87:20
**Overcame** [1] 91:6
**Overflow** [1] 36:25
**Overflowed** [6] 35:
3 35:6 35:9 36:11 36:
17 36:22
**Overflowing** [2] 35:
15 36:7
**Own** [4] 10:5 10:24
26:14 76:22
**Owned** [8] 10:10 14:
7 14:9 14:9 21:13 21:
16 27:19 28:3
**Owner** [1] 44:6

## P

**P&I** [1] 6:11
**P-traps** [1] 56:8
**P.E.** [19] 71:14 71:
20 72:12 72:21 72:21
72:24 73:22 74:2 74:
9 74:18 80:22 80:6 80:
23 81:2 81:18 81:19
81:20 81:23 82:6
**Padre** [2] 10:2 10:25
**Page** [4] 3:2 3:12 94:
2 98:6
**Pages** [1] 77:7
**Paid** [5] 65:17 65:20
87:3 87:11 87:17
**Pained** [1] 23:2
**Paint** [1] 48:9
**Painted** [13] 21:20
22:12 23:2 23:3 23:4
23:4 23:6 27:14 34:6
49:20 49:20 51:17 52:
11
**Painting** [3] 22:11
22:16 26:23
**Palm** [5] 9:14 15:11
17:4 18:4 18:11
**Pardon** [1] 16:19
**Part** [5] 9:24 13:5
18:21 23:20 37:20 43:
18 55:16 71:14 84:9
84:13 86:14 86:15 87:
12
**Particular** [5] 27:
22 47:24 75:21 76:3
81:18
**Parties** [2] 96:25
98:13
**Partner** [4] 7:4 7:6
7:10 61:16
**Partners** [2] 6:22 6:
25
**Parts** [3] 21:9 21:
19 46:11
**Party** [1] 96:19
**Past** [2] 13:8 91:10
**Patio** [3] 43:19 44:
1 45:4
**Paul** [2] 15:8 44:6
**Pay** [5] 6:5 31:4 34:
19 69:8 70:13

**Payable** [1] 84:19
**Paying** [3] 65:15 88:
12 88:15
**Peak** [1] 11:23
**Pedro** [5] 2:8 96:17
97:6 97:23 98:24
**Peeled** [1] 39:4
**People** [7] 5:25 6:1
11:6 53:1 72:9 73:6
82:22
**Per** [2] 11:12 12:10
**Percent** [1] 12:14
**Percentage** [1] 93:2
**Perform** [1] 82:19
**Performed** [1] 93:6
**Performing** [2] 81:
21 81:21
**Period** [1] 90:8
**Periodically** [1]
56:10
**Persistent** [1] 92:2
**Person** [10] 61:19
62:13 62:15 62:17 62:
20 66:13 75:9 75:11
75:23 95:16
**Personally** [1] 95:
13
**Perspective** [1] 30:
25
**Pertaining** [2]
6 14:3
**Phone** [5] 60:7 60:
16 61:10 72:15 75:7
**Photographs** [1] 3:
17
**Physically** [1] 89:
17
**Pick** [1] 13:17
**Pictures** [2] 74:7
74:11
**Pier** [5] 18:20 19:2
20:7 21:4 21:6
**Pier-and** [1] 21:4
**Pier-and-beam** [1]
19:2 20:7
**Pinhole** [4] 18:24
20:8 20:22 28:17
**Pipe** [10] 18:15 18:
22 20:23 20:24 30:4
30:16 30:22 31:1 52:
4 55:20
**Place** [1] 17:7
**Places** [1] 54:23
**Plaintiffs** [4] 1:3
2:3 96:3 97:1
**Plate** [5] 39:10 39:
14 39:20 39:20 39:21
**Plate-glass** [2] 39:
10 39:14
**Playa** [1] 10:8
**Plumber** [5] 16:7 27:
18 28:7 63:9 71:8
**Plumbing** [31] 8:2
16:1 16:2 16:4 24:1
27:15 27:16 27:22 28:
5 28:8 28:9 28:13 28:
5 28:19 32:4 32:9
29:25 31:3 33:7 37:
10 37:14 45:20 63:1
68:5 68:7 68:11 71:9
71:23 72:2 74:9 74:21
**Plus** [1] 74:13
**Plywood** [3] 39:6 39:
7 39:23
**Poinsettia** [2] 17:
8 18:1
**Point** [12] 20:17 20:
21 30:14 40:6 42:8

