h:/ljg/23100962/proof.svc

United States District Court
Southern District of Texas
FILED

DEC 2 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DENNIS SANCHEZ and § | |
| MARIANNE SANCHEZ § | |
| § | CASE NUMBER B-02-236 |
| vs. § | |
| § | JURY |
| ALLSTATE INSURANCE COMPANY § | |
| AND GARY SELIGMAN § | |

### CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

LARRY J. GOLDMAN certifies and declares as follows:

"I am over the age of eighteen years and not a party to this action.

"My business address is 9311 San Pedro, Suite 900, San Antonio, Texas 78216, which is located in the city, county and state where the mailing described below took place.

"On December 20, 2002, I deposited in the Federal Express overnight drop box at The Nowlin Building, a copy of the Notice to Adverse Party of Removal to Federal Court dated December 20, 2002, a copy of which is attached to this Certificate.

"I declare under penalty of perjury, that the foregoing is true and correct."

Executed on December 20, 2002.

Respectfully submitted:

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
CARLOS E. SOLIS
State Bar No. 24002972

ATTORNEY FOR DEFENDANTS
ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this _____ day of December, 2002:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN
CARLOS E. SOLIS