3

h:/ljg/23100962/related litigation

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

DEC 2 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DENNIS SANCHEZ and | § | |
| MARIANNE SANCHEZ | § | |
| | § | |
| vs. | § | CASE NUMBER  B-02-236 |
| | § | JURY |
| ALLSTATE INSURANCE COMPANY | § | |
| AND GARY SELIGMAN | § | |

### NOTICE OF RELATED LITIGATION AND AFFECTED NON-PARTIES

TO THE HONORABLE JUDGE:

NOW COMES Defendant, ALLSTATE INSURANCE COMPANY, and files this, its Notice of Related Litigation and Affected Non-Parties in this litigation:

1. This case has been removed pursuant to 28 U.S.C. § 1446(a). Accordingly, Plaintiffs initiated this suit by filing Plaintiffs' Original Petition on July 22, 2002 in 404th Judicial District Court, Cameron County, Texas. Otherwise, there is no related current or recent litigation applicable to this suit.

2. Counsel for Defendant certifies that, at the time of the filing of this removal, they are not aware of any directly affected non-parties to this suit.

Respectfully submitted:

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
CARLOS E. SOLIS
State Bar No. 24002972

ATTORNEY FOR DEFENDANTS
ALLSTATE INSURANCE COMPANY

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this _____ day of December, 2002:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN
CARLOS E. SOLIS