4

h:/ljg/23100962/designate.mtn



United States District Court
Southern District of Texas
FILED

DEC 2 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DENNIS SANCHEZ and MARIANNE SANCHEZ | § § § | |
| vs. | § § | CASE NUMBER  B-02-236 |
| ALLSTATE INSURANCE COMPANY AND GARY SELIGMAN | § § § | JURY |

### DESIGNATION OF LARRY J. GOLDMAN AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendant, ALLSTATE INSURANCE COMPANY, designates Larry J. Goldman as attorney in charge, pursuant to Local Rule 2.

2. Larry J. Goldman will be responsible for the suit and shall be the attorney to receive all communications from the Court and from other parties.

3. Notice of this designation has been provided to all other parties, according to Federal Rule of Civil Procedure 5(d).

Respectfully submitted:

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
CARLOS E. SOLIS
State Bar No. 24002972

ATTORNEY FOR DEFENDANTS
ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this _____ day of December, 2002:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN
CARLOS E. SOLIS