5

*h:/ljg/23100962/entities.not*

United States District Court
Southern District of Texas
FILED

DEC 2 3 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| **DENNIS SANCHEZ and** § | |
| **MARIANNE SANCHEZ** § | |
| § | |
| **vs.** § | **CASE NUMBER** B-02-236 |
| § | **JURY** |
| **ALLSTATE INSURANCE COMPANY** § | |
| **AND GARY SELIGMAN** § | |

### NOTICE OF ENTITIES WITH A
### FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Defendant, ALLSTATE INSURANCE COMPANY, and files this, its list

of entities that are financially interested in this litigation:

1.    Plaintiffs:
    Dennis and Marianne Sanchez

2.    Mr. Benigno (Trey) Martinez
    Martinez Ybarrera, L.L.P.
    1201 E. Van Buren
    Brownsville, Texas 78520

3.    Defendant:
    Allstate Insurance Company

4.    Attorneys:
    Larry J. Goldman
    Carlos E. Solis
    Adami Goldman & Shuffield
    The Nowlin Building
    9311 San Pedro, Suite 900
    San Antonio, Texas 78216

Respectfully submitted:

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228


By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450
CARLOS E. SOLIS
State Bar No. 24002972

ATTORNEY FOR DEFENDANTS
ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been

forwarded to the following counsel of record in compliance with the Federal Rules of Civil

Procedure on this _____ day of December, 2002:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520


_____
LARRY J. GOLDMAN
CARLOS E. SOLIS