United States District Court
Southern District of Texas
FILED

FEB 10 2003

Michael N. Milby
Clerk of Court

*231000.962/removal.not.supp*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DENNIS SANCHEZ AND MARIANNE SANCHEZ | § § § | |
| VS. | § § | CASE NUMBER B-02-236 JURY |
| ALLSTATE INSURANCE COMPANY AND GARY SELIGMAN | § § § | |

### DEFENDANTS, ALLSTATE INSURANCE COMPANY SUPPLEMENTAL NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

PLEASE TAKE NOTICE that Defendants, ALLSTATE INSURNACE COMPANY and GARY SELIGMAN ("Defendants") hereby remove to this Court the state court action described below, and files this Supplemental Notice of Removal under 28 U.S.C. § 1446(a):

### BACKGROUND

Plaintiffs are Dennis and Marianne Sanchez; Defendant is Allstate Insurance Company. Defendant, ALLSTATE INSURANCE COMPANY ("Allstate"), was at the time of the filing of this action, and still is, incorporated under the laws of the State of Illinois, having its principal place of business in Northbrook, Illinois.

On July 22, 2002, an action was commenced in the 404th Judicial District Court, Cameron County, Texas entitled <u>Dennis and Marianne Sanchez v. Allstate Insurnace Company and Gary Seligman</u> as Cause Number 2002-07-2926-G. Defendant files this Notice of Removal within the thirty-day time period required by 28 U.S.C. § 1446(b).

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to provisions of 28 U.S.C. §1441(a) in that it is a civil action wherein the amount in controversy exceeds the sum of

Seventy Five Thousand Dollars ($75,000.00) exclusive of interest and costs and is between parties of different states.

## BASIS FOR REMOVAL

Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000); *Laughlin v. K-Mart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995). Plaintiffs are citizens of the State of Texas. Defendant is not a citizen of the State of Texas, nor is it incorporated under the laws of Texas and does not maintain a principal place of business within Texas. Accordingly, Defendant Allstate Insurance Company is a citizen of Illinois. *See Affidavit of Ingrid Bohlender attached and incorporated herein by reference as Exhibit A*. The amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), excluding interest, costs and attorneys fees.

Defendant Allstate supplements this Notice of Removal with an affidavit stating that Gary Seligman is not a citizen of Texas. *See Affidavit of Gary Seligman attached and incorporated herein by reference as Exhibit B*.

All pleadings, process, orders and other filings in the state court action have been previously attached to the prior notice as required by 28 U.S.C. § 1446(a).

## JURY DEMAND

Plaintiffs did demand a jury in the state court action.

>Respectfully submitted,
>
>ADAMI, GOLDMAN & SHUFFIELD
>9311 San Pedro, Suite 900
>San Antonio, Texas 78216
>Telephone: (210) 344-0500
>Telecopier: (210) 344-7228
>
>By:_____
>LARRY J. GOLDMAN
>State Bar No. 08093450
>CARLOS E. SOLIS
>State Bar No. 24002972
>
>ATTORNEY FOR DEFENDANTS
>ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 7th day of February, 2003:

Mr. Benigno (Trey) Martinez
MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN

h:/ljg/23100962/bohlender.aff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DENNIS SANCHEZ AND § | |
| MARIANNE SANCHEZ § | |
| § | |
| VS. § | CASE NUMBER B-02-236 |
| § | JURY |
| ALLSTATE INSURANCE COMPANY § | |
| AND GARY SELIGMAN § | |

AFFIDAVIT OF INGRID BOHLENDER

STATE OF ILLINOIS )
)
COUNTY OF COOK )

BEFORE ME, the undersigned authority, on this day personally appeared **Ingrid Bohlender**, who upon oath did depose and say the following:

1. "My name is Ingrid Bohlender. I have never been convicted of a felony. I am competent to make this affidavit, and the statements contained herein are within my personal knowledge and they are true and correct.

2. "I am a Senior Legal Assistant for Allstate Insurance Company. I am the person authorized to sign this document on behalf of Allstate Insurance Company in the above-referenced cause.

3. As part of my ordinary job responsibilities, I have access to the business records of Allstate Insurance Company. The records I have reviewed related to my affidavit testimony are all made and stored in the ordinary course of business of Allstate Insurance Company. All of these records were recorded by a person with knowledge of the matters recorded and they are made at or near the time of the events or matters described in the records. My review of the relevant business records of Allstate Insurance Company reveals that Allstate Insurance Company is an Illinois

Page 1 of 2

domiciled insurance company formed with the Illinois Insurance Department on February 9, 1931. Allstate Insurance Company has never been incorporated in Texas and its principal place of business is in Illinois."

*Ingrid Bohlender*
Ingrid Bohlender
Senior Legal Assistant
Allstate Insurance Company

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the 15th day of January, 2003.

*Barbara G. Green*
Notary Public in and for the State of Illinois

My Commission Expires: 2-15-03

"OFFICIAL SEAL"
BARBARA G. GREEN
Notary Public, State of Illinois
My Commission Expires Feb. 15, 2003

h:/ljg/23100984/bohlender.aff
09-25-02/HRJ/hc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DENNIS SANCHEZ AND** | § | |
| **MARIANNE SANCHEZ** | § | |
| | § | |
| VS. | § | CASE NUMBER B-02-236 |
| | § | JURY |
| **ALLSTATE INSURANCE COMPANY AND** | § | |
| **GARY SELIGMAN** | § | |

### AFFIDAVIT OF GARY SELIGMAN

STATE OF TEXAS )
)
COUNTY OF HARRIS )

BEFORE ME, the undersigned authority, on this day personally appeared **GARY SELIGMAN**, who upon oath did depose and say the following:

1. "My name is GARY SELIGMAN. I have never been convicted of a felony, I am competent to make this affidavit, and the statements contained herein are within my personal knowledge and they are true and correct.

2. I am employed by Pilot and am a contract adjuster for Allstate Insurance Company. I am not a Texas resident and have been a resident of Florida since 1961. My Florida driver's license number is S425-281-39-266-0 and permanent residence is 6253 N.W 62nd Terrace, Parkland, Fl 33067.

3. I was first assigned to handle this claim on January 4, 2002. I have never spoken to the Plaintiffs Dennis and Marianne Sanchez as they were represented by an attorney at the time I took over the file."

_____
Gary Seligman
Allstate Insurance Company

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the 15th day of ___JAN.___, 2003.

_____
Notary Public in and for the State of Texas

My Commission Expires: _____

(SEAL)

[Notary Seal: SHERINE A. HAGOOD, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES: AUGUST 8, 2004]