IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DENNIS SANCHEZ and § | |
| MARIANNE SANCHEZ § | |
| § | |
| V. § | No. B-02-236 |
| § | |
| ALLSTATE INSURANCE COMPANY, § | |
| AND GARY SELIGMAN § | |

**PLAINTIFFS' RESPONSE AND OBJECTION TO DEFENDANTS' SUPPLEMENTAL NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:**

COME NOW, Dennis Sanchez and Marianne Sanchez, Plaintiffs herein, and file this Plaintiffs' Response and Objection to Defendants' Supplemental Notice of Removal of Action Under 28 U.S.C. § 1441(a). In support of their response and objection, Plaintiffs respectfully show unto the Court the following:

1. Defendants supplemental notice is untimely filed.

2. Plaintiffs find that it is disingenuous that Defendants now submit an Affidavit of an individual who has worked and resided within the State of Texas for a significant period of time, fraudulently claiming that he is a permanent resident of Florida.

3. Gary Seligman at all relevant times was either a member, employee, or agent of Allstate residing and working on behalf of Allstate in the State of Texas.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that upon final hearing thereof, this Court remand the lawsuit to State Court, and grant such other and further relief, at law and in equity, to which they may be justly entitled.

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

_____
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Bar. No. 23945

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon counsel of record by certified mail, return receipt requested on this the 3rd day of March, 2003.

_____
Benigno (Trey) Martinez