IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DENNIS SANCHEZ and | § | |
| MARIANNE SANCHEZ | § | |
|    Plaintiffs, | § | |
| | § | |
| V. | § | No. B-02-236 |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
| AND GARY SELIGMAN | § | |
|    Defendants. | § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(F)
FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW, **DENNIS SANCHEZ AND MARIANNE SANCHEZ**, Plaintiffs and

**ALLSTATE INSURANCE COMPANY AND GARY SELIGMAN,** Defendants in the above

entitled and numbered cause, and subject to and without waiving relief previously requested of this

Honorable Court, file this the Joint Discovery/Case Management Plan.

1.  STATE WHERE AND WHEN THE MEETING OF THE PARTIES REQUIRED BY RULE
    26(F) WAS HELD AND IDENTIFY THE COUNSEL WHO ATTENDED FOR EACH
    PARTY.

    Plaintiffs' counsel and Defendants' counsel conferred on April 9, 2003 via telephone
conference.

2.  LIST THE CASES RELATED TO THIS ONE THAT ARE PENDING IN ANY STATE
    OR FEDERAL COURT WITH THE CASE NUMBER AND COURT.

    None that are mold related.  However, Defendant Allstate has been a party to a class action
    which involves violations of the Fair Credit Reporting Act and Texas Insurance Code
    violations to which Plaintiffs may be a class member. Defendant denies that the class action
    mentioned has anything to do with the subject matter of this case.

3.    SPECIFY THE ALLEGATION OF FEDERAL JURISDICTION.

Plaintiffs believe that there is no federal jurisdiction. Defendant contends that this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to provisions of 28 U.S.C. §1441(a) in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000.00) exclusive of interest and costs and is between parties of different states.

4.    NAME THE PARTIES WHO DISAGREE AND THE REASONS.

Plaintiffs and Defendants disagree as to whether federal jurisdiction applies. Plaintiffs have alleged causes of action based in negligence, Texas Insurance Code violations, Texas Deceptive Trade Practices Act violations, breach of contract, fraud, and others. None of these are based on Federal Questions. Moreover, Plaintiffs contend that there is not complete diversity among the parties.

5.    LIST ANTICIPATED ADDITIONAL PARTIES THAT SHOULD BE INCLUDED, WHEN THEY CAN BE ADDED, AND BY WHOM THEY ARE WANTED.

None at this time.

6.    LIST ANTICIPATED INTERVENTIONS.

None anticipated.

7.    DESCRIBE CLASS-ACTION ISSUES.

None involved in the instant case.

8.    STATE WHETHER EACH PARTY REPRESENTS THAT IT HAS MADE THE INITIAL DISCLOSURES REQUIRED BY RULE 26(A). IF NOT, DESCRIBE THE ARRANGEMENTS THAT HAVE BEEN MADE TO COMPLETE THE DISCLOSURES.

Plaintiffs and Defendants have engaged in significant amounts of discovery and have even attempted mediation. Both parties will submit Initial Disclosures within the prescribed period.

9.    DESCRIBE THE PROPOSED AGREED DISCOVERY PLAN, INCLUDING:

1.    RESPONSES TO ALL THE MATTERS RAISED IN RULE 26(F)

Plaintiffs and Defendants have already engaged in discovery and are currently in the process of setting up Defendants' depositions and then both parties respective experts.

2.    WHEN AND TO WHOM THE PLAINTIFF ANTICIPATES IT MAY SEND INTERROGATORIES.

Plaintiffs and Defendants have already engaged in significant written discovery.

3.    WHEN AND TO WHOM THE DEFENDANT ANTICIPATES IT MAY SEND INTERROGATORIES.

Plaintiffs and Defendants have already sent interrogatories to each other.

4.    OF WHOM AND BY WHEN THE PLAINTIFF ANTICIPATES TAKING ORAL DEPOSITIONS.

Plaintiffs anticipate taking the oral depositions of the named Defendants as well as any expert the Defendants intend on producing at trial by the end of June 30, 2003.

5.    OF WHOM AND BY WHEN THE DEFENDANT ANTICIPATES TAKING ORAL DEPOSITIONS.

Defendants intend on deposing Plaintiffs experts and witnesses by September 30, 2003.

6.    WHEN THE PLAINTIFF (OR THE PARTY WITH THE BURDEN OF PROOF ON AN ISSUE) WILL BE ABLE TO DESIGNATE EXPERTS AND PROVIDE THE REPORTS REQUIRED BY RULE 26(A)(2)(B) AND WHEN THE OPPOSING PARTY WILL BE ABLE TO DESIGNATE RESPONSIVE EXPERTS AND PROVIDE THEIR REPORTS.

Plaintiffs have already provided written expert reports to the Defendants. Defendants are still in the process of investigation and producing such experts and reports.

