IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DENNIS SANCHEZ and  § | | |
| MARIANNE SANCHEZ  § | | |
| Plaintiffs,  § | | |
| § | | |
| V.  § | No. B-02-236 | |
| § | | |
| ALLSTATE INSURANCE COMPANY,  § | | |
| AND GARY SELIGMAN  § | | |
| Defendants.  § | | |

### PLAINTIFFS' SUPPLEMENTAL RESPONSE AND OBJECTION TO DEFENDANT, ALLSTATE INSURANCE COMPANY'S, SUPPLEMENTAL NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW, Dennis Sanchez and Marianne Sanchez, Plaintiffs herein , and file this Plaintiffs' Supplemental Response and Objection to Defendant, Allstate Insurance Company, Supplemental Notice of Removal of Action Under 28 U.S.C. § 1441(a). In support of their response and objection, Plaintiffs respectfully show unto the Court the following:

1.  Defendants supplemental notice is untimely filed.

2.  Plaintiffs find that it is disingenuous that Defendants now submit an Affidavit of an individual who has worked and resided within the State of Texas for a significant period of time, fraudulently claiming that he is a permanent resident of Florida.

3.  Gary Seligman at all relevant times was either a member, employee, or agent of Allstate residing and working on behalf of Allstate in the State of Texas.

Plaintiffs attach all the correspondence as Exhibit "A" from or to Mr. Seligman proving that he, in fact either was domiciled, employed, and/or worked in the state of Texas for at least one year before he filed his affidavit claiming to be a permanent resident of the state of Florida.

Moreover, Mr. Seligman was in fact served while domiciled and working in the state of Texas. Plaintiffs' citation is attached as Exhibit "B".

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that upon final hearing thereof, this Court remand the lawsuit to State Court, and grant such other and further relief, at law and in equity, to which they may be justly entitled.

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Benigno (Trey) Martinez
State Bar No. 00797011
Federal Bar. No. 23945

**ATTORNEY FOR PLAINTIFFS**

2

## CERTIFICATE OF CONFERENCE

I hereby certify that I did attempt to contact opposing counsel prior to the filing of this motion.

_____
Benigno (Trey) Martinez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to wit:

Mr. Larry Goldman
**ADAMI, GOLDMAN & SHUFFIELD**
NOWLIN BUILDING
9311 San Pedro, Suite 900
San Antonio, Texas 78216

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the __14th__ day of April, 2003.

_____
Benigno (Trey) Martinez