*14*

## Civil Courtroom Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | |
| CASE MANAGER | Stella Cavazos | United States District Court<br>Southern District of Texas<br>FILED<br>APR 28 2003<br>Michael N. Milby, Clerk of Court |
| LAW CLERK | ☐ Nicolas    ■ Levesque | |
| DATE | 4 — 28 — 03 | |
| TIME | a.m. / 1:40 p.m. — a.m. / 1:41 p.m. | |
| CIVIL ACTION | B — 02 — 236 | |
| STYLE | DENNIS SANCHEZ, ET AL<br>*versus*<br>ALLSTATE INSURANCE CO., ET AL | |

DOCKET ENTRY:

(HGT) ■Initial Pretrial Conference – **NOT HELD**     (Rptr. Breck Record)

Attorney for Plaintiffs: Trey Martinez
Attorney for Defendants: Carlos Solis

---

**Comments**:

Judge Tagle recused herself. Case will be transferred to another District Judge. Counsel advised.