**UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS**

DENNIS SANCHEZ, ET AL § § §
versus § CIVIL ACTION NO. **B-02-236**
§
ALLSTATE INSURANCE CO., ET AL §

United States District Court
Southern District of Texas
ENTERED

MAY 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER OF TRANSFER

1. This case has been transferred to **Judge Andrew S. Hanen** for this reason:

   ☐ Agreement between the judges.

   ☑ Recusal.

   ☐ Related case _____.

   ☐ Other: _____.

2. An Order scheduling an initial pretrial conference will issue; previous court settings are cancelled.

   DONE at Brownsville, Texas, this 28 day of April, 2003.

   Hilda G. Tagle
   United States District Judge