# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DENNIS SANCHEZ, ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-236 |
| | § | |
| ALLSTATE INSURANCE COMPANY, ET AL | § | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:    **INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**THIRD FLOOR COURTROOM, #6
BEFORE JUDGE ANDREW S. HANEN**

DATE AND TIME: May 21, 2003 @ 9:30 a.m.

**TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen**

Michael N. Milby, Clerk

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE:  May 7, 2003

TO: ALL COUNSEL OF RECORD