United States District Court
Southern District of Texas
FILED

MAY 21 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**PRETRIAL CONFERENCE**

CIVIL ACTION NO. B-02-236        DATE & TIME 5/21/03 @ 9:30-10:05

DENNIS SANCHEZ, ET AL            PLAINTIFF'S Beningno "Trey" Martinez, III
                                 COUNSEL

VS

ALLSTATE INSURANCE COMPANY, ET AL   DEFENDANTS' Carlos Solis
                                    COUNSEL

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called. Trey Martinez appeared for the Plaintiffs. Plaintiff, Dennis Sanchez, is present. Carlos Solis appeared for the Defendants.

Court addresses remand motion. After arguments of counsel, court will take motion under advisment and will rule ASAP.

The following dates are set by the Court:

Jury Selection is set for 10/3/03 @ 9:00 a.m.
Docket Call is set for 10/2/03 @ 1:30 p.m.
Dispositive Motions to be filed by 9/15/03
Joint Pretrial Order is due by 9/15/03
Plaintiffs' experts be named by 6/6/03
Defendants' experts be named by 7/7/03
Discovery cutoff is 9/12/03

Mediation ordered by the Court to be done by August 31, 2003. Parties to agree on a mediator and are to submit the name to the Court.

Court will allow counsel to voir dire jurors at jury seleciton.

Court is adjourned.

18