IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DENNIS SANCHEZ, ET AL | § | |
| | § | |
| VS. | § | CA NO. B-02-236 |
| | § | |
| ALLSTATE INSURANCE COMPANY, ET AL | § | |

United States District Court
Southern District of Texas
ENTERED
MAY 2 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.      ☐ Bench   ■ Jury

2. New parties must be joined by: _____

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __June 6, 2003__

4. The defendant's experts must be named with a report furnished by:    __July 7, 2003__

5. Discovery must be completed by:    __September 12, 2003__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:    __September 15, 2003__

   **Mediation is ordered by the Court to be done by August 31, 2003. Parties to agree on mediator.**

   ************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:    __September 15, 2003__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:    __October 2, 2003__
9. Jury Selection is set for 9:00 a.m. on:   __October 3, 2003__

The case will remain on standby until tried.

Signed this the __21st__ day of ____May____, 2003.

Andrew S. Hanen
United States District Judge

xc: ALL COUNSEL OF RECORD