# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

DENNIS SANCHEZ, ET AL §
§
VS. § CIVIL ACTION NO. B-02-236
§
ALLSTATE INSURANCE, ET AL §

TYPE OF CASE:          X   CIVIL                              ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:  **DOCKET CALL and JURY SELECTION**

LOCAL RULE 20 SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:              RESET TO DATE AND TIME:

Docket Call set for 10/02/03 @ 1:30 pm                9/30/03 @ 1:30 pm
Jury Selection set for 10/03/03 @ 9:00 am            10/02/03 @ 9:00 am

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_____
Irma A. Soto, Deputy Clerk

DATE: August 13, 2003

TO: ALL COUNSEL OF RECORD

*Cancelled*
*CASE Remanded 6-26-03*