22

# Martinez, Barrera y Martinez, L.L.P.
### Attorneys at Law

Tony Martinez *

Horacio L. Barrera

Benigno (Trey) Martinez

1201 E. Van Buren

Brownsville, TX 78520

(956) 546-7159

Fax (956) 544-0602

August 26, 2003

**VIA HAND DELIVERY**
Mr. Michael Milby
United States District Clerk
United States Courthouse
600 E. Harrison Street
Brownsville, Texas 78520

United States **District Court**
Southern **District of Texas**
**FILED**

AUG 2 6 2003

**Michael N. Milby**
**Clerk of Court**

Re:    Cause No. B-02-236; Dennis Sanchez and Marianne Sanchez vs. Allstate Insurance
       Company, et al.; In the United States District Court for the Southern District of
       Texas, Brownsville Division

Dear Mr. Milby:

I would like to inform the court, that the above stated cause of action has been settled.

If you have any questions, please feel free to contact me here at our office.

Sincerely,

Benigno (Trey) Martinez

III/nd

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED

2003 AUG 26  PM 2: 25

MICHAEL N. MILBY, CLERK

* Board Certified Personal Injury Law Texas Board Of Legal Specialization