Deposition of DENNIS SANCHEZ taken on 12/6/2002

44:2 49:10 60:21 63:
20 64:15 76:10 85:24
**Policy** [5] 59:4 59:
10 59:13 59:16 62:9
**Pool** [4] 68:1 68:3
9:4 68:10
or [1] 23:22
.ortion [3] 85:9 86:
19 87:4
**Possible** [4] 18:19
54:13 56:1 68:5
**Practically** [1] 22:
5
**Practice** [2] 5:18 7:
21
**Prats** [2] 64:24 73:
23
**Prats'** [2] 68:14 74:
12
**Pre-existing** [1] 6:
24
**Precise** [4] 12:18
18:14 28:6 43:7
**Premold** [1] 69:5
**Prepare** [1] 82:20
**Preparing** [1] 96:22
**Presence** [5] 55:2
55:3 55:5 67:7 67:10
**Present** [2] 2:14 61:
24
**Pretty** [3] 22:1 32:
19 38:2
**Prevailing** [1] 11:
22
**Price** [3] 14:25 73:
12 77:25
**Primarily** [2] 61:
12 62:22
**Prime** [2] 82:19 82:
...
.oblem [17] 28:9
.:21 29:5 29:17 29:
22 29:25 33:9 38:18
37:22 49:25 50:20 56:
11 59:22 60:18 76:15
80:5 80:7
**Problems** [27] 17:23
28:5 28:11 31:6 31:7
33:7 34:9 34:16 34:
17 37:3 37:6 37:10
37:14 41:9 69:23 72:
24 73:2 81:3 81:5 89:
18 89:19 89:24 90:5
90:11 90:13 90:18 92:
9
**Procedure** [1] 1:24
**Proceeded** [1] 61:25
**Process** [2] 13:9 63:
24
**Produce** [3] 13:14
14:1 14:20
**Produced** [3] 1:16
13:5 13:21
**Project** [1] 84:10
**Property** [5] 10:18
10:21 12:12 12:15 12:
16
**Proposal** [1] 68:24
**Proposed** [2] 73:22
73:22
**Proved** [1] 95:14
**Provisions** [1] 1:24
**Proximate** [1] 28:8
**PUBLIC** [1] 95:24
ll [1] 40:18
.led [2] 40:16 54:
.7
**Pump** [1] 29:9

**Purchase** [3] 13:7
14:25 15:7
**Purchased** [5] 15:4
15:9 15:16 18:4 26:23
**Purchasing** [2] 16:
5 16:8
**Purpose** [1] 81:15
**Purposes** [1] 95:18
**Pursuant** [4] 1:23
13:15 96:24 97:8
**Pushed** [1] 54:7
**Put** [17] 14:12 21:21
22:24 23:1 26:4 30:3
30:15 30:25 46:24 47:
16 47:17 48:8 48:10
51:9 52:11 66:16 76:
23
**Puts** [1] 73:14

## Q

**Qualifications**
[1] 65:5
**Quality** [3] 53:1 63:
13
**Quarters** [1] 68:1
**Questions** [7] 20:2
59:10 59:13 62:23 62:
24 93:7 93:10
**Quick** [1] 45:12
**Quit** [1] 41:11
**Quite** [1] 40:5