7.    LIST EXPERTS DEPOSITIONS THE PLAINTIFF (OR THE PARTY WITH THE BURDEN OF PROOF ON AN ISSUE) ANTICIPATES TAKING AND THEIR ANTICIPATED COMPLETION DATE. *SEE* RULE 26(A)(2)(B) (EXPERT REPORT).

Plaintiffs hope to complete expert depositions by June 30, 2003.

8.    LIST EXPERT DEPOSITIONS THE OPPOSING PARTY ANTICIPATES TAKING AND THEIR ANTICIPATED COMPLETION DATE. *SEE* RULE 26(A)(2)(B) (EXPERT REPORT).

Defendants intend on deposing Plaintiffs experts and witnesses by September 30, 2003.

9.    THE PARTIES ARE NOT AGREED ON A PART OF THE DISCOVERY PLAN, DESCRIBE THE SEPARATE VIEWS AND PROPOSALS OF EACH PARTY.

Significant discovery has already been completed. The parties are in agreement on the Discovery Plan.

10.    SPECIFY THE DISCOVERY BEYOND INITIAL DISCLOSURES THAT HAS BEEN UNDERTAKEN TO DATE.

Interrogatories, Requests For Production of Documents, Request for Admissions, and Request for Disclosures have been submitted and answered by both sides. However, there may be issues brought up to this Honorable Court regarding some answers and objections submitted by the by both parties if counsel cannot come to an agreement on such answers.

11.    STATE THE DATE THE PLANNED DISCOVERY CAN REASONABLY BE COMPLETED.

The discovery deadline will be October 30, 2003.

12.    DESCRIBE THE POSSIBILITIES FOR A PROMPT SETTLEMENT OR RESOLUTION OF THE CASE THAT WERE DISCUSSED IN YOUR RULE 26(F) MEETING.

Mediation was unsuccessfully attempted. However, an additional investigation is being conducted and the parties may be amenable to a new mediation.

13.    DESCRIBE WHAT EACH PARTY HAS DONE OR AGREED TO DO TO BRING ABOUT A PROMPT RESOLUTION.

Each party agreed to mediate the case.

21.    LIST THE NAMES, BAR NUMBERS, ADDRESSES AND TELEPHONE NUMBERS OF ALL COUNSEL.

Mr. Benigno (Trey) Martinez
1201 E. Van Buren
Brownsville, Texas 78520
Ph. 956-546-7159
Bar Number: 00797011

Mr. Larry Goldman
**ADAMI, GOLDMAN & SHUFFIELD**
NOWLIN BUILDING
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Ph. 210-344-0500
Bar Number:

_____          4/14/03
Benigno (Trey) Martinez                   _____
                                          Date

_____          4/14/03
Larry Goldman          w/ permission      _____
                                          Date

6

**Allstate**
You're in good hands.

**Allstate Insurance Company**
**1500 City West, Suite 800**
**Houston, TX.   77042**

June 4, 2002

Martinez y Barrera, L.L.P.
Attorneys at Law
1201 E. Van Buren
Brownsville, Texas 78520

Attention: Mr. Benigno " Trey" Martinez

Re:   Insured: Dennis Sanchez
      Claim #: 8202563709 et.al

Dear Mr. Martinez:

Pursuant to my prior letter of May 28th, I am enclosing seven checks as payment for the remediation expenses for each of the six claims plus the content packout.

Attached you will find a chart which breaks out the cost per each claim. The content packout cost of $21,625.19 is paid under a separate check.

As soon as we are notified of the date that remediation will commence, Mr. Moody will contact your office to discuss the ALE process. If you have any questions concerning these checks or any other portion of the insured's claim, please call me.

Sincerely yours,

Gary Seligman
Claim Coordinator



EXHIBIT
**A**

Martinez & Barrera

JUN 1 0 2002

RECEIVED

Telephone   713-435-2798          Facsimile  713-435-2789

G52-2



**Allstate Insurance Company**
**1500 City West, Suite 800**
**Houston, TX.   77042**

**May 28, 2002**


Martinez y Barrera, L.L.P.
Attorneys at Law
1201 E. Van Buren
Brownsville, Texas 78520

Attention: Mr. Benigno " Trey" Martinez

Re:   Insured: Dennis Sanchez
      Claim #: 8202563709 et.al

Dear Mr. Martinez:

We have just received the remediation and content cleaning/packout estimates from Prime Environmental. A copy of these estimates is attached for your files.

I will be breaking down the remediation estimate between the six claims open for the insured. The contents estimate will be paid under the master HVAC claim as that is how the spores will spread throughout the house.

Once the remediation operations commence, the insured's ALE will start also and continue through the reconstruction phase. Mr. Moody has been alerted to the ALE situation and is prepared to discuss the ALE procedures with you prior to the commencement of the remediation operations.