## R

**Rainstorm** [2] 47:
13 47:15
**Ran** [2] 20:23 20:24
**Rate** [3] 11:13 11:15
88:15
**Rates** [1] 11:12
**Read** [8] 15:1 59:4
72:25 73:2 73:3 73:9
84:3 95:1
**Readily** [1] 14:16
**Real** [1] 16:20 45:11
**Really** [6] 6:23 14:
24 24:21 31:3 67:13
69:25
**Realtor** [3] 16:18
16:20 16:22
**Reason** [5] 30:12 58:
19 72:1 74:4 94:2
**Reasonable** [1] 70:
20
**Reasons** [1] 98:6
**Rebill** [1] 86:19
**Rebilled** [1] 86:15
**Receipt** [2] 76:8 78:
8
**Receipts** [7] 14:13
26:24 27:2 27:4 27:
25 40:23 88:1
**Receive** [4] 12:23
16:10 61:15 78:14
**Received** [20] 60:5
60:7 64:8 64:9 64:10
64:14 70:25 71:13 71:
16 77:23 78:1 78:5
78:14 78:23 82:5 84:
23 85:12 86:20 87:20
87:23
**Receiving** [3] 84:6
84:21 85:10
**Recently** [1] 59:12
**Recessed** [1] 51:13
**Recollection** [1]
46:18
**Recommends** [1] 73:
11

**Record** [8] 1:24 5:6
13:11 45:19 71:12 78:
22 96:14 96:25
**Records** [7] 12:19
12:20 14:16 14:18 14:
21 14:22 15:1
**Redid** [2] 52:10 52:
12
**Redone** [1] 47:7
**Reference** [1] 81:19
**Referred** [1] 65:12
**Referring** [1] 67:2
**Regarding** [7] 13:
20 14:21 19:24 20:2
27:6 75:22 83:18
**Regular** [1] 98:9
**Related** [8] 14:7 91:
1 91:7 91:10 91:20
92:2 92:22 92:23
**Relating** [1] 14:6
**Relation** [3] 14:5
30:3 85:22
**Remain** [1] 85:4
**Remediate** [3] 73:7
73:12
**Remediated** [1] 53:3
**Remediating** [1] 73:
5
**Remediation** [15] 7:
24 65:8 71:4 73:4 73:
21 73:22 73:23 83:8
84:5 85:9 85:15 85:
16 85:18 87:12 88:24
**Remediations** [1]
65:9
**Remember** [16] 17:7
28:3 33:13 35:25 38:
11 38:17 39:3 44:21
44:23 47:16 50:16 56:
9 58:14 58:17 60:4
61:19 62:12 69:14 71:
23 79:14 82:5 91:23
**Remodel** [2] 27:12
52:16
**Remodeller** [1] 31:
7
**Remodelling** [2] 25:
25 26:12
**Remove** [1] 85:1
**Rene** [2] 9:4 9:4
**Renovate** [1] 22:3
**Renovated** [6] 21:
16 21:19 21:23 22:1
22:10
**Renovation** [1] 22:
10
**Rent** [7] 10:12 10:14
10:15 10:16 11:20 11:
23 12:1
**Rental** [1] 10:19
**Rented** [7] 11:2 11:
5 11:8 11:9 11:11 12:
3 88:8
**Repainted** [5] 48:
12 51:2 51:14 51:22
51:23
**Repair** [7] 15:1 31:
12 40:23 42:21 43:3
43:6 49:6
**Repaired** [4] 25:5
44:24 51:5 68:10
**Repairing** [1] 31:7
**Repairman** [2] 56:
12 58:2
**Repairmen** [1] 43:5
**Repairs** [11] 14:3
14:5 14:6 14:7 14:21
22:20 22:22 31:22 32:
2 49:15 85:16