If you have any questions, please call me.


Sincerely,


Gary Seligman
Claim Coordinator

Martinez & Barrera

MAY 3 0 2002

RECEIVED


Telephone   713-435-2798          Facsimile  713-435-2789

G52-2



**Allstate Insurance Co.**
**1500 City West, Suite 800**
**Houston, TX 77042**

**Phone Number: 713-430-2200**
**Office Hours:    Monday-Friday 8:00-4:30**

May 6, 2002

Martinez & Barrera, L.L.P.
Attorneys at Law
1201 W. Van Buren
Brownsville, Texas  78520

**ATTENTION:  MR. BENIGNO "TREY" MARTINEZ**

|  | | |
|---|---|---|
| Re: | Company Name: | **Allstate Texas Lloyds Company** |
| | Claim Number(s): | **8202563709 (A/C Leak – Center Unit)** |
| | Our Insured: | **DENNIS SANCHEZ** |
| | Loss Date: | **August 15, 2001** |
| | Location: | **1827 Palm Boulevard, Brownsville, TX 78520** |

Dear Mr. Martinez:

Thank you for your continued patience during the adjustment of your client's claim. It is not concluded for the following reason(s):

We are waiting for the remediation estimate from Prime Environmental.

Should you wish to discuss this matter further or have other questions, please call me at 713-435-2798.

Sincerely,

Gary Seligman
Claims Adjuster

Martinez & Barrera

MAY 1 3 2002

RECEIVED

G52-2


You're in good hands.

Allstate Insurance Co.
1500 City West, Suite 800
Houston, TX 77042

Phone Number: 713-430-2200
Office Hours:    Monday-Friday 8:00-4:30

April 3, 2002

Martinez & Barrera, L.L.P.
Attorneys at Law
1201 W. Van Buren
Brownsville, Texas  78520

**ATTENTION:  MR. BENIGNO "TREY" MARTINEZ**

|  | Re: | **Company:** | **Allstate Texas Lloyds Company** |
|---|---|---|---|
|  |  | **Insured:** | **DENNIS SANCHEZ** |
|  |  | **Insured Premises:** | **1827 Palm Boulevard, Brownsville, TX 78520** |
|  |  | **Claim Number(s)** | **8202890417 (Pipe Leak – Living/Dining Room)** |

Dear Mr. Martinez:

This will acknowledge receipt of your letter of representation of your client's claim of March 25, 2002.  Under your client's homeowners' policy, your clients are required to take certain actions. Your client's duties in case of a loss to covered property caused by a peril insured against, include:

1.  Give prompt written notice to us of the facts relating to the claim:

2.  Protect the property from further damage;

3.  Make reasonable and necessary repairs to protect the property;

4.  Keep an accurate record of repair expenses;

5.  Furnish a complete inventory of damage to personal property showing the quantity, description and amount of loss (attaching all bills, receipts and related documents which justify the figures in the inventory);

6.  As often as we reasonably require:

    a.  Provide us access to the damaged property;
    b.  Provide us with pertinent records and documents we request and permit us to make copies;
    c.  Submit to examination under oath and sign and swear to it; and

7.  Provide a signed and sworn proof of loss on a standard form supplied by us within 91 days of our request.

Martinez & Barre
APR 0 3 2002
RECEIVED

G52-2



I have enclosed a standard form of a proof of loss. Please have your client answer all of these questions and provide all information requested, to the best of his/her knowledge and belief. Your client then must sign the verification before a notary confirming that the information given in response to the questions in the proof of loss is correct to the best of his/her knowledge and belief. You should send the completed sworn proof of loss to me as soon as possible to permit Allstate to investigate your client's claim promptly. Under the policy, your client must send the sworn proof of loss within 91 days of this request.

In order to investigate your client's claim, we will also need to come to your client's home to inspect any damaged property. We will contact you regarding the arrangements for the inspection of your client's residence and to obtain any additional pertinent records and documents we may need. Also, we may need to take your client's examination under oath. We will advise you if this is necessary in order to schedule a time and place that is convenient for your client to take this examination under oath.

Please make sure you contact me if you have any questions. Thank you.

Sincerely,

Gary Seligman
Claim Representative

Enclosure

ENDORSEMENT NO. HO-190
Effectiv
July 8, 1992

**TEXAS HOMEOWNER POLICY
SWORN STATEMENT IN PROOF OF LOSS**
(THIS FORM IS NOT A RELEASE)

POLICY NO:

INSURING COMPANY NAME:

NAMED INSURED (AS SHOWN ON THE ABOVE POLICY):

The statements made in this sworn statement in proof of loss are to the best of my knowledge and belief.