**Repatched** [1] 49:10
**Replace** [15] 31:17
34:25 38:14 38:24 39:
3 39:8 41:1 43:3 46:
7 47:4 47:19 47:25
48:6 48:14 48:16
**Replaced** [39] 22:18
23:5 23:7 23:10 25:5
32:6 32:7 32:9 32:11
33:18 35:1 36:16 38:
4 38:7 38:10 38:11
38:15 38:20 39:24 39:
24 40:1 40:20 40:21
41:4 41:22 42:5 44:
22 44:24 46:8 46:9
46:20 47:24 51:5 51:6
51:19 52:19 56:23 57:
19 68:7
**Report** [32] 64:23
64:25 65:22 68:22 71:
10 71:11 71:13 71:15
71:21 72:13 72:22 72:
25 73:3 73:9 73:19
74:3 74:7 74:9 74:12
74:18 74:22 74:22 80:
10 80:12 80:13 80:24
81:2 81:18 81:20 81:
21 81:24 82:6
**Reported** [1] 1:21
**Reporter** [2] 2:15
96:11
**Reporter's** [2] 3:8
96:8
**Reporters** [3] 96:
17 97:23 98:23
**Reports** [7] 70:25
**Represent** [5] 5:9
5:20 86:13
**Representative**
[3] 60:14 61:8 62:12
**Represented** [3] 60:
9 87:6 87:14
**Reputation** [1] 65:5
**Request** [4] 4:8
**Requested** [1] 13:2
**Requesting** [3] 80:
1 80:22 80:25
**Requirements** [1]
97:8
**Residence** [4] 9:12
15:18 17:19 18:1
**Resolve** [1] 76:14
**Responsibilities**
[1] 76:1
**Restored** [1] 88:6
**Result** [2] 58:10 89:
2
**Results** [1] 74:10
**Retained** [3] 70:2
80:2 82:19
**Retaining** [1] 63:9
**Return** [1] 96:17
**Returned** [3] 98:2
98:5 98:8
**Returns** [1] 13:8
**Revolving** [1] 59:12
**Rid** [1] 49:9
**Ripped** [1] 25:5
**Road** [1] 77:25
**Robert** [3] 3:19 3:
21 3:22
**Roof** [17] 45:21 45:
22 45:24 46:4 46:7
46:11 46:24 47:1 47:
4 47:5 47:17 47:17
47:19 49:1 49:2 49:8
49:12
**Roofing** [1] 53:17
**Room** [37] 21:3 21:4

21:6 21:12 21:23 21:
21 21:24 22:14 22:19
22:20 22:21 22:22 23:
2 23:2 23:3 23:8 26:
1 26:7 35:21 48:9 48:
13 48:23 50:13 52:11
52:1 52:13 53:2 53:3
54:5 54:6 55:16 55:
18 56:25 57:2 57:11
57:13 57:14
**Rooms** [3] 21:21 44:
12 44:16
**Rotted** [2] 56:14 56:
15
**Roughly** [5] 12:5 12:
6 30:6 30:8 87:9
**Rude** [2] 20:5 62:3
**Ruined** [1] 48:7
**Rule** [2] 97:8 98:1
**Rules** [3] 1:23 5:15
13:15
**Rushing** [1] 32:25

## S

**Safekeeping** [1] 98:
10
**Sampling** [1] 82:2
**San** [11] 2:8 2:8 13:
17 96:17 96:17 97:6
97:6 97:23 97:24 98:
24 98:24
**Sanchez** [22] 1:2 1:
2 1:11 1:16 2:13 2:
14 3:5 5:1 5:7 5:8 6:
16 7:1 7:3 74:25 75:
4 95:1 95:7 95:13 96:
2 96:2 96:19 96:23
**Sat** [1] 40:2
**Sauna** [4] 33:9 33:
10 33:11 55:13
**Saw** [8] 29:17 33:1
54:16 68:22 77:22 83:
10 92:12 92:15
**Scheduling** [1] 61:
12
**School** [3] 7:11 9:6
90:7
**Seal** [1] 95:20
**Season** [1] 11:13
**Seasons** [1] 11:23
**Second** [5] 21:11 21:
21 21:22 77:11
**Section** [1] 19:2
**See** [11] 15:2 24:15
32:23 33:5 43:15 54:
20 55:3 55:4 55:10
91:24 93:5
**Seeing** [14] 16:16
40:13 51:24 53:10 79:
22 80:12 80:19 82:16
83:5 83:9 83:10 84:2
86:9 91:7
**Seem** [1] 41:14
**Seligman** [16] 1:6 3:
24 4:1 4:2 4:4 4:5 4:
7 75:5 75:5 75:14 75:
21 82:15 83:4 83:23
23:25 96:6
**Selling** [1] 70:7
**Send** [6] 13:18 58:12
58:13 63:12 63:16 76:
7
**Sending** [3] 76:22
80:5 84:4
**Sent** [11] 48:25 64:2
64:6 64:11 72:13 77:
17 77:21 85:15 86:14
86:16 87:1
**Separate** [1] 41:8
**September** [3] 4:11