1)  **Time and Cause of Loss:**

    **a.**  Date of Loss:

    **b.**  Time of Loss:      ___ a.m.      ___ p.m.

    **c.**  Cause of Loss: (explain) _____
    _____
    _____

2)  **Interest:**
    **a.**  The interest of the insured's in the damaged property  (owner, leasehold, etc.):

                INSURED'S NAME          INTEREST
        (1)
        (2)

    **b.**  The interest of all others in the damaged property  (mortgagee, loss payee, assignee, etc.):

                    NAME            INTEREST
        (1)
        (2)

3)  **Other Insurance:**
    If there is other insurance which may cover this loss, provide the company name(s) and policy number(s).

                  COMPANY NAME         POLICY NO.
    **a.**
    **b.**
    **c.**

4)  **Valuation of the damaged property at time of loss:**

| PROPERTY DESCRIPTION | ACTUAL CASH VALUE | REPLACEMENT COST VALUE | AMOUNT CLAIMED |
|---|---|---|---|
| Dwelling | $ | $ | $ |
| Other Structures | $ | $ | $ |
| Personal Property | $ | $ | $ |
| Other | | | $ |

_____    _____
Signature                 Date       Signature                  Date

Subscribed and sworn to before me this _____ day of _____, 19_____

Signed _____    My commission expires _____

Notary Public in and for _____
                     County, Texas

Prescribed by the State Board of Insurance
Endorsement No. HO-190 - Sworn Statement In Proof Of Loss - Effective July 8, 1992

MARKET CLAIM OFFICE
1200 AEROSPACE BLVD 400
HOUSTON TX 77034

 **Allstate.**
You're in good hands.

PHONE NUMBERS: 713-512-2500
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

April 2, 2002

Mr.Benigno "Trey" Martinez
Martinez y Barrera
1201 East Van Buren
Brownsville, TX. 78520

Re: Dennis Sanchez
    Allstate Texas Lloyds Company
    Date of Accident: October 17, 2001
    Claim Number:    8202669472

Dear Mr. Martinez:

I am writing you in regards to the WATER claim your client, Dennis Sanchez, has submitted under his Homeowners Policy number 216299315.

We have considered the facts and information discovered by our investigations by our adjuster, HVAC inspector and mold assessor. This claim was opened for Upstairs AC water leaks. The damages that occurred because of this source of loss are currently being addressed by another claim, #8202563709. Thus, this claim is a duplicate and is being closed without payment.

If you would like to bring any additional information to Allstate's attention, please do so as soon as possible. In addition, if you would like to discuss this letter, I can be reached by phone at 713-435-2646. Our mailing address is 12000 AEROSPACE BLVD, HOUSTON, TX 77034,

Sincerely,

GARY SELIGMAN
Allstate Property-Casualty Claim Service Organization.

Martinez & Barrera

APR 1 1 2002

RECEIVED

G52-2

MARKET CLAIM OFFICE
1200 AEROSPACE BLVD 400
HOUSTON TX 77034


You're in good hands.

PHONE NUMBERS· 713-512-2500
OFFICE HOURS. MONDAY-FRIDAY 8:00-5:30

April 2, 2002

Mr. Benigno "Trey" Martinez
Martinez y Barrera, L.L.P.
1201 East Van Buren
Brownsville, TX   78520

RE: Dennis Sanchez
    Allstate Texas Lloyds Company
    Date of Accident: October 17, 2001
    Claim Number:   8202669522

Dear Mr. Martinez:

I am writing you in regards to the WATER claim your client, Dennis Sanchez,
has submitted under his homeowners Policy number 216299315..

We have considered the facts and information and reviewed the terms of your Policy. Based on
this information, we must respectfully deny coverage for the loss you are claiming.

On page(s)  4, Section I, the pertinent section of your policy states:

> SECTION I -  PERILS INSURED AGAINST
>     We insure against all risks of physical loss to the property described in Section I
>     Property coverage, Coverage A (Dwelling) unless loss is excluded in Section I
>     Exclusions

Our investigation showed that there is no leak from the kitchen sink. The damages for which this
claim was established were caused by a leak in the kitchen's HVAC system and are covered
under claim #8202669530.

If you would like to bring any additional information to Allstate's attention, please do so as soon
as possible. In addition, if you would like to discuss this letter, I can be reached by phone at 713-
435-2798. Our mailing address is 12000 AEROSPACE BLVD,  HOUSTON, TX  77034,

Sincerely,

GARY  SELIGMAN
Allstate Property-Casualty Claim Service Organization.

Martinez & Barrera

APR 1 1 2002

RECEIVED

G52-2

MARKET CLAIM OFFICE
1200 AEROSPACE BLVD 400
HOUSTON TX 77034

 **Allstate.**
You're in good hands.

PHONE NUMBERS. 713-512-2500
OFFICE HOURS: MONDAY-FRIDAY 8:00-5.30

April 2, 2002

Mr. Benigno " Trey" Martinez
Martinez y Barrera
1201 East Van Buren
Brownsville, TX   78520

RE:Dennis Sanchez
    Allstate Texas Lloyds Company
    Date of Accident: October17, 2001
    Claim Number: 8202669563

Dear Mr. Martinez:

I am writing you in regards to the WATER claim your client, Dennis Sanchez, has submitted
under his homeowners Policy number 216299315.