86:8 86:23
**Served** [1] 98:12
**Serves** [3] 44:12 44:
16 44:18
**Service** [1] 62:11
**Services** [15] 71:15
71:17 72:10 72:12 72:
21 72:25 80:2 80:6
80:24 81:2 81:18 81:
20 81:20 81:24 82:6
**Seven** [2] 17:6 87:15
**Several** [3] 60:23
60:24 84:23
**Sewer** [4] 35:6 35:
20 36:1 36:1
**Sewer-line** [2] 35:
6 35:20
**Shaded** [2] 51:25 53:
12
**Shares** [1] 45:7
**Sheetrock** [14] 25:4
31:23 32:10 33:18 34:
6 36:17 38:25 39:9
39:11 48:9 48:10 48:
17 53:17 57:18
**Shelves** [1] 23:1
**Sherry** [2] 10:22 11:
19
**Short** [1] 90:8
**Shorthand** [2] 1:21
96:11
**Show** [17] 12:19 20:
16 20:23 20:24 20:25
64:18 64:23 77:5 78:
11 79:20 80:16 81:11
82:13 83:2 83:24 84:
18 86:7
**Shower** [2] 35:5 37:6
**Shown** [2] 78:7 98:13
**Shows** [6] 15:23 67:
9 68:4 68:24 73:4 73:
5
**Shrimp** [1] 6:4
**SHUFFIELD** [2] 2:7
97:5
**Sick** [3] 58:3 58:5
89:9
**Sicker** [1] 89:25
**Side** [4] 16:23 16:24
39:16 51:12
**Signature** [5] 3:7
94:1 95:2 96:16 98:5
**Signed** [2] 84:24 86:
22
**Significant** [8] 24:
13 24:14 28:20 31:7
31:9 32:19 32:21 62:2
**Signs** [1] 67:9
**Simply** [2] 44:23 81:
1
**Sink** [11] 34:16 34:
17 35:5 36:4 37:3 55:
25 56:4 56:13 56:21
56:24 67:23
**Sinks** [11] 34:13 35:
14 35:15 35:22 55:4
55:5 55:11 55:13 56:
6 56:7 67:4
**Sister** [1] 88:14
**Sit** [2] 25:1 65:6
**Sits** [1] 43:13
**Sitting** [1] 43:22
**Six** [2] 87:7 87:14
**Slab** [3] 21:7 21:8
21:8
**Sleep** [1] 88:14
**Sleeping** [1] 9:21
**Sliding** [9] 54:4 54:

6 54:7 54:9 54:10 54:
15 54:17 54:18 57:25
**Sliding-glass** [3]
54:15 54:17 54:18
**Small** [1] 18:24
**Smell** [4] 89:12 89:
14 89:16 89:17
**Solberg** [3] 3:19 3:
21 3:22
**Solis** [47] 2:7 3:6
5:5 5:8 8:24 13:12
13:16 13:19 20:15 25:
16 43:10 43:11 45:16
45:18 64:22 70:19 71:
5 71:7 71:14 71:19
71:20 72:6 73:8 74:2
74:6 74:11 74:16 74:
21 75:3 77:4 78:10
78:24 79:19 80:15 81:
10 82:4 82:12 87:5 86:
6 93:10 96:20 96:23
97:5 98:10
**Sometime** [4] 42:7
51:15 57:24 78:3
**Sometimes** [5] 9:20
11:6 28:8 34:23 40:10
**Somewhere** [2] 41:3
69:17
**Son** [2] 89:20 89:24
**Soon** [3] 48:15 48:18
48:20
**Sorry** [1] 51:24
**Sort** [13] 18:25 23:
18 32:12 35:20 41:17
47:22 48:7 53:20 56:
16 60:13 63:1 76:16
91:3
**Sound** [1] 64:19
**South** [3] 10:2 10:
25 48:11
**Southern** [1] 46:19
46:20
**Southwest** [2] 48:
11 48:12
**Space** [2] 19:4 52:5
**Speaking** [1] 76:6
**Special** [2] 14:12
14:14
**Specialized** [1] 58:
23
**Specifically** [3]
14:7 88:22 90:2
**Split** [1] 9:20
**Spoken** [9] 30:4 59:
2 59:25 60:3 60:24
61:7 66:3 67:23 75:13
**Spongy** [2] 37:17 40:
11
**Spraying** [1] 18:25
**Square** [1] 88:7
**Staff** [1] 20:4
**Stain** [9] 32:12 32:
15 32:23 33:1 33:3
33:22 34:4 53:12 53:
13
**Stained** [4] 53:4 53:
8 53:14 53:20
**Staining** [2] 45:9
49:6
**Stair** [1] 29:11
**Staircase** [6] 29:
12 31:16 31:18 32:6
33:2 55:14
**Stand** [1] 40:1
**Standing** [1] 40:8
**Start** [2] 28:22 88:
24
**Started** [2] 7:8 54:

21
**Starting** [2] 88:8
89:9
**State** [5] 1:20 5:6
95:9 95:24 96:11
**Statement** [2] 16:
10 16:16
**Statements** [1] 16:
12
**States** [4] 69:22 83:
7 83:12 84:4
**Status** [3] 81:4 81:
6 81:16
**Statute** [3] 79:8 79:
9 79:10
**Stay** [1] 90:9
**Still** [10] 9:14 26:
9 26:11 49:18 69:22
78:25 79:5 85:4 85:5
92:13
**Stipulations** [1] 3:
4
**Storage** [8] 43:2 43:
10 43:15 43:21 45:1
45:8 50:12 50:13
**Story** [2] 21:11 21:
22
**Stucco** [1] 24:25
**Stuff** [6] 15:22 22:
11 33:23 34:1 34:20
63:3
**Stuffed** [2] 90:21
90:24
**Sturgess** [5] 1:20 2:
15 96:11 97:21 98:21
**Submitted** [1] 96:15
**Subpoena** [2] 12:23
13:23 15:1
**Subscribed** [1] 95:
16
**Subsequent** [2] 13:
7 52:10
**Subsequently** [1]
40:22
**Subtract** [1] 12:12
**Sued** [2] 6:13 75:4
**Suite** [5] 2:8 96:17
97:6 97:23 98:24
**Summer** [3] 10:16 11:
9 89:10
**Sunset** [2] 17:5 17:
19
**Sunwave** [3] 42:23
42:25 50:23
**Supposed** [5] 47:6
59:21 76:7 76:7 76:9
**Swab** [2] 91:25 92:16
**Swimming** [3] 68:1
68:3 68:10
**Sworn** [4] 1:17 5:2
96:13 97:10
**Symptoms** [4] 90:3
91:9 91:20 91:23
**System** [2] 4:8 66:25

**T**

**Talks** [2] 15:23 67:3
**Tax** [2] 83:10 83:13
**Tear** [2] 36:24 70:11
**Technician** [2] 80:
2 80:6
**Tecum** [2] 12:24 13:
2 13:23
**Telephone** [1] 60:6
**Ten** [1] 66:16
**Term** [1] 11:8
**Terms** [1] 73:24
**Test** [1] 63:13