We have considered the facts and information and reviewed the terms of your client's policy.
Based on this information, we must respectfully deny coverage for the loss you are claiming.

On page(s)  3, Section I, the pertinent section of your policy states:

**SECTION I -  PERILS INSURED AGAINST**
**COVERAGE  A ( DWELLING )**
    We insure against all risks of physical loss to property described in Section I Property
Coverage, Coverage A ( Dwelling) unless loss is excluded in Section I Exclusions

This claim was made for damage caused by or resulting from a roof leak in the maid's quarters.
The investigation by the mold assessor and the plumbing company discovered neither visible
damage nor mold in the maid's room resulting from a roof leak nor is there any evidence of a
current roof leak. The roof leaks in the library, master bedroom and bedroom #3 are covered
under another claim, #8202669555.

If you would like to bring any additional information to Allstate's attention, please do so as soon
as possible. In addition, if you would like to discuss this letter, I can be reached by phone at 713-
435-2798. Our mailing address is 12000 AEROSPACE BLVD,  HOUSTON, TX  77034,

Sincerely,

GARY SELIGMAN
Allstate Property-Casualty Claim Service Organization.

Martinez & Barrera

APR 1 ? 2002

RECEIVED

G52-2

MARKET CLAIM OFFICE
1200 AEROSPACE BLVD 400
HOUSTON TX 77034



PHONE NUMBERS: 713-512-2500
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

April 2, 2002

Mr. Benigno " Trey" Martinez
Martinez y Barrera
1201 East Van Buren
Brownsville, TX  78520

RE: Dennis Sanchez
    Allstate Texas Lloyds Company
    Date of Accident: October17, 2001
    Claim Number: 8202669498

Dear Mr. Martinez:

I am writing you in regards to the WATER claim your client, Dennis Sanchez, has submitted
under his homeowners Policy number 216299315.

We have considered the facts and information and reviewed the terms of your client's policy.
Based on this information, we must respectfully deny coverage for the loss you are claiming.

On page(s)  3, Section I, the pertinent section of your policy states:

**SECTION I - PERILS INSURED AGAINST**
**COVERAGE  A ( DWELLING )**
    We insure against all risks of physical loss to property described in Section I Property
Coverage, Coverage A ( Dwelling) unless loss is excluded in Section I Exclusions

This claim was made for damage caused by or resulting from a roof leak in the garage. The
investigation by the mold assessor and the plumbing company discovered neither visible damage
nor mold in the garage resulting from a roof leak nor is there any evidence of a current roof leak.
The damage is the result of a leak in the sauna pump that is covered under another claim,
#8202669555.

If you would like to bring any additional information to Allstate's attention, please do so as soon
as possible. In addition, if you would like to discuss this letter, I can be reached by phone at 713-
435-2798. Our mailing address is 12000 AEROSPACE BLVD,  HOUSTON,  TX  77034,

Sincerely,

GARY SELIGMAN
Allstate Property-Casualty Claim Service Organization.

Martinez & Barrera

APR 1 0 2002

RECEIVED

G52-2

MARKET CLAIM OFFICE
1200 AEROSPACE BLVD 400
HOUSTON TX 77034


You're in good hands.

PHONE NUMBERS: 713-512-2500
OFFICE HOURS. MONDAY-FRIDAY 8.00-5·30

April 2, 2002

Mr. Benigno " Trey " Martinez
Martinez y Barrera
1201 East. Van Buren
Brownsville, TX  78520

RE: Dennis Sanchez
    Allstate Texas Lloyds Company
    Date of Accident: October 17, 2001
    Claim Number:    8202669738

Dear  Mr. Martinez:

I am writing you in regards to the WATER claim your client, Dennis Sanchez, has submitted under his homeowners Policy number 216299315.

We have considered the facts and information and reviewed the terms of your Policy. Based on this information, we must respectfully deny coverage for the loss you are claiming.

On page(s)  4, Section I, the pertinent section of your policy states:

> SECTION I -  EXCLUSIONS
> h. We do not cover loss under Coverage A (dwelling) caused by settling. cracking, bulging, shrinkage, or expansion of foundations, walls, floors, ceilings, roof structures, walks, drives, curbs, fences ,retaining walls or swimming pools.

Our investigation discovered no subsurface leaks or any other covered source of loss that caused the cracks in the swimming pool deck.