**Testified** [1] 5:2
**Testify** [2] 89:21
89:23
**Testimony** [2] 96:
14 96:25
**Testing** [3] 8:5 73:
13 74:10
**Tests** [1] 93:6
**Texas** [15] 1:7 1:20
1:23 1:23 2:5 2:8 96:
7 96:11 96:17 97:3
97:6 97:21 97:24 98:
22 98:24
**Thanksgiving** [1]
11:7
**Therefore** [1] 98:6
**Therein** [1] 95:18
**Third** [1] 43:1
**Three** [19] 15:2 17:
8 23:3 35:12 35:13
37:9 37:11 38:8 38:9
45:7 45:8 46:3 47:9
48:10 48:22 49:16 67:
24 74:14 77:7
**Three-wall** [1] 45:7
**Throughout** [1] 35:
14
**Tile** [5] 22:24 25:12
36:19 36:21 36:23
**Tiles** [1] 48:23
**Timely** [7] 59:21 76:
12 76:12 79:1 79:6
79:9 81:21
**Timing** [1] 79:2
**Today** [13] 5:11 12:
24 14:23 25:1 26:9
32:13 33:25 49:19 52:
24 53:19 65:6 71:18
93:8
**Together** [1] 73:15
**Toilet** [8] 34:11 34:
22 34:25 35:2 35:3
36:5 36:6 36:17
**Toilets** [2] 35:8 35:
22
**Tony** [1] 91:7
**Took** [3] 31:15 32:11
34:6 91:6 91:25
**Top** [2] 51:12 88:9
**Tore** [2] 22:23 31:23
**Total** [1] 87:11
**Totally** [1] 22:15
**Tough** [1] 8:21
**Towards** [1] 72:2
**Training** [7] 7:23 8:
1 8:4 8:7 8:9
**Transcript** [2] 96:
13 96:15 96:22
**Traps** [1] 56:8
**Traveled** [1] 29:12
**TRCP** [2] 97:8 98:1
**Trey** [3] 2:3 96:21
97:1
**True** [2] 95:3 96:14
**Try** [3] 14:4 14:10
31:5
**Trying** [2] 76:14 93:
1
**Tub** [1] 29:10
**TV** [3] 51:9 51:10 51:
12
**Twice** [2] 46:8 46:14
**Two** [26] 9:1 17:5 17:
8 17:16 21:24 23:3
23:4 25:17 27:20 29:
2 35:10 36:7 36:14
37:1 37:4 37:7 42:23
55:1 55:24 73:6 73:

20 76:17 88:10 91:5
91:21 93:4
**Two-bedroom** [2] 88:
7 88:9
**Type** [13] 5:18 24:7
31:21 34:19 34:21 36:
24 46:24 52:6 53:25
89:16 90:2 90:18 91:
17
**Types** [1] 6:3
**Typically** [1] 10:12

**U**

**Under** [8] 28:17 59:
16 67:23 68:11 88:23
95:14 95:20 98:1
**Undergrad** [1] 7:15
**Underneath** [23] 18:
15 18:23 18:25 29:10
30:17 34:17 37:19 39:
7 45:4 52:4 53:16 55:
4 55:5 55:11 55:13
55:13 55:13 55:14 55:
25 56:13 67:3 67:4
67:17
**Underside** [2] 32:5
33:2
**Understood** [1] 93:7
**Undertake** [1] 76:9
**Uneducated** [1] 23:
12
**Unit** [22] 38:12 38:
13 38:14 38:21 40:16
40:18 40:24 41:1 42:5
5 41:10 41:12 42:5
43:2 43:4 43:9 43:10
43:12 43:13 43:22 44:
12 44:21 45:2
**United** [1] 69:22
**Units** [2] 38:4 38:11
**Up** [27] 13:15 13:17
18:25 23:4 25:10 28:
10 33:24 36:1 36:2
36:13 38:13 39:4 48:
25 49:8 49:9 55:3 61:
24 69:19 70:10 70:11
70:17 76:21 81:4 81:
5 90:21 90:23 90:24
**Upstairs** [4] 66:25
67:3 88:11 88:11
**Urethane** [5] 46:19
46:20 46:25 47:5 49:9
**UT** [2] 7:12 7:16
**Utility** [3] 26:7 35:
21 67:5
**Utilize** [1] 31:6
**Utilized** [2] 42:22
42:22