If you would like to bring any additional information to Allstate's attention, please do so as soon as possible. In addition, if you would like to discuss this letter, I can be reached by phone at 713-435-2798. Our mailing address is 12000 AEROSPACE BLVD,  HOUSTON,  TX  77034,

Sincerely,

GARY SELIGMAN
Allstate Property-Casualty Claim Service Organization.

Martinez & Barrera

APR 1 0 2002

RECEIVED

G52-2

MARKET CLAIM OFFICE
1200 AEROSPACE BLVD 400
HOUSTON TX 77034

**Allstate.**
You're in good hands.

PHONE NUMBERS: 713-512-2500
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

April 2, 2002

Mr.Benigno "Trey" Martinez
Martinez y Barrera
1201 East Van Buren
Brownsville, TX.  78520

Re:  Dennis Sanchez
     Allstate Texas Lloyds Company
     Date of Accident: October 17, 2001
     Claim Number:    8202669506

Dear Mr. Martinez:

I am writing you in regards to the WATER claim your client, Dennis Sanchez, has submitted under his Homeowners Policy number 216299315.

We have considered the facts and information discovered by our investigations by our adjuster, HVAC inspector and mold assessor. This claim was opened for exterior AC leaks. There were no exterior damages that occurred because of this source . All AC losses are currently being addressed by another claim, #8202563709. Thus, this claim is a duplicate and is being closed without payment.

If you would like to bring any additional information to Allstate's attention, please do so as soon as possible. In addition, if you would like to discuss this letter, I can be reached by phone at 713-435-2646. Our mailing address is 12000 AEROSPACE BLVD, HOUSTON, TX  77034,

Sincerely,

GARY SELIGMAN
Allstate Property-Casualty Claim Service Organization.

Martinez & Barrera

RECEIVED

G52-2

**Allstate Insurance Company**
**1500 City West, Suite 800**
**Houston, TX.   77042**

March 25, 2002

Martinez y Barrera, L.L.P.
Attorneys at Law
1201 E. Van Buren
Brownsville, Texas  78520

Attention:  Mr. Benigno " Trey " Martinez

Re:  Insured: Dennis Sanchez
      Claim #: 8202563709  et.al.

Dear Mr. Martinez:

We have just received the protocol from the mold assessor, P. E. Services. In reviewing their report, there are only five sources of damages that caused the mold and/or water losses in the insured's home.

We will be canceling the following claims as there is either no damage in the area that the claim was opened for or the damages are included under another claim:
   A: 8202669738 – pool deck cracks – no covered source of loss
   B: 8202669472 - Upstairs A/C leak – covered under 8202563709
   C: 8202669522 – Kitchen sink leak – no evidence of current or past leak or
                                            Any damage
   D: 8202669563 – roof leak maid's quarters – no evidence of any damage
   E:  8202669506 – Exterior AC system leaks – no evidence of any exterior
                           Damage- all AC damage covered under 8202563709
   F: 8202669498 – Garage roof leak. – Assessor stated these damages caused
                           By master bathroom sauna leak – we are setting up new
                           Claim for these damages.

Also due to assessor's report, we will be opening 2 new claims to cover damages as directed by the protocol:
   1: Master bathroom – sauna leak
   2: Living / dining rooms – past plumbing leak in crawlspace

Now that the protocol has been promulgated, we will need a remediation estimate that follows the protocol. We will be having a qualified contractor contact your office in order to set an appointment to inspect insured's dwelling. Of course, your client is welcome to obtain an estimate from any qualified contractor.

Martinez & Barrer-

APR 0 1 2002

RECEIVE!

Telephone   713-435-2798                     Facsimile  713-435-2789

Page Two

Please call me if you have any questions concerning the above mentioned items. We will wait for one week before we close and open the claims as described above.

Sincerely yours,

Gary Seligman
Claims Coordinator

Telephone   713-435-2798                    Facsimile  713-435-2789

**Allstate.**
You're in good hands.

**Allstate Insurance Co.**
**1500 City West, Suite 800**
**Houston, TX 77042**

**Phone Number: 713-430-2200**
**Office Hours:    Monday-Friday 8:00-4:30**

March 7, 2002

Martinez & Barrera, L.L.P.
Attorneys at Law
1201 W. Van Buren
Brownsville, Texas  78520

**ATTENTION:   MR. BENIGNO "TREY" MARTINEZ**

|       |                   |                                                |
|-------|-------------------|------------------------------------------------|
| Re:   | **Company Name:** | **Allstate Texas Lloyds Company**              |
|       | **Claim Number(s):** | **8202563709 (A/C Leak – Center Unit)**     |
|       | **Our Insured:**  | **DENNIS SANCHEZ**                             |
|       | **Loss Date:**    | **August 15, 2001**                            |
|       | **Location:**     | **1827 Palm Boulevard, Brownsville, TX 78520** |

Dear Mr. Martinez:

Thank you for your continued patience during the adjustment of your client's claim. It is not concluded for the following reason(s):

> We are waiting for the final report from P. E. Services based on their inspection of the insured's premises.  They are waiting on the leak detection report.