**V**

**Value** [5] 11:20 69:
6 69:12 69:15 73:4
**Van** [3] 1:22 2:4 97:2
**Vent** [2] 44:10 44:11
**Verbally** [1] 79:12
**View** [1] 70:24
**Vinyl** [4] 37:16 39:
4 39:7 39:23
**Visited** [1] 66:1
**Visitors** [1] 11:5
**Visually** [1] 53:7
**VS** [2] 1:4 96:4

**W**

**Wait** [1] 86:21
**Waiting** [2] 80:23
81:1
**Wake** [1] 90:23
**Walk** [1] 37:17 40:9

89:10

**Walk-in** [1] 41:18

**Walked** [1] 89:13

**Wall** [18] 24:23 45:7
45:7 45:9 47:15 47:
48:1 48:7 48:11
11 48:12 49:16 51:
51:25 53:2 53:4
53:7 54:7

**Walls** [2] 26:10 48:
10

**Warped** [2] 41:25 42:
2

**Was/was** [1] 98:2

**Water** [42] 18:15 18:
22 29:11 29:17 32:5
32:20 32:25 35:16 36:
3 36:10 40:6 40:8 42:
12 45:6 45:20 47:21
50:1 50:1 50:2 50:8
50:14 54:16 55:2 55:
4 55:5 55:9 55:10 55:
12 55:15 55:18 55:18
56:1 56:2 56:16 57:
13 66:17 66:17 66:18
66:19 67:9 85:23 89:
14

**Water-damaged** [3]
55:9 55:10 55:12

**Week** [2] 11:24 12:4

**Weekly** [3] 11:2 11:
9 12:3

**West** [1] 77:25

**Wet** [4] 29:13 34:3
50:5 50:6

**Whereas** [1] 88:19

**Whittington** [1] 6:
16

**Whole** [10] 22:5 48:
7 48:12 49:12 52:5
10 54:22 74:5 74:
74:17

**wife** [25] 8:22 9:18
15:8 15:17 34:18 60:
23 60:24 61:1 66:6
66:14 72:14 72:19 75:
13 83:18 83:20 88:10
88:21 89:8 89:12 89:
19 89:22 90:4 90:11
93:4 93:5

**Wife's** [1] 8:15

**Window** [3] 44:7 57:
3 57:16

**Windows** [6] 39:10
39:11 39:14 39:15 39:
17 39:20

**Winter** [6] 11:4 11:
5 11:7 11:13 88:15
91:3

**Witness** [17] 1:17 2:
13 8:23 45:13 59:6
63:17 70:16 70:24 72:
5 73:2 75:2 82:1 96:
13 96:14 96:16 96:16
98:15

**Wondering** [3] 44:1
67:18 76:19

**Wood** [13] 26:4 32:11
38:25 41:21 41:22 41:
25 42:17 51:3 51:4
51:19 52:22 52:24 56:
13

**Wooden** [3] 31:17 37:
20 39:5

**Words** [1] 54:25

**rse** [3] 85:20 85:
85:25

**worth** [3] 69:2 70:1
70:5

### Y

**Y'all** [1] 52:16

**Year** [10] 7:13 9:24
10:17 12:10 18:14 28:
6 69:12 70:3 90:6 91:
10

**Year-old** [2] 9:1 9:2

**Year-round** [1] 10:
15

**Yearly** [1] 12:8

**Years** [17] 6:20 7:9
8:20 9:9 9:9 10:11
11:16 11:18 13:8 17:
6 17:9 18:16 27:5 47:
1 47:2 47:7 59:11

**Yesterday** [1] 12:25

**Yourself** [2] 28:11
58:20

### Z

**Zabarte** [1] 6:16