Should you wish to discuss this matter further or have other questions, please call me at 713-435-2798.

Sincerely,

Gary Seligman
Claims Adjuster

**Martinez & Barrera**

MAR 1 4 2002

**RECEIVED**

G52-2

Allstate Insurance Company
1500 City West, Suite 800
Houston, TX.   77042



**Allstate**
You're in good hands.

February 14, 2002

**Martinez y Barrera**
**Attorneys at Law**
**1201 W. Van Buren**
**Brownsville, TX.   78520**

**Attention:  Benigno Martinez**

Re:   Insured : Dennis Sanchez
       Claim # : 8202563709  et.al.

Dear Mr. Martinez:

We have just received a fax from the mold assessors, P.E. Services, in which they suggest that the insureds be removed from their premises due to greater concentrations of fungal spores than expected in their house.

However, since a covered source of loss has not yet been verified, we cannot authorize the commencement of ALE. On page two of the Homeowner's B policy under Extensions of Coverage, paragraph 2. Loss of Use; the policy states " If a loss caused by a Peril Insured Against under Section I makes the residence premises wholly or partially untenable, we cover; a. additional living expenses , meaning any necessary and reasonable increase in living expenses you incur so your that your household can maintain your normal standard of living. As soon as we receive the report from the mold assessor and/or the plumber and discover a covered source of loss, we will commence ALE payments to Mr. Sanchez.

If you have any concerns regarding this matter, please call me at 713-345-2798.

Sincerely yours,

Gary Seligman
Claim Coordinator

Martinez & Barrera

FEB 19 2002

RECEIVED

Telephone   713-435-2798                    Facsimile  713-435-2789

G52-2



Allstate Insurance Co.
1500 City West, Suite 800
Houston, TX 77042

Phone Number: 713-430-2200
Office Hours:   Monday-Friday 8:00-4:30

February 7, 2002

Martinez & Barrera, L.L.P.
Attorneys at Law
1201 W. Van Buren
Brownsville, Texas  78520

**ATTENTION:   MR. BENIGNO "TREY" MARTINEZ**

|  |  |  |
|---|---|---|
| Re: | Company Name: | **Allstate Texas Lloyds Company** |
|  | Claim Number(s): | **8202563709 (A/C Leak – Center Unit)** |
|  | Our Insured: | **DENNIS SANCHEZ** |
|  | Loss Date: | **August 15, 2001** |
|  | Location: | **1827 Palm Boulevard, Brownsville, TX 78520** |

Dear Mr. Martinez:

Thank you for your continued patience during the adjustment of your client's claim. It is not concluded for the following reason(s):

We are waiting for the reports from the mold assessor, P. E. Services, and the leak detection firm.

Should you wish to discuss this matter further or have other questions, please call me at 713-435-2798.

Sincerely,

Gary Seligman
Claims Adjuster

Martinez & Barrera

FEB 1 9 2002

RECEIVED

G52-2



Allstate Insurance Co.
1500 City West, Suite 800
Houston, TX 77042

Phone Number: 713-430-2200
Office Hours:    Monday-Friday 8:00-4:30

January 8, 2002

Martinez & Barrera, L.L.P.
Attorneys at Law
1201 W. Van Buren
Brownsville, Texas 78520

**ATTENTION:   MR. BENIGNO "TREY" MARTINEZ**

| | | |
|---|---|---|
| Re: | Company Name: | **Allstate Texas Lloyds Company** |
| | Claim Number(s): | **8202563709 (A/C Leak – Center Unit)** |
| | Our Insured: | **DENNIS SANCHEZ** |
| | Loss Date: | **August 15, 2001** |
| | Location: | **1827 Palm Boulevard, Brownsville, TX 78520** |

Dear Mr. Martinez:

Thank you for your continued patience during the adjustment of your client's claim. It is not concluded for the following reason(s):

> We are waiting for the report from the mold assessor,
> P. E. Services.

Should you wish to discuss this matter further or have other questions, please call me at 713-435-2798.

Sincerely,

Gary Seligman
Claims Adjuster

Martinez & Barrera

JAN 1 5 2002

RECEIVED

G52-2

'T H E   S T A T E   O F   T E X A S

ORIGINAL

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: GARY SELIGMAN
    1500 CITY WEST, SUITE 800
    HOUSTON, TX 77042


the _____DEFENDANT_____ , GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on ___JULY 22, 2002___ .  A copy of same accompanies this citation.

The file number of said suit being No. 2002-07-002926-G.

The style of the case is:

              DENNIS SANCHEZ AND MARIANNE SANCHEZ
                              VS.
              ALLSTATE INSURANCE COMPANY & GARY SELIGMAN

Said petition was filed in said court by _____HON. BENIGNO (TREY)_____
(Attorney for _____PLAINTIFF_____ ), whose address is
1201 E. VAN BUREN STREET BROWNSVILLE TX  78520


    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.


    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.


    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 22nd day of ___JULY___ , A.D. 2002.


EXHIBIT
B

                    AURORA DE LA GARZA DISTRICT CLERK
                    Cameron County, Texas
                    974 E. Harrison St
                    Brownsville, Texas 78521

                    By: _____ Deputy

# OFFICERS RETURN OF SERVIC

COUNTY: CAMERON            CASE # 2002072926G            COURT 404
                                                Clt. Ref.#                    Clt.#   10578

DENNIS SANCHEZ AND MARIANNE SANCHEZ

VS

ALLSTATE INSURANCE COMPANY AND GARY SELIGMAN


The documents came to hand for service on 07/30/02  Time: 12:23:46

Documents received for service:

**CITATION PLAINTIFF'S ORIGINAL PETITION**


The documents were delivered on 07/30/02  **Time: 17:16:00**

Executed at: 1500 City West, #700
             Houston,, TX 77042

to the following: **Seligman, Gary**

_____  PERSONALLY delivering the document(s) to the person above.
_____  SUBSTITUTE SERVICE per Order by delivering to _____
       who is sixteen (16) years of age or older, at the above listed address which is the
       usual place of abode/business of the above named person.
_____  POSTING per Order by securely affixing to the main entry way at the above address.

FILED _____ O'CLOCK _____ M
AURORA DE LA GARZA DIST. CLERK

AUG 0 5 2002

DISTRICT COURT OF CAMERON COUNTY TEXAS
In person DEPUTY

## AFFIDAVIT

I, Deborah A Garcia                              ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.


Service Fee:_____                    Deborah A Garcia
                                            Professional Civil Process Houston
Witness Fee Tendered:_____              4635 Southwest Frwy, #750
                                            Houston, Texas 77027
STATE OF TEXAS}

                                VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn stated that he has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts therein contained are true
and correct. Given my hand and seal of office this ____ day of _August_ 200_2_ .

PCP Inv. #H07021444

                              _____
                              NOTARY PUBLIC FOR THE STATE OF TEXAS



A S CEDILLO
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-04-2003

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

APR 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DENNIS SANCHEZ and | § | |
| MARIANNE SANCHEZ | § | |
|     Plaintiffs, | § | |
| | § | |
| V. | § | No. B-02-236 |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
| AND GARY SELIGMAN | § | |
|     Defendants. | § | |

**PLAINTIFFS' SUPPLEMENTAL RESPONSE AND OBJECTION TO
DEFENDANT, ALLSTATE INSURANCE COMPANY'S,
SUPPLEMENTAL NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:**

COME NOW, Dennis Sanchez and Marianne Sanchez, Plaintiffs herein , and file this

Plaintiffs' Supplemental Response and Objection to Defendant, Allstate Insurance Company,

Supplemental Notice of Removal of Action Under 28 U.S.C. § 1441(a). In support of their response

and objection, Plaintiffs respectfully show unto the Court the following:

1.     Defendants supplemental notice is untimely filed.

2.     Plaintiffs find that it is disingenuous that Defendants now submit an Affidavit of

an individual who has worked and resided within the State of Texas for a significant period of time,

fraudulently claiming that he is a permanent resident of Florida.

3.     Gary Seligman at all relevant times was either a member, employee, or agent of

Allstate residing and working on behalf of Allstate in the State of Texas.

1

Plaintiffs attach all the correspondence as Exhibit "A" from or to Mr. Seligman proving that he, in fact either was domiciled, employed, and/or worked in the state of Texas for at least one year before he filed his affidavit claiming to be a permanent resident of the state of Florida.

Moreover, Mr. Seligman was in fact served while domiciled and working in the state of Texas. Plaintiffs' citation is attached as Exhibit "B".

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that upon final hearing thereof, this Court remand the lawsuit to State Court, and grant such other and further relief, at law and in equity, to which they may be justly entitled.

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Benigno (Trey) Martinez
State Bar No. 00797011
Federal Bar. No. 23945

**ATTORNEY FOR PLAINTIFFS**

2

## CERTIFICATE OF CONFERENCE

I hereby certify that I did attempt to contact opposing counsel prior to the filing of this motion.

Benigno (Trey) Martinez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to wit:

Mr. Larry Goldman
**ADAMI, GOLDMAN & SHUFFIELD**
NOWLIN BUILDING
9311 San Pedro, Suite 900
San Antonio, Texas 78216

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the __14th__ day of April, 2003.

Benigno (Trey) Martinez

3